IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---

UNITED STATES OF AMERICA,

          Plaintiff,

      vs.                 Case No.
                          4:22-cv-07371-DMR

TUNCAY SAYDAM,

          Defendant.

_____/

STENOGRAPHIC DEPOSITION OF

TUNCAY SAYDAM

April 23, 2024

9:05 a.m. to 4:10 p.m.

PAGES

1 - 234

REPORTED BY:  Sarah K. Maksim, CSR License #14053



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

APPEARANCES

FOR THE PLAINTIFF:

    Douglas Greenberg, Esq.
    LAW OFFICES OF DOUGLAS GREENBERG
    201 Spear Street, Suite 1100
    San Francisco, California 94105
    (415) 287-9990
    Dg@douglasgreenberg.com

FOR THE DEFENDANT:

    Lolita De Palma, Esq.
    UNITED STATES OF AMERICA
    1275 First Street NE Room 9102
    Washington D.C., 20002
    (202) 305-3664
    Lolita.DePalma@usdoj.gov



                          I N D E X

EXAMINATION                                              PAGE

BY MS. DE PALMA                                             7


                        E X H I B I T S

EXHIBIT NO.                DESCRIPTION                   PAGE

Exhibit 8      Letter (USA000265 to -271)                 30

Exhibit 9      Picture with Swiss Consulting Team         34
               (USA000272)

Exhibit 10     Object-oriented design of a VPN            35
               bandwidth management system
               (USA000273 -274)

Exhibit 11     E-mail (SAYD-000932)                       38

Exhibit 12     General Signature(s) Agreement            40
               (USA000118 to -125)

Exhibit 13     Letter (USA000141 to -143)                50

Exhibit 14     Account Statement (USA000012 15, 26,       53
               and 29)

Exhibit 15     Document (USA000032, 43, 47, 49, 51        59
               and 52)

Exhibit 16     Letter (USA000127 t0 -130)                63

Exhibit 17     Letter (USA000131 to -134)                70

Exhibit 18     Document (USA000136 to -139)              74

Exhibit 19     Handwritten document (USA000147)          77



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

EXHIBIT INDEX CONTINUED

Exhibit 20    Document (USA002506 to 07,  2528 to          88
              29, 2616 to 23, 2695 to 700, 2751 to
              756)

Exhibit 21    Letter (USA001915)                           97

Exhibit 22    Document (USA002231 to 32, 2279,             102
              2269, 2264, 2241, 2244, 2227, 2217,
              2493, and 2430)

Exhibit 23    Document (USA002298 to 299, 2336,            124
              2214 to 216, 2139, 1910 to -913)

Exhibit 24    Document (USA002491 to -92)                  133

Exhibit 25    Passport photos (USA002760 to -62)           139

Exhibit 26    Client Summary (SAYD-003063 to -64)          142

Exhibit 27    Letter (SAYD-001424 to -49)                  147

Exhibit 28    Letter (SAYD-000925 to -27)                  154

Exhibit 29    Letter (SAYD-003057 to -62)                  155

Exhibit 30    E-mail chain (SAYD-000551 to -52)            99

Exhibit 31    E-mail chain (SAYD-000697)                   157

Exhibit 32    2014 Form 8879 (HRB-000012 to -21)           163

Exhibit 33    2015 Form 8879 (HRB-000036 to -45)           167

Exhibit 34    2016 Form 8879 (HRB-000061 to -70)           171



EXHIBIT INDEX CONTINUED

Exhibit 35   2017 Form 8879 (HRB-000085 to -100         173

Exhibit 36   Letter (USA00302 to -303)                 181

Exhibit 37   Initial Interview Narrative               182
             (USA00423 to -37)

Exhibit 38   United States' First Interrogatories      199
             to Defendant Tuncay Saydam

Exhibit 39   Defendant's Response to Plaintiff's       201
             First Interrogatories

Exhibit 40   United States' First Request for          203
             Production to Defendant Tuncay
             Saydam

Exhibit 41   United States' First Requests for         204
             Admission to Defendant Tuncay Saydam

Exhibit 42   Defendant's Response to Plaintiff's       205
             First Requests for Admission

Exhibit 43   United States' Second Request for         206
             Production to Defendant Tuncay
             Saydam

Exhibit 44   Defendant's Response to Plaintiff's       207
             Second Requests for Production

Exhibit 45   United State's Second                     208
             Interrogatories to Defendant Tuncay
             Saydam

Exhibit 46   Document (SAYD-003170 and 3065)           214

Exhibit 47   Letter dated March 7, 2022                218
             (SAYD-003338)

Exhibit 48   Letter (SAYD-003339)                      219

Exhibit 49   Letter dated November 6, 2023 with        220
             attachments (14 pages)



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

EXHIBIT INDEX CONTINUED

Exhibit 50     Progress Notes (SAYD-003354 to -79)     227

Exhibit 51     Letter (SAYD-003380)                    230

Exhibit 52     Photograph (SAYD-002877)                231



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

PROCEEDINGS

--- oOo ---

BE IT REMEMBERED, that pursuant to Notice, and on April 23, 2024, commencing at 9:05 a.m. thereof, at 450 Golden Gate Avenue, 9th Floor, San Francisco, California, before me, Sarah K. Maksim, a Certified Shorthand Reporter, the following proceedings transpired:

TUNCAY SAYDAM,

who, called as a witness and, having been duly sworn by the Certified Shorthand Reporter, was examined and testified as hereinafter set forth.

EXAMINATION BY MS. DE PALMA

**Q.  Welcome, Mr. Saydam.  Today is April 23rd, 2024.  We are now on record in the case pending in the U.S. District Court of the Northern District of California, United States versus Tuncay Saydam, civil action Number 4:22-cv-07371-DMR.**

**My name is Lolita De Palma.  I'm a trial attorney with the U.S. Department of Justice Tax Evasion?**

**At this time, Doug, could you make your appearance for the record?**

MR. GREENBERG:  Douglas Greenberg for Tuncay Saydam.



EXCEEDING YOUR EXPECTATIONS

COMBS REPORTING, INC.

DEPOSITION REPORTERS • LEGAL VIDEO

BY MS. DE PALMA:

Q. All right. Mr. Saydam, please state your full name and spell it for the record?

A. Tuncay Saydam or Saydam.

Q. Can you spell it please?

A. Tuncay Saydam. T-U-N-C-A-Y S-A-Y-D-A-M.

Q. Thank you. What is your current address?

A. 401 Harrison Street, Apartment 12-H.

Q. All right. You just took an oath with the court reporter. This is the same oath that you would take in a courtroom, so you're under the same obligation to tell the truth as you would be in a court of law.

Do you understand?

A. I do.

Q. I'll now set out some ground rules for this deposition.

This deposition is being taken in accordance with the Federal Rules of Civil Procedure. That means that your answers will be recorded by the court reporter, and she will record every word. She is here at my request, and she will keep recording until I instruct her to stop.

Because your answers will be reported by the court reporter, it is important that you answer verbally and speak up. Gestures, such as nodding your head, will



EXCEEDING YOUR EXPECTATIONS

COMBS REPORTING, INC.

DEPOSITION REPORTERS • LEGAL VIDEO

not be recorded.

Do you understand?

A.  I do.

Q.  If I ask a question that is unclear, please let me know and I will rephrase it.  If you answer the question, I will assume that you have heard it and understood it and have given me your best recollection.

Does that make sense?

A.  Yes, it does.

Q.  I may tend to become conversational as we start to talk, but it's important that you let me finish my question before you give an answer.  And I will extend you the same courtesy so the record is clear.

Is that okay?

A.  Yes.

Q.  The purpose of the deposition is not to try and trick you into saying something that is not true but to find out the truth.  If you don't know the answer to a question, say, I don't know.  Sometimes it happens that you'll give an answer as completely as you can and then later on you remember some additional information or perhaps some clarification in response to an earlier question.  If that happens to you, please just tell us you would like to add something to the earlier answer, and we will do that right then when that is on your



mind.

Does that make sense?

A.  Yes, it does.

Q.  Please do not consult anything or anyone while a question is pending or talk to anyone else while questioning is ongoing.

Does that make sense?

A.  Yes.

Q.  Please tell me if you are speculating.  We will go at a pace that is comfortable for you.  If you need a break, let me know.  If we are in the middle of a question, I will finish my question.  You'll be given an opportunity to answer, and then we will see what we can do about a break.

Do you understand?

A.  Yes.

Q.  I'm going to try and take breaks probably once an hour.

MR. GREENBERG:  Yeah, I was going to suggest the same.  That's perfect.  Yeah.

BY MS. DE PALMA:

Q.  You'll have an opportunity to read over the transcript and make any corrections before you sign it. If you make any changes other than grammatical and typographical changes, I'm going to reserve the right to



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

come back and ask you about these changes.

Do you understand?

A.  Yes.

Q.  Some of these questions may seem obvious or redundant.  And so that we can get a clear record, I may sometimes ask you something that you feel like you've already answered.

Does that make sense?

A.  I think it does.

Q.  It is critical that we get your full, complete and accurate answers.  The following questions are not meant to embarrass you in any way.  They have to be asked on the record before a deposition is taken.

Are you in any pain?

A.  No.

Q.  Are you able to sit for a prolonged period of time?

A.  I'll say one hour is, I think, okay.

Q.  Okay.  Are you under the influence of any medication or substance that might affect your ability to remember?

A.  I took my morning medications, but other than that, no other things.

Q.  What are your morning medications?

A.  Let me see.  Escitalopram that I take for



depression.  Atorvastatin.  I don't know what it is for. Valsartan.  Dutasteride for my bladder.  And a couple of vitamins.  Vitamin D, vitamin B, I believe, and eight-milligram aspirin (sic).

Q.  Do any of these medications affect your ability to remember?

A.  I don't believe.

Q.  Do any of these medications affect your ability to understand?

A.  We'll see.

Q.  Do any of these medications affect your ability to tell the truth?

A.  No.

Q.  All right.  Have you ever been convicted of a criminal offense?

A.  No.

Q.  Have you ever given any other testimony under oath?

A.  No.

Q.  Is there any reason why you cannot give full, complete and accurate testimony today?

A.  No.

Q.  All right.  What did you do to prepare for this deposition?

A.  I just talked to my lawyer.  Nothing else.



Q.   Did you review any documents?

A.   I'm 86.  There are so many documents.  The answer is no.

Q.   Did you bring any documents with you to the deposition today?

A.   No.

Q.   All right.  When were you -- when were you born?

A.   When?      1938.

Q.   So that would be          1938?

A.   Yes.

Q.   Where were you born?

A.   As it appears on my passport.  When?  Where?

Q.   Sorry.  Where were you born?

A.   I was born in Turkey.

Q.   Where in Turkey?

A.   In Mersin, M-E-R-S-I-N.

Q.   Where did you go to college?

A.   I started college in Istanbul.  Then I did my graduate work at University of Texas; my doctoral work and then postdoctoral at London Business School.

Q.   So you said that you did -- you went to college in Istanbul.

Was that Istanbul Technical University?

A.   Yes, ma'am.


EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q.   And what did you study there?

A.   I studied engineering.

Q.   When did you graduate?

A.   Long time ago.  I believe it was 1960 or '61.

Q.   And then you said you did your graduate work at what was it, the university?

A.   University of Texas, yes.  Austin.

Q.   What did you study there?

A.   I studied engineering and then computer science.

Q.   And what are your graduate degrees in?

A.   My graduate degrees are in engineering, computer science, and management.

Q.   And you said you had a postdoctoral degree?

A.   Yes.  It was a mini MBA course intensive for professional professors in London by London Business School professors and Harvard professors.

Q.   What university was that at?

A.   This is a professional school in London called LBS.

Q.   And what did you -- what did that MBA program cover?

A.   It covered everything that -- marketing, business psychology, something highly mathematical, operations research, and management, of course.  It was



a three-and-a-half-month program, about nine hours every day.

Q.   Have you taken any accounting courses ever?

A.   No.

Q.   Any tax courses?

A.   No.

Q.   Any law-related courses?

A.   No.

Q.   When did you learn English?

A.   I learned English -- this is a life-changing thing I never forget.  There was an American NATO-related thing in Izmir Smyrna where I grew up.  And there was an American family.  I was very poor, and they took me in a way.  And they was their boy, and I was only ten and a half.  That summer I learned English from Andy.

Q.   So you've been speaking English since you were ten and a half?

A.   Pretty much, but I became fluent later.

Q.   When did you become fluent?

A.   At the university.

Q.   Which university?

A.   In technical university in Istanbul.

Q.   Istanbul Technical University?

A.   Yes.  Yes, ma'am.



Q.   And what other languages do you speak?

A.   I speak French and German.

Q.   And you also speak Turkish?

A.   Of course.  It's my mother tongue.

Q.   What did you do after you graduated from the post -- or at least, after your graduate degree, what did you do?

A.   I joined the university faculty as an assistant professor, the same university, Technical University of Istanbul.  And then there I became, over the years, and I don't remember which years now, associate professor and full professor.

Q.   And which universities did you teach at after Istanbul Technical University?

A.   I taught at Bosit (phonetic) University, Bosphorus University, that is, which is an old American university, The Roberts College.  There I became the dean of engineering.  I'm sorry.  Dean of engineering -- basic sciences.  And I received an invitation to join the faculty of University of Delaware.  That's how.

Q.   And what did you teach at the University of Delaware?

A.   Computer science.

Q.   And did you do research as well?

A.   Of course.



EXCEEDING YOUR EXPECTATIONS

COMBS REPORTING, INC.

DEPOSITION REPORTERS • LEGAL VIDEO

Q.   Into what?

A.   In a local area networks, wide area networks and software engineering.

Q.   And how many years did you teach at the University of Delaware?

A.   Continuously 25 years.

Q.   Do you remember when you retired, what year?

A.   What year did I retire?  I would have to say 2005.

Q.   What is your wife's name?

A.   Oya, O-Y-A.

Q.   And does she have your last name?

A.   Yes.  Same last name.

Q.   How did you meet her?

A.   I met her when she was a first-year college student in Ankara when she was 18, I believe, or 17 even.

Q.   When were you married?

A.   The following year.  When she was 19, we were married.

Q.   Do you remember what year that was?

A.   I really don't exactly.  I know the date, the wedding date is -- but not the year.

Q.   Okay.  What is the wedding date?

A.   10th of May.  Every year we repeat that.



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q.  How many children do you have?

A.  I have two girls.

Q.  What are their names?

A.  Older one is Yaprak, Y-A-P-R-A-K.  The younger one is Tippi, T-I-P-P-I.

Q.  What are their last names?

A.  Yaprak's current last name is -- we call her Eisinger.  Let me -- oh.  Wow.

Q.  Eisinger, I guess?

A.  Eisinger, E-I-S-I-N-G-E-R.  And the younger one, Tippi Mackenzie, M-A-C, something like that.

Q.  Okay.  Where were they born?

A.  Yaprak was born in Ankara.  Tippi was born in Dallas, Texas.

Q.  When did you move to the United States?

A.  You mean for good?

Q.  Well, when did you come for the University of Texas?

A.  Let's see.  I graduated in the early 1960, I guess, from university of -- Istanbul Technical University.  One more year.  In 1961 or '62 I came to Austin, Texas.

Q.  And then when did you permanently move to the United States?

A.  In 1980, I believe.



Q.  Why did you come to the United States?

A.  It's complicated.  Turkey was going through an upheaval.  Politically, it's a very unstable country.  Economically, even more unstable.  Even though I had a good job, I received an offer I couldn't refuse from the university dean at Delaware.  So that's -- and our kids were small, and they needed a good education.

Q.  When you moved to the United States at this time to go to the university or work at the University of Delaware, did you have a visa?

A.  Yeah, they gave me a visa.  I don't remember which one.

Q.  Did you later obtain a green card?

A.  Yes.

Q.  And when did you become a United States citizen?

A.  It's year '88 or '89.

Q.  Do you remember what that process was like, becoming a United States citizen?

A.  I do because it was a life-changing event for me.  I would never forget.  And the judge in Philadelphia chose me to give the talk to 110 people.  That, I can never remember -- forget in my life.

Q.  What talk?

A.  How do you feel to become an American?  It was



on the fly.  He just picked me up and -- anyway.

Q.  Where did you live when you first came to the United States?

A.  In Newark, Delaware.

Q.  And what -- and what positions did you have at the University of Delaware?

A.  I started as a full professor with tenure. That's why I came.  And I kept it for the rest of my tenure.

Q.  Have you taught anywhere else?

A.  Yes.

Q.  Where?

A.  I taught in Switzerland as a -- as an invited professor for a year in Zurich.

Q.  Do you remember when that was?

A.  I have to compute.  '80, '87, '88 -- '88 or '89.

Q.  And have you taught anywhere else?

A.  Yes.

Q.  Where else?

A.  Seven years later, I took another sabbatical, and I went to Lausanne Technical University, EP Lausanne, École Polytechnique technical school. Seven years later, that would make it in the '90s -- in 1994 or '96, something like that.



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q.   Did you teach anywhere else?

A.   Yes.

Q.   Where else?

A.   I taught in Japan for six months.

Q.   Where did you teach in Japan?

A.   It was a company who invited me.

Q.   Have you written any articles?

A.   Yes, many.

Q.   Which articles?  Or -- sorry -- how many articles?

A.   I would say good 50 or 60.

Q.   Have you written any books?

A.   Yes.  Many.

Q.   How many?

A.   I would say six or seven at least.

Q.   What were the books on?

A.   On science, all of them.

Q.   And were the articles also on science?

A.   Yes.

Q.   And in what language were these articles and books?

A.   Articles were mostly in English.  About 95 percent were in English.  Books were in Turkish and one book in English.

Q.   The articles that weren't in English, what



languages were they in?

A.  One of them was in French while I was visiting them.  And the other ones must have been, very few ones, I believe, in Turkish.

Q.  Have you done any public speaking presentations?

A.  Many.

Q.  Where?

A.  All over the world.

Q.  Have you done any in Switzerland?

A.  Any?

Q.  In Switzerland?

A.  Yes, many.

Q.  When did you do those?

A.  While I was in Switzerland, visiting them.  And a few weeks -- few years later.

Q.  Do you remember which years those were?

A.  It would be around all these years again.  When I was in Switzerland in 19- -- can I take notes?  I mean, you keep asking me dates, and I want to say --

Q.  You want to take notes of the dates?  I'll have to -- I'll probably keep whatever you write down, so...

A.  No, it's okay.  It's okay.  So 1988 through '89 and 1994 through '96 maybe.

Q.  Have you worked anywhere after the University



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

of Delaware?

A.  I must qualify it.  Not work but I gave lectures --

Q.  Where did you give lectures?

A.  -- at the universities, especially in Turkey, and it was all pro bono.

Q.  Which universities in Turkey?

A.  Technical University, Cotohos University, Bosphorus University.

Q.  Do you remember which years you gave these lectures?

A.  No, but it was -- it was all after 2000- and -- let's see.  2005, I believe, I left the University of Delaware.  So within the next maybe five or some years, yeah.  Thank you.

Q.  Do you still have your Turkish citizenship?

A.  I do.

Q.  How often do you travel to Turkey?

A.  Once a year, I would say.

Q.  Has that changed from previous years?  I'll clarify.

How many times a year did you go to Turkey in the 1980s?

A.  In the 1980s?

Q.  Yeah.  Yes.



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

A.  More often.  Maybe twice a year.

Q.  What about in the 1990s?

A.  Once a year.

Q.  And then what about in the 2000s?

A.  Twice a year.

Q.  Why did you go more in the 2000s?

A.  After I quit academia, I had more time to travel.

Q.  What about from 2010 to 2020, did you go -- how often would you go to Turkey?

A.  It's about the same thing.  We have a flat in Turkey, so...

Q.  Do you have any family in Turkey?

A.  All of the elder ones have died.  I have two nephews and two nieces.

Q.  Your elder daughter, does she live in the United States?

A.  Yes, she lives in New York.

Q.  You mentioned that you had a flat in Turkey?

A.  Yes.

Q.  That's an apartment?

A.  It's an apartment, yes.

Q.  What is the address of that apartment?

A.  God.  I really don't know.  I know the street, but I don't know the address.



EXCEEDING YOUR EXPECTATIONS

COMBS REPORTING, INC.

DEPOSITION REPORTERS • LEGAL VIDEO

Q.   What's the street?

A.   It used to be Spor Street, S-P-O-R.   They changed it.   Things change a lot in Istanbul.

Q.   In -- in the period from 2010 to 2020, did you have any other property in Turkey?

A.   We had a summer place which we sold because we got old; we can't manage things.   That was it, yeah.   My wife had her own properties she inherited from her mom.   So when you say "you," I take "me"; right?

Q.   You and her?

A.   We jointly owned these properties except the ones that she inherited.   I guess -- yeah.

Q.   For the summer house, when did you sell that?

A.   It's been maybe five years, six years.

Q.   Do you have any other citizenships besides Turkish and American?

A.   No.

Q.   How often do you travel to Switzerland?

A.   I haven't been there the past 15, 16 years, I believe.

Q.   When was the last time you went to Switzerland?

A.   I don't know when, but I went there because of a banking situation.

Q.   What banking situation?

A.   Well, I received -- we received this letter.



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

We had some money in Switzerland.  They said you have to take this money and put it somewhere else.  So I had to travel to Zurich to accomplish that.

Q.  Before you -- before this -- this trip where you had to move the money from the bank account, how often would you go to Switzerland?

A.  Before is a long time.  During when I was teaching there, I was also consulting in Zurich and around.  So I would say maybe once or twice a year at most for very short periods of time.

Q.  Would that have been in the '90s or the 2000s?

A.  Not 2000s.  Definitely not.  When I was in Switzerland during my years of sabbaticals and maybe a year later or two years later or a year earlier.  Yeah.

Q.  So in the 2000s, how often would you go to Switzerland?

A.  Only once.

Q.  Only once for removing the money from the bank?

A.  I believe, yeah.

Q.  All right.  In your view, what is this case against you about?

A.  What is this case about?

Q.  Yes.

A.  I'm totally confused.  I don't know why I'm here.  I don't know why this case is still going.  I'm



totally confused about that.  The whys, I don't know.

Q.  Okay.  When -- all right.  What universities -- we already went over this.  Okay.  So you talked -- you mentioned the research that you did in Switzerland.

What sort of research did you do in Switzerland?

A.  Again, I taught courses in computer communications.  I did research in computer communications.  And I believe I consulted in computer communications.

Q.  Do you remember when that was?

A.  The same years I just quoted.

Q.  So in the '90s?

A.  Not the entire '90s.  There's this period of the '90s where I was there and maybe a year or two before or after.

Q.  I think you said '96, '97 and '98; is that correct?

A.  I don't know the exact dates.  I really don't know.

Q.  But maybe around then?

A.  Around that, maybe.

Q.  Did you attend conferences in Switzerland?

A.  I gave talks, yes.

Q.  Do -- was that in that same period?




A.  Well, yes.

Q.  In the -- in the mid '90s, mid to late '90s?

A.  Mid '90s, yes.

Q.  Did you ever work for any Swiss companies?

A.  I did.

Q.  Which companies?

A.  Well, working means consulting the company.  I mean, I did some work for them, and they paid me for it, and that's about it.  I produced a document based on that work.  Now, which companies?  I can only remember maybe one or two.

Q.  Do you remember their names?

A.  One of them was a Swiss -- Swiss com- -- it's like the Swiss AT&T.  The others -- I really can't remember the others.

Q.  That's okay.  Was this in that same mid to late '90s area?

A.  Yes, all during these period, yes.

Q.  And in the '80s at all?

A.  During the '80s too.  Maybe '89.  '89 maybe, yes.

Q.  Okay.  Did you ever have property in Switzerland?

A.  No.

Q.  Did you open any bank accounts in Switzerland?



A.   I must have, yes.

Q.   **Do you remember when you did that?**

A.   When I did?  I don't remember when I did, but the account with the -- with that bank, Cantonal Bank -- I -- of course, I must have opened that account, but I don't know when.

Q.   **Cantonal Bank also goes by ZKB; is that correct?**

A.   Yes.

Q.   **Okay.**

A.   Zurich Kantonalbank.

Q.   **Do you know about any other bank accounts you opened in Switzerland?**

A.   I don't remember.

Q.   **Do you know a Dr. Bernard Plattner?**

A.   Yes, he's a friend.

Q.   **How do you know him?**

A.   He invited me to join his group for the first sabbatical.  He was an assistant professor, and he wanted to advance, and so he needed my help, I guess. So we did research together; I helped him.  I provided some courses that they weren't even familiar with. Yeah.

Q.   **When were you last in touch with him?**

A.   When?



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q.  When were you last in touch with him?

A.  In touch with him, oh.  After this case came about, I asked him to write a letter for me that I have actually worked with him.  I think he answered.  And did I give that letter to you maybe?  Yes.

Q.  Yes.  Actually, if we turn to Tab 8, this is your binder.  It's -- I'm sorry.

A.  It's all right.

Q.  Let me reorganize and move it around.

A.  Okay.

Q.  Tab 8.

A.  Tab 8.

Q.  All right.

A.  Okay.

(Exhibit 8 marked for identification.)

BY MS. DE PALMA:

Q.  Can I -- I will mark this exhibit as Exhibit 8.

A.  Yes.

Q.  This is Bates-numbered USA 000265 through USA 000271.

Do you recognize this letter?

A.  Now I do.

Q.  What is it?

A.  Well, this testified -- this testifies that I was an invited professor there at ETH, which is the


EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

technical university in Switzerland, in Zurich.  So it talks about my activities.  So he is younger than I am, so he remembers more than I do.  Yeah.  This is all correct.  Yes.

Q.  And you're pointing to?

A.  We did some teaching together, workshops together which he kindly compensated me.  Yeah.  Good for him.

Q.  **Do you remember this 1988 International Zurich Seminar on Digital Communications that he says you presented research at?**

A.  I don't remember it, but it's true, definitely.

Q.  And how do you know it's true?

A.  Because that is about the area I was working on.

Q.  **And this letter, I think, also says that -- it might be on -- that you spent a sabbatical of seven months as a visiting professor.  That was the next sort of sentence.  Sorry.**

**Dr. Plattner also stated that you spent a sabbatical of seven months as a visiting professor at ETH Zurich from January 1st --**

A.  Yes.

(Procedural admonition by the Reporter.)

///



BY MS. DE PALMA:

Q.  Dr. Plattner also states that you spent a sabbatical of seven months as a visiting professor at ETH Zurich from January 1st, 1988 to July 31st, 1988.

Is that true?

A.  Yes, that is true.

Q.  Do you -- he also states that you had good connections to several local companies and received consulting mandates.

Is that true?

A.  That is true.

Q.  If we go to USA 267, so it would be three pages in.

A.  267.  Okay.

Q.  Yes.  Do you recognize this?

A.  Okay.  I don't remember it, but yes, I must have received this.

Q.  And did you -- did you have e-mail in 1987?

A.  I don't know.  We probably did.

Q.  Would have that been through the University of Delaware?

A.  I was at the University of Delaware, yeah.

Q.  Or would it have been a personal e-mail account?

A.  I did not have personal e-mail account.



EXCEEDING YOUR EXPECTATIONS

COMBS REPORTING, INC.

DEPOSITION REPORTERS • LEGAL VIDEO

Q.   Okay.  And then if we go to 268, to the next page.

What does "Gastdozenten" mean at the top?

A.   Guest professor.

Q.   And if we go to the next page.  Or actually -- sorry.  Go back a page, and at the very bottom, I think there's an arrow.  So the prior page.

A.   Yes.

Q.   Is that your name, Doctor --

A.   It is.

Q.   And if you go to the next page -- sorry.  It says "Abteilung für informatik"?

A.   "Abteilung informatik" means department of computer science.

Q.   So did you work at the -- or were you a guest lecturer for the department of computer science?

A.   Yes.  Yes.

Q.   Sorry.  If you could let me finish my question, it'll be a little easier for her.

Were you a guest lecturer at -- in the department of computer science?

A.   Yes.

Q.   Do you know what university this is from?

A.   This is ETH in Zurich, the technical university of -- we call it, but they call it different -- ETH is a


EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

very prominent university in Europe, technical university.

Q.  All right.  If we go to the next page, which is bottom marked --

A.  270?

Q.  Yes, 270.

A.  Okay.

Q.  This e-mail states that your contacts to the Swiss industry, in particular to the company ascom-Zellweger in Hombrechtikon --

A.  Okay.  Now I remember.

Q.  Okay.  What do you remember?

A.  The name of the company.

Q.  So -- and what is the name of the company?

A.  I think Zellweger -- yes.  Zellweger.  Yes.

Q.  And what is Zellweger?

A.  Oh, it's just a name.

Q.  What sort of --

A.  It's a communication company, I guess.

MS. DE PALMA:  Okay.  All right.

Let's go to the next tab, Tab 9.  And I would like to mark this as Exhibit 9.

(Exhibit 9 marked for identification.)

BY MS. DE PALMA:

Q.  And this is quite a little blurry, but do you



recognize this?

A.  This is 271?

Q.  Sorry.  We're in the next tab, so if you --

A.  Next tab?

Q.  Tab 9.

A.  9.  Okay.

Q.  And this is Bates-numbered USA 272.

A.  Okay.

Q.  Do you recognize this photograph?

A.  Swiss consulting team.  Yes.

Q.  I know it's very blurry.

A.  That was a -- there was a conference, and I was there.

Q.  Do you remember when this was?

A.  Within those years, I guess.

Q.  In the late '80s or maybe early '90s?

A.  I would say early '90s, yeah, maybe.

        MS. DE PALMA:  Okay.  All right.  Let's go to Tab 10.  And I will mark this as Exhibit 10.

        (Exhibit 10 marked for identification.)

BY MS. DE PALMA:

Q.  And it's Bates-numbered USA 000273 to 274.

A.  Yes.

Q.  Do you recognize this?

A.  I do.


EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q.  What is it?

A.  This is a paper that we published while I was visiting during my second sabbatical.

Q.  When was your second sabbatical?

A.  '89, '95, '96 around that -- and these -- these are my -- and professor, he was PhD students.  God -- yeah.

Q.  And was this with the Swiss Federal Institute of Technology?

A.  Yes.  EPFL.

Q.  If you turn to the second page, USA 274 --

A.  Okay.

Q.  -- do you see your biography?

A.  I do.

Q.  What is IEEE?  It says you're a member of IEEE?

A.  I triple E is a professional society for electronic and electrical engineering.

Q.  How long have you been -- or when were you a member of I triple E?

A.  Many, many years.  I don't know when I quit it but many, many years.

Q.  And then the next one.

Is that Sigma --

A.  Sigma Xi is a honor society.

Q.  And --



A.  New York Academy of Sciences.

**Q.  Yes.**

A.  I was a member, yes.

**Q.  What does the New York Academy of Sciences do?**

A.  It is the, I believe, sibling of National Academy of Sciences.  Somebody has suggested, and they gave me an invitation to join them.  It's -- it used to be very selective, I guess.  Yeah.

**Q.  It says here that you were -- were or are -- were a professor of computer science at the University of Delaware since 1979.**

**Is that -- is 1979 where you began teaching at the University of Delaware?**

A.  Yes.  Because 19-  -- in 1979, they invited me as a -- as a visiting professor for a year, and I took my family.  And while visiting, I wrote my book in English.  And they were impressed and they made me an immediate offer to join the faculty as a tenured one, I guess.  That's how it happened.

**Q.  It also says here that you have a graduate degree from Istanbul Technical University?**

A.  Yes, I do.

**Q.  What was your grad -- what was your graduate degree in?**

A.  I have a Ph.D from there too, Istanbul



Technical University.

Q.   And in what subject area?

A.   It was an engineering degree with lots of computer science in it.

Q.   And it says also that you are the author of over 50 technical articles; is that correct?

A.   At that point in time, I guess, yes.

Q.   All right.  Let's go to Tab 11.  And I will mark this as --

A.   Which one?  11?

Q.   Yes.

A.   Item 11?

Q.   Yes.

A.   Okay.

MS. DE PALMA:  And this will be marked as Exhibit 11.

(Exhibit 11 marked for identification.)

BY MS. DE PALMA:

Q.   And --

A.   Okay.

Q.   -- it's Bates-stamped SAYD 932.

Do you recognize this?

A.   Yes.

Q.   What is it?

A.   This one was Mr. Uslu.  I worked with him.  He



was a very, very knowledgeable young engineer there at
Zellweger, and we worked together within a group I was
leading, I guess.  This was during when I was doing my
sabbatical.  Yes.

Q.  What -- do you remember what years this was?

A.  What year this letter came?

Q.  No, I mean what year you worked with Mr. Uslu.

A.  I believe it's 1988 or '89.

Q.  Okay.

MS. DE PALMA:  I think this would be a good
time to take a break.

MR. GREENBERG:  Sure.

(Recess was taken from 9:56 a.m. to 10:00 a.m.)

BY MS. DE PALMA:

Q.  All right.  Do you remember having accounts --
oh, we talked about this actually a little bit.

Do you remember when you opened the accounts
with ZKB?

A.  When?

Q.  When, yeah.

A.  I really don't remember.

Q.  Do you remember how many accounts you had?

A.  I must have just one account.

Q.  Do you know if you opened them in person?

A.  I must have.



Q.  Why do you say you must have?

A.  Because who else?  Maybe my wife, but we must have gone together, I guess.  I don't know.

Q.  And in person or --

A.  In person, of course.

Q.  Okay.  How much did you originally deposit in those accounts, do you remember?

A.  I have no idea.

Q.  And do you know where those funds came from?

A.  Yes.  From my salaries at the universities and from my consulting fees.

Q.  All right.  Let's take a look at Tab 12 --

A.  Tab 12.  Okay.

Q.  -- which I will mark as Exhibit 12.

A.  Okay.

(Exhibit 12 marked for identification.)

BY MS. DE PALMA:

Q.  And this is Bates-numbered USA 000118 --

A.  Okay.

Q.  -- to 125.

Do you recognize any of these pages?  You can go through them.

A.  Well, I recognize the first page.

Q.  Yeah.

A.  This is my wife's signature.  This is my



signature.

Q.   And when you're pointing to your wife's signature, where is that on the page?

A.   It's right here.

Q.   Can you just describe it for the transcript? In the middle of the page?

A.   It's in the middle of the page.

Q.   And --

A.   On the right side.

Q.   Great.   And then where's your signature?

A.   It's at the bottom of the page on the right side.

Q.   And is that also your signature on the second page --

A.   Yes.

Q.   -- on the bottom?   Do you actually -- besides your signature, do you recognize either of these first two pages?

A.   I really don't.

Q.   Okay.   If we go back to the first page.   Go back to the first page that we looked to.   Yes.   So I'll represent that these are signature agreements with ZKB, and in the top-left corner, it says contacting party, and it says Tuncay -- or sorry.

How do you pronounce your first name again?



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

A.   Tunjay.

Q.   Tunjay?

A.   C is pronounced as J in Turkish.

Q.   Okay.  Sorry.  I've probably been --

A.   No problem.

Q.   -- messing that up.

A.   No problem.

Q.   Tuncay.  And then what's your middle name?

A.   Middle name in Turkish passport and in Turkish ID card is Nafiz.  But when I became American citizen, I dropped the middle name, and my legal U.S. name is Tuncay Saydam.

Q.   Okay.  This address, Faruk -- oh, actually can you read the address because I'm probably going to --

A.   I see the address, yes.

Q.   Could you read it?

A.   Faruk Ayanoglu Cad, Filiz, Apt A, block number 38, D 16, Fenerbatice, Istanbul.

Q.   What address is that to?

A.   That is the address of my mother-in-law where we used to live for some time when we were in Istanbul.

Q.   When would you live at that address with your mother-in-law?

A.   Our flat that we owned was in a very, very bad shape, and so we used to live on the Asian side of



Istanbul with our mother-in-law.  I don't know what -- which date this is.  But -- and I don't even know -- yeah.  Yeah.  We lived there in her house, which now my wife has inherited that house after her death.

Q.  When did your mother-in-law pass?

A.  I wouldn't know.  I don't remember.  My mom passed away just before 2000.  And she passed away either before or the year after that.

Q.  So either early 2000s or --

A.  2000s.  2000-ish.

Q.  And it says here your nationality, TR?

A.  TR is Turkish.  So they must have put my nationality as Turkish since I had two passports at the time, both U.S. -- no, I don't know whether -- just a second.  Yeah, I had two passports, both U.S. and Turkish passport.  I became U.S. citizen 1988, I believe.  And I've always had a Turkish passport, so I don't know which passport they took.

Q.  Okay.  All right.  Oh, let's see.  Let's go to the next page.

A.  Okay.

Q.  119.

A.  Okay.

Q.  And actually we can move to the next page, 120. So one more page.



A.  120.

Q.  Do you recognize this?

A.  Yeah.

Q.  What is this?

A.  This is -- this is my Turkish passport, I believe, at the time, yes.  The first page of it, I guess.

Q.  And --

A.  Or Turkish identity card.  I don't know.  It looks like a passport.  Yes.

Q.  It says in the top corner something in Turkish and then resigned professor?

A.  Top corner?

Q.  Top left.  Top of the page.

Do you see that?

A.  Here?  This one here?

Q.  Yes, that top part.

A.  I can't read it.

Q.  Okay.

A.  Could you -- it says, yes, prof something.  I can't read.

Q.  Seems to say maybe "Nustafl" or "Nustafi Profesör."  And then below that --

A.  Oh, "Nustafi," yeah.  Retired professor.

Q.  Is this passport, then, from after you retired



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

from the University of Delaware?

A.   Not the Delaware.  This is Turkish passport.

Q.   Oh.

A.   Okay.  Okay.  Okay.  I -- I'm a retiree of two universities, University of Delaware, and Bosphorus University.

Q.   Okay.

A.   So since this is a Turkish passport, it refers to my Bosphorus University retirement.

Q.   Okay.  All right.  Let's go to the next page.

A.   Okay.

Q.   You wouldn't -- actually, if you go back to the page before.  I'm sorry.

A.   That's all right.

Q.   Based on this picture, do you know when -- around what year this passport is from?

A.   I wouldn't know.  But this is definitely an old passport.  New passports are much smaller and like American passports.  All this information is on the first page.  So this must be an old, very old passport.

Q.   By old, do you mean before 2000?  Before 1990s?

A.   Definitely before 2000, I guess.  Definitely, yeah.

Q.   Maybe before --

A.   I'm guessing.



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q.   Okay.   So maybe before 2000.

Do you know if it would be before 1990?

A.   I really wouldn't know that.

Q.   Okay.

A.   I really wouldn't know this.

Q.   Okay.

A.   But it's an old passport.

Q.   Okay.  All right.  If we go to the next page, 121.

A.   Okay.

Q.   Is this also from your Turkish passport?

A.   It looks like.  Yeah.

Q.   Okay.  And if you go to the next page, 122.

A.   I recognize this woman.

Q.   Who is this woman?

A.   This is my beautiful wife.

Q.   And is this a scan of her Turkish passport?

A.   Yes.  Yes.

Q.   And is that her signature on --

A.   On the passport?

Q.   Yes.

A.   Yes.

Q.   Okay.  Let's go to -- oh, do you know if she came with you to open the ZKB bank account?

A.   She must have.


EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q.  And why do you say that?

A.  Because the first page had both of our signatures.

Q.  And do you think you signed this in person?

A.  Yeah, here.

Q.  Okay.

A.  It's her signature.  I'm just guessing.  I don't know.  But based on this, I'm just guessing.

Q.  Okay.  All right.  We can keep going to 124. So, two pages where it says U.S. withholding tax questionnaire at the top.

Do you recognize this document?

A.  I don't recognize it, but I see that they have written my things.

Q.  On the -- in the top left, there's some handwriting.

Is that your handwriting?

A.  On the top left?

Q.  Yes.

A.  No, it's not my handwriting.

Q.  There are two signatures on this page.

Are those your signatures?

A.  They are my signatures.

Q.  Okay.  And then above one of the signatures, it says May 13th, 2009.



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Do you see that?

A.   I see that, yes.

Q.   Do you know if you opened this account in 2009?

A.   I don't know.

Q.   Okay.

A.   But this questionnaire is signed that time.

Q.   All right.  On the bottom -- sorry.  If you go on the same page, it says -- there's like a one, and it says determining your status as a U.S. person/non-U.S. person.

Do you see that?  It's --

A.   Are you a U.S. citizen?

Q.   So there --

A.   I said yes.  Yes.

Q.   So it seems like, yeah, there's an X next to yes.  And it seems like no was originally crossed but then crossed out.

Do you see that?

A.   I must have.  Or this person who filled it out must have done that.

Q.   But you don't know if you were the one to fill it out or not?

A.   I would say -- I would say are you a U.S. citizen?  I would always say yes.

Q.   Okay.  And when it says nationality, do you see



that?

A.  Where does that say?

Q.  A little bit above in the -- in the part of the thing that's in somebody's handwriting, but you don't know whose.  Do you see a little bit above here?  Do you see -- you see nationality?  It says Turkey.

Do you see that?

A.  Yes.  I didn't sign -- I didn't fill that out since he put my passport Turkish.  Or she, whoever did this, she must have put Turkey there.

Q.  Okay.  But you were also a citizen of the United States at this time?

A.  Absolutely.  And a proud one on that.

Q.  All right.  Oh, actually if we could stay on that page.  There is a box in the top right-ish that's Xed that says no, I would like to relinquish any investments in U.S. securities.

A.  Where does it say?

Q.  It's right here.  Do you see that?  No, I would like to relinquish any investments in U.S. securities.

A.  What does that mean actually at the time?  It is crossed out, but I don't know.

Q.  So do you know if you elected to relinquish any investments in U.S. securities or not?

A.  Madam, I'm terrible with my finances and


EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

accounting, whatever.  I really don't understand what this means.  My investment have always been done by others.  So here they say sign here.  I sign it.

Q.  **Do you know who was doing your investments in 2009?**

A.  I have no idea.  There were many people, I guess.

Q.  **Can you remember any of their names --**

A.  No.

Q.  **-- who've done your investments?**

A.  No.  It's been so long ago.

Q.  **Do you know how you found these people?**

A.  Well, I don't know how I found them.  It must have been through some friends or through something in Switzerland.  I really don't remember.

Q.  **Okay.  Were you living in the United States at -- in 2009?**

A.  Of course.

MS. DE PALMA:  Okay. All right.  Let's go to exhibit -- I mean, let's go to Tab 13.

THE WITNESS:  Okay.

MS. DE PALMA:  And this will be marked as Exhibit 13.

(Exhibit 13 marked for identification.)

///


EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

BY MS. DE PALMA:

Q.  Bates-numbered USA 000141 to USA 000143.

Do you recognize this letter?

A.  I see that there is a letter, but I don't recognize it.

Q.  These letters confirm the opening of -- so if we go through the letters, this one says -- the first letter, if you see, it says type of business in the middle of the page, right next to opening confirmation. It says ZKB securities deposit.

Do you see that?

A.  I do, yes.

Q.  And if you go to the next page, in that same type of business it says ZKB foreign currency account.

Do you see that?

A.  I do see it.

Q.  And then if you go to the page after that, it says Z -- oh, I'll give you a second to go there.  If you go to the next page.

A.  Next page?

Q.  Yes.  It says ZKB private account.

Do you see that?

A.  Yes, I do.

Q.  Do you know if you had three bank accounts with ZKB?



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

A.  I don't remember.  I had -- I knew I had money.
I don't know how many accounts.

Q.  And would whoever was managing your money
during that time -- would they have known?

A.  I bet they do.  I mean, they provided something
here.

Q.  And so this letter went to you at this address,
this -- in the top left.

I'm assuming your -- the mother-in-law's
address; correct?

A.  Yes.

Q.  How would you have received this?

A.  Much, much later when we visited Turkey again.

Q.  So when these letters came to you at your
mother-in-law's location, you wouldn't get them until
you went and visited?

A.  Of course.

Q.  Why would you have put down your
mother-in-law's address, then?

A.  It was only one address --

Q.  Why not --

A.  -- in Turkey.

Q.  Why not the -- your address in the United
States?

A.  If they had asked me, I would have done that.



EXCEEDING YOUR EXPECTATIONS

COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q.  Okay.  All right.  Okay.

When you made withdrawals from the ZKB account, do you know how you did those?

A.  Withdraws, I must have gone there.

Q.  Okay.  Would you have done it over the phone?

A.  No, I'm very adverse using the technology.

Q.  So you wouldn't have done it over e-mail either?

A.  Oh, no.  I guess not.

Q.  Could someone else have made the withdrawals on your behalf?

A.  No.

Q.  So you would be the one making the withdrawals?

A.  I would be the one, yeah.

(Procedural admonition by the Reporter.)

MS. DE PALMA:  Okay.  Let's go to Tab 14.  And this will be marked as Exhibit 14.

(Exhibit 14 marked for identification.)

THE WITNESS:  Okay.

BY MS. DE PALMA:

Q.  And this begins with Bates number USA 00012.

Looking at this first page, do you recognize this?

A.  I see it, yes.

Q.  But have you seen this before?



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

A.   I must have seen it.

Q.   What is it?

A.   This is the payment of 10,000 Swiss francs, I guess.

Q.   Yes, so this is -- I'll represent that this is a ZKB account statement.

A.   Yes.

Q.   And you're noting that there's a payment there on May 19th --

A.   Yes.

Q.   -- I'm assuming 2011 because this seems to be a 2011 account statement --

A.   Yeah.

Q.   -- for $10,000.

Do you know what that was for?

A.   For us, I guess.

Q.   Would you have gone in person to get the 10,000 payments?

A.   Probably.  Yeah, most probably.

Q.   Okay.  And why do you -- why do you say most probably?

A.   I wouldn't let somebody else go in and get anything from my account except for my wife.

Q.   Okay.  And if we look at the last page of this exhibit.  So we will just flip to the end of this



section.  It's -- it's this -- flip, not that page but the page after.  Yes.

And it should say 29 in the corner, yes?

A.  Yeah.

Q.  Do you recognize this?

A.  I do.

Q.  What is it?

A.  It is the 10,000 Swiss franc document.

Q.  It's -- this is the payment slip maybe?

A.  Probably, yes.

Q.  Okay.  And is that your signature?

A.  It is.

Q.  And it's dated May 19th, 2011; is that correct?

A.  I see it, yes.

Q.  And Zurich is written in.

Do you know if that's because it was in Zurich where you signed this?

A.  I guess so, yeah.

Q.  But you don't know for sure?

A.  I guess so.

Q.  Okay.  All right.  Let's take a look at the second page.  So we're going back to the front of this exhibit.  So if we go back to the front.  I know it's confusing.

A.  Back.



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q.   Back, yeah, all the way -- actually stop on that page right there.  This one is 12, USA 000012.

A.   Okay.  0012.  Just a second.

Q.   Oh, actually, no.  15 was the one that we're on.

A.   Okay.

Q.   My fault.  I accidentally went to 12.

A.   That's all right.

Q.   There's -- this is a -- I'll represent this is another account statement.

This one seems to be for 2012 from ZKB; is that correct?

A.   Yes.

Q.   And it says the type of account is a ZKB foreign currency account; is that correct?

A.   It looks like, yes.

Q.   So I see a payment here.  There is one that's May 9th, 2012.  Actually, let's start with the first -- sorry -- the April -- oh, no.  Sorry.  I'm messing up the international dates.  I apologize.

A.   That's all right.

Q.   September 4th, do you see a payment there for 11,000?

A.   Yeah.

Q.   Do you know what that $11,000 payment would be



for?

A. I really don't know.  It's a payment, yes.

Q. Okay.  And after that, we --

A. Is this the date when I was in Zurich?  I don't remember.  I don't remember what -- during that date I believe I was in Zurich to close the account probably.

Q. And you went personally to Zurich to close the account?

A. I did, yes.

Q. And that next payment, the 525,033 --

A. Yes.

Q. -- with $0.90, is that -- was that the balance of the account?

A. This -- okay.  Now -- now it falls.  This is the amount I had them transfer to Istanbul.

Q. Do you remember which bank you had them transfer it to?

A. Yes.  DenizBank.

Q. And did anyone help you with that?

A. Just a second.

Q. Oh, I'm sorry.

A. D-E-N-I-Z Bank.

Q. Did anyone help you with that process?

A. Yes.

Q. Who?



A.   Mr. Tan Egeli.

Q.   **And how did you know Mr. Tan Egeli?**

A.   He is the son of a friend of mine.

Q.   **And was he helping you with -- manage your money at this time?**

A.   On his advice, I went to Switzerland.  On his advice, I transferred this because he said he would manage my money in Turkey, and the timescale was so short that I had him do that.  But afterwards it turned out something else.

Q.   **Was -- do you know if Oya came with you, your wife?**

A.   To Switzerland?

Q.   **Yes.**

A.   I don't remember.

Q.   **All right.  If you go to the next page.**

A.   Okay.

Q.   **Do you see this bank slip for $11,000?**

A.   I do.

Q.   **And this is dated September 4th, 2012?**

A.   Yes.

Q.   **And is that your signature?**

A.   It is.

Q.   **Okay.  And would you have done this in person?**

A.   Most likely.



Q. So this is the day before the transfer to DenizBank.

Do you know why you would have taken out $11,000 at that time?

A. We needed money, cash in Istanbul.

Q. For -- for what?

A. We were about to start, I guess, the remodeling of our own flat. We needed cash.

Q. This is the apartment that you mentioned earlier on Spor Street?

A. Spor Street, yes.

Q. Or is it Spruce or --

A. Spor Street, he lives. His office is Spor Street S-P-O-R.

Q. Okay. Thank you.

A. But they have a new name for it now.

Q. Okay. All right.

A. I guess it was that for a year.

Q. We'll go to -- to Tab 15.

A. To Tab 15. Okay.

MS. DE PALMA: And this will be marked as Exhibit 15.

(Exhibit 15 marked for identification.)

BY MS. DE PALMA:

Q. And -- yes. You're already turning around,



EXCEEDING YOUR EXPECTATIONS

COMBS REPORTING, INC.

DEPOSITION REPORTERS • LEGAL VIDEO

that's good.

Do you recognize this?

A.  I do.

Q.  What is it?

A.  Well, now I recognize.

Q.  What is it?

A.  Well, this is a slip for debit for $7,000.

Q.  And that debit is dated --

A.  '11.  A year before, I guess.

Q.  Yeah, it seems to be May 19th, 2011; is that correct?

A.  It probably is, yeah.

Q.  All right.  Do you know if you did that in person?

A.  Most likely, yes.

Q.  Okay.  If we go to -- actually -- well, let's skip the next page and go to the page after.  The page after that, yeah.  47 in the corner.

Do you see that?

A.  I do.

Q.  And this -- or do you recognize this?

A.  I do.

Q.  What is it?

A.  It's -- it's a slip.

Q.  Is it a slip for a $7,000 payment?



A. 7,000 Swiss francs, yes.

Q. And it's dated May -- maybe 18th or 19th of 2011?

A. Yes.

Q. Is that your handwriting?

A. My signature, yes.

Q. It's your signature, but is the handwriting next to it yours or someone else's?

A. It's not my handwriting.

Q. Okay. Is your handwriting -- is that your handwriting when it says -- in the middle of the page?

A. No.

Q. Okay. Someone else's. Do you know whose?

A. I have no idea.

Q. Okay. All right. Let's go -- let's go back a page. Back. Yeah, sorry. There we go.

This -- do you recognize what this is?

A. Could you -- I don't recognize it. So what is it?

Q. It seems to be some sort of statement for the ZKB securities deposit account, and it involves -- and it says that you're holding "Anteile ZKB cold -- Gold ETF Klasse A."

Do you know what that security is?

A. I have no idea. This must be internal thing.



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q.  Okay.

A.  They must be doing something.

Q.  Did you authorize -- or do you know if you authorized them to buy securities with your account?

A.  I don't know.  They just were managing my thing.  I don't know what they bought and sold with it.

Q.  When you set up bank -- accounts with banks, do you often, I guess, do accounts that allow them to invest for you?

A.  I say this is the money.  Please invest for me.

Q.  Okay.

A.  And then I forget, and I look at the balances afterwards.  Like I said, I'm terrible in managing things money-wise, so I always let other people do it for me.

Q.  Okay.  All right.  Let's move to page 49 in the corner.  So the page after that one.

A.  Okay.

Q.  Do you recognize this?

A.  Yes.

Q.  It seems to be a payment slip for €3,000; is that correct?

A.  It is correct, yes.

Q.  And it's dated September 4th, 2012, which would have been -- it seems the day before you made the



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

transfer from ZKB to DenizBank?

A. Probably.

Q. Do you know why you would have taken out $3,000 in euros at that time?

A. It's same thing. We needed money in Turkey.

Q. And is that your signature?

A. It is.

Q. Do you know whose handwriting is on this?

A. It's not mine.

MS. DE PALMA: Okay. All right. Let's go to the next tab, Tab 16. Actually, we don't need to look at that right now.

(Exhibit 16 marked for identification.)

BY MS. DE PALMA:

Q. So we talked about this a little earlier, but you mentioned that at this time, which would have been, I guess, September 4th, September 5th, 2012, you transferred the money from ZKB to DenizBank; correct?

A. That is correct, I guess.

Q. And do you remember why you closed the ZKB accounts?

A. I guess I received a letter to close it.

Q. Do you remember -- and you said Mr. Egeli helped you with this transfer?

A. He -- he gave me the name of the bank. His



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

company was working, which was DenizBank.  It wasn't my finding.

Q.  Okay.

A.  Mr. Egeli, at the time, was the CEO of an investment company.

Q.  Mm-hmm.

A.  He would get money from other people and invest.  So he must have advised me to have the transfer made to DenizBank.

Q.  Did you ever consider transferring the money to a United States bank?

A.  I did.

Q.  And why didn't you transfer it to a United States bank?

A.  It was -- the time, again, was very, very short.  Too, after I invested this, that my money started losing so much that really major losses.  And then I waited till those losses were reconciled.

Q.  So after you made the deposit in DenizBank, there were significant losses?

A.  Not immediately after.  A year after.

Q.  And -- oh, I'm sorry.  Go ahead.

A.  That's all right.  Go ahead.

Q.  I was going to ask how did you receive notice of the amounts that were in the accounts in DenizBank?



A.   I used to get e-mail from his office.

Q.   Did that e-mail come with accounts statements?

A.   Yes.

Q.   Did it also come with some sort of summary of the balance of the accounts?

A.   Yes.

Q.   Do you know how often he would send those e-mails?

A.   I don't know.  Maybe a month or six months.  Maybe a month.  I don't know.

Q.   Okay.  And you said that he selected DenizBank.

Do you know why he chose DenizBank?

A.   He was working with DenizBank, I guess.  DenizBank was a keeper of the money from where Mr. Egeli would withdraw and invest on my behalf, I guess.

Q.   So he could make withdrawals on your behalf?

A.   Yes, and then put things back, yeah.

Q.   And when did you authorize him to do that?

A.   In about the same year as -- in time -- that I withdraw money from the KZB (sic).

Q.   Okay.  ZKB?

A.   ZKB.  I'm sorry.

Q.   It's okay.  And did you personally set up the account with DenizBank?

A.   Yes.



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q.  Did you go with Mr. Egeli, or did you go by yourself?

A.  I don't remember who I went there, but I must have gone there, yeah.

Q.  Would Oya have come with you to set up any of these accounts?

A.  I really don't know.  Oya cares less about the money and investments than I do.  And you know how much I care.

Q.  All right.  Okay.  And so you said you remember going to ZKB in person to set up this transfer?

A.  I did.

Q.  What was that process like?

A.  It was -- there was attention because I wasn't hiding my money.  I wasn't going to move my money to some offshore account or whatever.  The money was there. So I had to pay so much for travel and hotel expenses and what have you.  And I wrote them a letter actually complaining about this.  I said even you have to reimburse me for my -- for my expenses.  So that was how it is.  But in the end, I transferred it.

Q.  Did -- when you transferred it, did you have to -- did you meet with anyone at that time at the bank?

A.  I'm sure I did, yes.  I must have, yeah.

What was -- how do I call you?  Madam what?



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q. Oh, Ms. De Palma. Or, actually, you can call me Lolita.

A. Lo?

Q. Lolita?

A. Lolita. Ms. Lolita, that was my life savings, $500,000. My -- very, very important for me. I won't have anybody touch it unless I was there. So I took all these expenses to go there and do it myself. That's how it happened.

Q. So you mentioned that these were your life savings.

Is there a reason why you were keeping them in Switzerland?

A. No. Because I worked there, and the money was there, and eventually they will come back to the U.S. And after some resolutions of some court things, all the money came here. And thank God they came here.

Q. Okay. All right.

A. Where I have some people who can manage them.

Q. All right. So let's take a look at this page that we're on right now.

Do you recognize this letter?

A. Okay. Let's see. Yes, now I recognize it.

Q. What is it? What is this letter?

A. It says that they terminate my relationship



with the bank.

Q.  Do you know why they were terminating it?

A.  I have no idea why they did it.  To this day I do not know.

Q.  Okay.  If you look at the next page of this letter --

A.  Okay.

Q.  -- it says that Zurcher Kantonalbank, ZKB, recommends that you, depending on your personal circumstances, consult with a qualified tax advisor to determine if there is any U.S. tax consequences in connection with the closure of the banking relationship.

Do you see that?

A.  I do.

Q.  Such as additional U.S. tax return filing or disclosure obligations.

Did you consult with a tax advisor when you did this transfer?

A.  I don't remember.

Q.  Okay.  All right.  Let's go to -- oh, and if you go back to the first page, this letter's dated March 22, 2012.

Do you see that?

A.  I do.

Q.  But it went to the address that we -- or it



says at the top left that it was going to the address that was for your mother-in-law's house; correct?

A. Yes.

Q. Do you know when you would have received this?

A. Several months later, I guess.

Q. Whenever you've gone to Turkey that year?

A. Yes. Usually summers.

Q. Okay. So usually in the summer, you'd go to Turkey.

And that was probably when you received this letter?

A. Most likely.

Q. Okay. Would your mother-in-law ever take pictures or otherwise inform you of mail that you'd received?

A. My mother-in-law was dead already at that date.

Q. Okay. So nobody -- was anyone at that house during that time?

A. Our mail would be collected by the doorman, I guess.

Q. Okay.

A. Yeah.

Q. And the doorman probably would not have informed you of any letters?

A. No.



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q.  Okay.  So you would just get them when you went to this house?

A.  Yeah.

Q.  Is this where you normally stayed when you were in Turkey during this period?

A.  Most probably, yes.

Q.  Okay.  But this is not the same address as the apartment you mentioned before, the flat?

A.  No, no, no.  That was just before we started remodeling, I guess.

Q.  Okay?  Let's go to --

A.  I always use this "I guess."  My memory is cloudy about the dates and things.  So -- but this is -- this is the address of my mother-in-law, and that date, I believe she already passed away.

Q.  Okay.  And your wife had inherited the apartment?

A.  She inherited, yes.

MS. DE PALMA:  Okay.  All right.  If we go to 17.  Next tab.  And I will mark this as Exhibit 17.

(Exhibit 17 marked for identification.)

BY MS. DE PALMA:

Q.  And this begins with USA 000131.

Do you recognize this letter?

A.  Yes.



Q.  What is this letter?

A.  It's about the termination of my relationship, they call it, with ZKB.

Q.  Okay.  And this one's dated August 2nd, 2012; is that correct?

A.  I see that, yes.

Q.  Would you have received it -- do you know when you -- when you would have received it?

A.  I really don't know.

Q.  Do you know when you went to Turkey that summer?

A.  No.

Q.  Okay.

A.  I don't know when.

Q.  But you know that you received at least one of these two letters?

A.  Yeah.  But not in time, probably.  Most likely later, much later than they came in.

Q.  Do you know if it was this letter that let you know that the account was closing, or did someone else reach out to you?

A.  I closed the account --

Q.  Sorry.

A.  -- so I knew it.

Q.  We mentioned -- you mentioned earlier that you


EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

went and did the transfer because they were closing the account?

A.  Yeah.

Q.  Do you know how you were informed of that?

A.  I really must have not cared since I transferred everything there and left not a penny there, I guess.

Q.  Okay.

A.  So this was a continuation on their part of -- of that process.

Q.  You mentioned earlier that part of the reason why you ended up going with Mr. Egeli at DenizBank was because you didn't have much time before the account was closing.

Do you remember when you found out that you had to transfer the money out of ZKB?

A.  We received a letter of some sort, I guess.

Q.  Okay.  Do you know if it was one of these two letters?

A.  No, I don't think so.  I mean, I don't know.

Q.  Okay.

A.  I really wouldn't know.

Q.  Okay.

A.  But I know I closed the account.  In May, I guess, I went there.



Q.  I think it was September when --

A.  Was it September?  Yeah, September.  That means, again, much later I received these things.

Q.  Okay.  Do you remember if you went to Switzerland right after you found out or how much time there was between?

A.  I think -- I don't know about right after, but it was pretty serious, so -- and I didn't know why they were doing it.  And what would they do with my money, I didn't know.

Q.  Did you ask them?

A.  I didn't.

Q.  Okay.  Why not?

A.  I have no idea why not.  But I said let me go there and square off with them.

Q.  Okay.  This letter, if you look towards the bottom of the page, if you look in the third paragraph.

A.  Yeah.

Q.  The second sentence, we advise you to choose a financial institution that is either U.S. regulated or is entered into a qualified intermediary agreement with the U.S. authorities.

A.  Yeah.

Q.  Do you remember receiving the advice here or from the bank that you should transfer to a U.S. bank?



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

A.  I don't remember.

Q.  Okay.

A.  And I don't act on it, whatever they said.

Q.  Okay.  Do you know why you wouldn't have acted on it?

A.  Again, my money came.  And I told you, again, with my laziness or whatever you call it, managing the accounts, to this day it goes on.

Q.  Okay.  Let's take a look at Tab 18.

A.  Tab 18.

MS. DE PALMA:  Yes.  And this will be marked as Exhibit 18.

(Exhibit 18 marked for identification.)

THE WITNESS:  Okay.

BY MS. DE PALMA:

Q.  Do you recognize this?

A.  I now recognize it.

Q.  What is it?

A.  "Vermögensauszug," your -- your account's final numbers.

Q.  Okay.  So this seems to be kind of a final account statement?

A.  I believe so.

Q.  There's some writing on this page.

Do you know what it says?



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

A.  I don't know.  I don't know who wrote it, and I can hardly read it.  "Bitte" please, "konti" -- I think it's an internal.

Q.  Okay.

A.  Somebody's referring to something.

Q.  Okay.  And?

A.  And they're saying thank you.

Q.  Sorry.  And it's in German?

A.  It's in German.  I could understand normally what --

Q.  The handwriting?

A.  The handwriting I can understand.

Q.  Okay.  And -- all right.  Let's go to the next page.  Oh, and that handwriting was not your handwriting on the last page; correct?

A.  This one, no, but the signature is.

Q.  And on the page beforehand, the German, was that -- was that your handwriting?

A.  No.

Q.  And you don't recognize whose handwriting that is?  No.  Okay.  All right.  This next page.

Do you recognize the handwriting on this page?

A.  No.

Q.  Okay.  But you do recognize your signature at the bottom; correct?



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

A.  I do.

Q.  And it says please transfer the Swiss francs into U.S. dollars and then wire the amount to DenizBank. And there's an account number there that ends, I think, in 9002; is that correct?

A.  It is.

Q.  All right.  Let's go to the next page.

Do you recognize this document?

A.  I do.

Q.  What is this?

A.  What is it?  It says the opening of the DenizBank account.

Q.  Okay.  And this is dated August 29th, 2012; is that correct?

A.  Yes.

Q.  Is that when you opened the account with DenizBank?

A.  Yes.

Q.  And would you have done that in person?

A.  I must have.

Q.  All right.

A.  I don't know.  I must have.

Q.  Why do you say you must have?

A.  Because this was opened just before I transferred the money.



EXCEEDING YOUR EXPECTATIONS

COMBS REPORTING, INC.

DEPOSITION REPORTERS • LEGAL VIDEO

Q.  Okay.  And do you remember opening an account with DenizBank in person right before?

A.  I must have been in Istanbul at that time.  So that's why I say August just before September.

Q.  Okay.

A.  So this must be have done after I talked with Mr. Egeli.

Q.  Okay.  And let's turn to the next page.

Do you recognize the signature on the bottom right?

A.  I do.

Q.  Is that your signature?  Is it?

A.  Yeah.

Q.  Okay.  That is your signature?

A.  It is.

Q.  Great.  And it's dated September 4th, 2012; is that correct?

A.  That is correct.

MS. DE PALMA:  All right.  Let's go to Tab 19. And after we do this, we'll take another break, but Tab 19, and this will be marked as Exhibit 19.

(Exhibit 19 marked for identification.)

THE WITNESS:  Okay.

BY MS. DE PALMA:

Q.  Do you recognize this?



A.   Yes, I do.

Q.   What is it?

A.   This is the letter I mentioned earlier that I wrote to them.

Q.   And why did you write this letter?

A.   Like I said, I was upset.  I wasn't hiding anything, and they say take this money.  Put somewhere else.  I mean, what's going on?  So I didn't want to be taken as if I was hiding my money in Switzerland.  That's the reason.

Q.   It says, Number 1, do you see that?  I have searched for two days in Istanbul to find a suitable bank.

      Is that true?  Did you search for two days in Istanbul to find a bank?

A.   I must have, yes.

Q.   But you don't remember that now?

A.   Well, oh God, I don't know.  I normally did my banking with Akbank, and Mr. Egeli was forcing me to do banking with DenizBank.

Q.   Mm-hmm.

A.   So this was referring to that, I guess, that I wasn't able to get him do his business with Akbank.  That's what it is, probably.

Q.   Okay.  And below that it says travel from, and



EXCEEDING YOUR EXPECTATIONS

COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

I can't entirely read that word.

A.  Bodrum is where our, those days, summer place was.

Q.  Okay.  So Bodrum, B-O-D --

A.  B-O-D-R-U-M.

Q.  Where I have a house to Istanbul for this purpose?

A.  Yes.

Q.  Okay.

A.  And you normally fly from there.

Q.  Okay.  So is it possible that what happened is you went to Istanbul for the summer because it seems like you were staying in your summer house, and that's when you received the letter about the termination?

A.  I would not receive in my summer house.

Q.  Okay.  But you might have gone to the -- to the other house first to check your mail?

A.  Yes, most likely I don't know.

Q.  Okay.  And then it says, I had to fly to Zurich only for this purpose so that the transfer could be securely made.

A.  Which is true.

Q.  And when you say this is true, what is -- is what -- what in particular are you referring to?

A.  That I went to Zurich for that particular



purpose.

Q.  And when you say securely, what did you mean by securely?

A.  Where is that securely?

Q.  Says -- you underlined it.

It says, so that the transfer could be securely, underlined, made?

A.  Oh.  Like I said, this was the accumulation of our -- not entire, but major part of our wealth, and I don't trust somebody else doing the banking for me or call the bank, okay, transfer this amount.  So I felt that it's more secure if I went there myself.  That probably is referring to that.

Q.  Okay.  And then it says I'm not asking for any -- is that "Schnezgeld."

A.  What is that?

Q.  In quotations you say for any --

A.  I'm not asking for any "Schmerzgeld."

Q.  Okay.  Could you spell that?

A.  S-C-H-M-E-R-Z-G-E-L-D.

Q.  And what does that mean?

A.  It means that somebody does something bad to you and hurts you, and for that hurt, that somebody has to pay you.  I don't know the English translation of it.

Q.  Is this a German word?



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

A.  German word.  Yeah, this a German word. "Schmerz" means pain.  Pain money it means.

Q.  Like emotional damages or something like that?

A.  It's close.

Q.  Okay.  And then below that you ask for 2,000 Swiss francs; is that correct?

A.  That is correct.

Q.  Was -- was and it says for all the expenses and the inconvenience.

What were the expenses?

A.  Primarily the flights and the hotel and incidentals primarily.

Q.  Okay.

MS. DE PALMA:  We can stop there and take a five-minute break or -- if -- unless you --

MR. GREENBERG:  No, that sounds like a good idea.

(Recess was taken from 11:00 a.m. to 11:08 a.m.)

BY MS. DE PALMA:

Q.  All right.  Do you remember how many bank accounts you had in Turkey from 2012 to 2017?

A.  From '12 to '17, I don't.

Q.  Do you -- which accounts do you remember having in Turkey, with which banks, I guess?



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

A.  Primarily three banks.  One is the Akbank that we have been doing many, many years.  The other one is -- is the DenizBank, the first couple of years when that money was deposited.  And through the end of it, '16, '17s, maybe with Isbank, I'm not sure.

Q.  And so Akbank you said was the one that you had for a long time.

Do you remember when you first opened your -- an Akbank account?

A.  Many, many decades ago, maybe.

Q.  Like the '80s or even before that?

A.  Not before that.  Lolita, I wouldn't remember when, but it was a long time ago.

Q.  Okay.  What about -- and then the DenizBank account, when did you open that one?

A.  The DenizBank account I opened about a month before I went to Switzerland to transfer the account because I had to put some money to open an account, and then that account number was given to the ZKB to transfer the money.

Q.  Okay.

A.  Exactly when, I don't remember.

Q.  And what about the Isbank account?

A.  Isbank account, I can't remember exactly when but during that period.  I don't believe I had any



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Isbank account earlier, like the earlier decade or even earlier years.  I don't know when.  But currently I have an Isbank account.

Q.  And is this -- what is it?  "Türkiye Is Bankasi," is that what the title of the bank is?

A.  "Is Bankasi" is where my sister and nephew and nieces worked.

Q.  Okay.

A.  That's why I opened that account on -- following their advice.  And it was primarily, I guess, an investment account.  I'm not sure.  I'm not sure, yeah.

Q.  Okay.  And we -- do you -- so you mentioned earlier that you had had a few different money managers, and one was Mr. Tan Egeli.

Do you remember any other ones that you had after that?

A.  No, he was the only one.

Q.  Okay.  Only him?

A.  Only one managing my money --

Q.  Okay.

A.  -- that I brought from Switzerland.

Q.  Okay.  But what about any other money?

A.  Any other money were small things, couple of thousand dollars.



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q. Okay.

A. In Akbank they were big amounts. No, never.

Q. Okay.

A. Like for instance, you say I got this 10,000 Swiss francs and take it to Turkey, I would deposit it to Akbank --

Q. Okay.

A. -- which is across the street. Not anywhere else.

Q. Okay. And Egeli & Co, was that Mr. Tan Egeli's firm?

A. Firm, yes.

Q. And did you enter into an agreement with them?

A. I did.

Q. And what was that agreement for?

A. That I would deposit my money in DenizBank, that he would be able to withdraw to invest, and that he would -- he's such a crook, I tell you. He told that I would get 20 percent or something, and he never delivered. In fact, it went down. Anyway, that's a long story. Yeah.

Q. And with this agreement, did you authorize them make transactions --

A. Yes.

Q. -- on your behalf?



A.   Yes.

Q.   And that meant that they could buy securities?

A.   They could do anything, buy securities.  But that agreement, according to Turkish law, which I later learned that he could not buy his own stocks.

Q.   And he used that?

A.   He used that, yes.

Q.   So he used your -- the money in the DenizBank account that was your money to buy his own stocks?

A.   His own Stock to boost them up.

Q.   Okay.

A.   And he paid very dearly for it.

Q.   So whenever you set up -- so with DenizBank, actually no.  All of the accounts, bank accounts, that you had with Akbank or with Isbank, did you set those up yourself?

A.   Yes.

Q.   Okay.  And would --

A.   Akbank account, my wife and I must have done that.  But I don't think my wife's name is on DenizBank.  I don't know.

Q.   Is she on Isbank?

A.   Right now, she is, yes.

Q.   Okay.  And would you do this in person when you would set up the bank account?



EXCEEDING YOUR EXPECTATIONS

COMBS REPORTING, INC.

DEPOSITION REPORTERS • LEGAL VIDEO

A.  Yes.

Q.  All right.  And you mentioned earlier that Mr. Egeli would send you monthly e-mails about the accounts?

A.  I would say periodically.

Q.  Okay.  So maybe a little less than one a month?

A.  Not less but maybe more, even.

Q.  Okay.  Was Egeli only authorized on the DenizBank account?

A.  Yes.

Q.  He was not authorized on the Akbank?

A.  No.

Q.  Or the Isbank account?

A.  No.  No.

Q.  Okay.  And for the Akbank and the Isbank accounts, would you receive statements from the bank?

A.  I would.  From the Isbank later on, I would receive maybe every six months.  Akbank, no.

Q.  So how did you keep track of your Akbank account?

A.  The money was not big, the account, the numbers.  So each time we went, we saw the activity and what happened.

Q.  When you say each time you went, you meant each time you went to Turkey?



A.   Turkey, yes.

Q.   Each time you went to Turkey, you would go to Akbank and check in on the account?

A.   Yes.

(Procedural admonition by the Reporter.)

THE WITNESS:  You are perfectly right.

BY MS. DE PALMA:

Q.   So when you would go to Turkey, you would go to Akbank and check in on the status of your account; correct?

A.   Yes, but not anymore.

Q.   What do you do now?

A.   My wife does mobile banking.

Q.   Okay.  Do you know when she started doing that?

A.   You have to ask her.

Q.   Okay.

A.   She does mobile banking.

Q.   Okay.  All right.  Okay.  And so you would receive -- you would check in at the Akbank when you would go to Turkey.

You said you would go to Turkey maybe twice a year?

A.   Sometimes we would go there in January and stay a couple of weeks when we were young and can -- in good health.  And then later, more and more, only once a year



during summers.

Q.   Do you remember when it switched from twice a year to once a year?

A.   I wouldn't know.

Q.   Okay.  Sometime in the last --

A.   But we didn't go this year or last year.

Q.   Okay.  So maybe sometime in the last decade or two?

A.   Probably.

MS. DE PALMA:  Okay.  All right.  And -- okay. Let's go to the next tab, Tab 20.

I'm going to ask you questions about transactions you may not remember, but that's understandable.  But just to let you know.

(Exhibit 20 marked for identification.)

BY MS. DE PALMA:

Q.   So this one is -- this Tab 20 which I will mark as Exhibit 20.  And it's Bates-numbered USA 002506.

Do you recognize this document?

A.   Now I do.

Q.   What is it?

A.   It's the transactions of my investments that Mr. Egeli was managing.

Q.   And this one -- this account statement, its last four digits are 1441.



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Do you see that up at the --

A.  Oh, 2018 at that time.

Q.  No, I was -- so I think the account statement is for September 1st, 2012, through December --

A.  Okay, '12.

Q.  -- 21st to --

A.  Okay.  '12 he was managing, yes.

Q.  Yes.

A.  So this is the details that doesn't tell me anything.

Q.  Okay.  And what do you -- what do you mean by it doesn't tell you anything?

A.  These are the kinds of details I mentioned that I'm not comfortable with understanding or digging into.

Q.  And why is that?

A.  A, old age; B, I'm a science guy.  I'm not an accounting guy.

Q.  Okay.  So at the top here, there seem to be some securities listed under "Yatirim Ozeti."

Do you see that?  I'm sure I'm butchering the language?

A.  Yeah.

Q.  Are -- it seems to be some securities; is that correct?

YKBYO, HALKB, do you see that?



A.   Yeah.

Q.   Are those securities?

A.   It probably is.  I don't know.

Q.   But --

A.   Oh, I see the name Oya.  That's not my wife's name.  That's some company name, I guess, shortened.

Q.   Yeah, I was wondering that.  Thank you for confirming.

A.   It's all right.

Q.   So you wouldn't know what these securities are?

A.   I have no idea.

Q.   Sorry.  We'll just make sure we don't talk over each other.  So you don't know what the securities are because Mr. Egeli was managing this?

A.   Right.

Q.   Okay.  Perfect.  All right.  The first entry is a deposit of $45,000 or 45,375.  I guess it might not be dollars.

Do you know what -- what the currency unit would have been?

A.   The currency in it is Turkish lira.

Q.   Okay.

A.   It's right there on the top of it, T-R-Y.

Q.   Okay.  So that's what T-R-Y means?

A.   Yeah.



EXCEEDING YOUR EXPECTATIONS

COMBS REPORTING, INC.

DEPOSITION REPORTERS • LEGAL VIDEO

Q.  So it's Turkish lira.  Do you know about how much 45,000 Turkish lira would be in U.S. dollars?

A.  At that time, it will be -- the currency rate maybe was ten.  I don't know.

Q.  I guess --

A.  Ten Turkish liras for a dollar --

Q.  Okay.  It does seem --

A.  -- would make this about $4,500.

Q.  Okay.

A.  Right now it's 32 for a dollar.

Q.  Okay.  Do you know where this deposit would have come from on September 18th, 2012?

A.  I have no idea.  Mr. Egeli must have put it.

Q.  Okay.

A.  He was -- not from us.

Q.  There seem to be a few withdrawals the same day.

Do you see that?

A.  Yes.

Q.  There seems to be one for 8,820 and then another for 8,800 Turkish lira?

A.  Yes.

Q.  Do you know what those were for?

A.  For investment I guess.

Q.  Okay.



A.  I see one of them or two of them, it says commission, "komisyon."

Q.  And --

A.  For his -- for purchasing these or whatever. That's what "komisyon" means.

Q.  And where do you see that?  Oh, I see.

A.  Yeah.  "Komisyon" it says.

Q.  I see.

A.  It means commission.

Q.  And what is BSMV?

A.  BS -- I have no idea what that is.

Q.  Okay.  All right.  Let's go to the next page.

A.  Yes.

Q.  There seem to be -- actually, I don't think we need to look at that page.  Let's go to the page after that, 2528.

A.  Okay.

Q.  And this -- this first section says -- oh, and these are the -- it says HALKB-E at the top.

Do you see that?

A.  At the top?

Q.  Yeah, at the top left.

A.  Top left, yes, I do.  H -- Halkbank.  Okay. That's another bank.

Q.  Oh, it is?



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

A.   Yes.

Q.   What --

A.   So the -- okay.  So they must have been buying papers that were put by Halkbank, which is another bank, and selling them.

Q.   Okay.

A.   You see.  So these are internal stuff which I have never seen.  I believe, when -- during this process, when you guys requested all these, then DenizBank has sent hundreds of pages of things I have never seen before, the details of which the first time I see.

Q.   What would you normally receive from DenizBank?

A.   Here is what you have put.  Here's the balance. That kind of thing.

Q.   Okay.

A.   I think.  But not these guys.

Q.   Okay.  So you didn't know what securities were being bought and sold on --

A.   Absolutely not.

Q.   Okay.  Did you ever ask?

A.   I have not.

Q.   Okay.  I think we can actually skip some of these and go to 2700.  So that's going to be --

A.   27.



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q.  00.  They're not in order, so it's -- because I -- there were a lot of bank statements, so I just took parts of this.

A.  269 -- 2700.

Q.  Yes.  So I'll represent that this is a DenizBank account statement for 2015 for the same account we were looking at earlier.

A.  Yes.

Q.  Is that correct?

A.  It looks like.

Q.  Okay.  There seems to be -- actually, if we go to the page after this --

A.  Okay.

Q.  -- which is USA 2751.  I know you can't confirm this, but I'll represent that this is the last page of that account statement for 2015.  I've taken out the pages in between.  On the bottom, which is dated December 7th, 2015, there's a withdrawal of 259,776.

Do you see that?

A.  I see that.

Q.  2751.  So you're going to want to go, I think, the next page.

A.  So I see this.

Q.  Oh.

A.  2751?



Q.  Do you see 2751 or are you missing it?

A.  Okay.

Q.  I think you might be missing it.

A.  I have -- I don't see 2751.

Q.  All right.  That is my fault.

A.  No problem.

Q.  Here is 2751.

A.  Thank you.

Q.  If you look at the bottom there.

A.  Okay.

Q.  Do you see a withdrawal at the very bottom?

A.  I do.

Q.  Let me see.  I think it's -- do you see the amount?  Sorry.  I don't have the page in front of me.

A.  I see 258,000.

Q.  And it seems to have been transferred out in December 2015.

Do you see that?

A.  I do.

Q.  Is that when you closed the DenizBank account?

A.  I really don't know if this is the dollar or T-R-B.

Q.  I'm sorry.

A.  Previous page says T-R-Y.

Q.  Okay.



EXCEEDING YOUR EXPECTATIONS

COMBS REPORTING, INC.

DEPOSITION REPORTERS • LEGAL VIDEO

A.   Turkish liras.

Q.   **That's definitely my fault.**

A.   No problem.

Q.   **Turkish liras.  So --**

A.   So this must be Turkish lira --

Q.   **Okay.**

A.   -- immediately following it, which would be 25,000 something back dollars.  And I didn't withdraw this.

Q.   **Oh, you didn't?  What did you do with it?**

A.   Mr. Egeli must have done it.  I don't know.

Q.   **Do you know when you ended your relationship with Mr. Egeli?**

A.   I really can't tell you exactly.  What was the date on this again?

Q.   **This was December 2015.**

A.   We were about to end our relationship, I guess.

Q.   **Okay.**

A.   But I'm not sure if I ended it because at that date I sued him.

Q.   **Okay.**

A.   Yeah.

Q.   **And why did you sue him?**

A.   Oh, God.  Because he lied to me; because I hired a lawyer; because our life savings dipped down and



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

I wanted to recover them.  I hired a lawyer who wrote a letter to you many times, I guess.  And -- yeah.

Q.  Do you --

A.  Here you can have your page back if you'd like.

Q.  Thank you.  Sorry.  So right before you sued him, you closed the account, or did you close it -- do you remember -- I guess, do you remember when you closed the DenizBank account?

A.  When I closed the DenizBank account, I retrieved in dollars two-hundred-and-some-thousand dollars, which I immediately transferred to the U.S.

Q.  Okay.

A.  I believe.  I'm not sure immediately.

Q.  Would that --

A.  I closed it, yes.

Q.  And would that have been to M&T Bank?

A.  If I transferred it to -- immediately, it would have been the M&T.  If not immediately, it would have been to Isbank.

(Procedural clarification by the Reporter.)

BY MS. DE PALMA:

Q.  Okay.  Let's go to Tab 21.

A.  Okay.

MS. DE PALMA:  This I will mark as Exhibit 21.

(Exhibit 21 marked for identification.)



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

(Procedural clarification by the Reporter.)

THE WITNESS:  You know, if you -- in the older accounts, Akbank, you left the bank -- you left the amount in the bank during the evening.  They would put into a -- some basket where they would earn some minuscule money.  But these don't have that basket thing.

BY MS. DE PALMA:

Q.  Okay.  If you look at the -- at the bottom, it looks like -- because the account goes in the -- these statements go in the opposite order of the other ones.  So if you look at the bottom, it says the first thing is for September 18th, 2015.

A.  Yes.

Q.  Is that when this account was opened?

A.  I don't know when this account was opened.

Q.  Okay.

A.  But I see that there's a big transfer of money here, and I can tell you what it is.

Q.  What is it?

A.  It's the one, two, three, fourth entry from the bottom.

Q.  Okay.

A.  That amount must have come from DenizBank when I closed that account.



EXCEEDING YOUR EXPECTATIONS

COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q.   Okay.  And that -- that transfer seems to be on December 7th, 2015?

A.   Yes.

Q.   Okay.  And because it says your name here, did you personally transfer that money, yourself?

A.   I didn't take to money with me, but yes, I -- I must have done it myself.

Q.   Do you know if your wife, Oya, is also on your Isbank accounts or is it just you?

A.   Right now she is.  I don't know when she joined me.  Normally, she did not want, but I don't know.

Q.   Okay.  Let's see.

A.   Okay.

Q.   I think -- so I think the 259,776 that we were talking about --

A.   Yes.

Q.   -- is that in U.S. dollars?

A.   It probably is U.S. dollars, yes.

Q.   And why would you say that?

A.   Because I withdraw from the other bank, the DenizBank, in U.S. dollars.

Q.   Okay.  All right.  Let's take a look at the next page.

A.   Okay.

Q.   This is an account ending in 7026.  And if you



look at the page after this one which ends in 2336.

A.  Yeah.

Q.  It seems like the first transactions are October 12, 2015.  Oh, no, sorry, not October 12th.  I'm reading the international dates wrong again.  December 10th, 2015.

Was that around the same time as the transfer we were discussing?

A.  It could be.

Q.  Okay.  The bottom two, on the second page, there's -- in the description sort of area, do you know what -- could you -- could you tell me what those two at the bottom mean, the "hesap açma islemi" and "hesaba"?

A.  Yeah, "hesaba," opening an account "islemi" means making it different.  So they took the money, and they must have opened an account with that money.

Q.  Okay.

A.  Based on -- so that means this four -- 240 something made some money.  $2,000 more there I see.

Q.  Okay.

A.  It's the same money.

Q.  Okay.  Do you know why there's two different accounts for the same money?

A.  Again, it's the banking internal things.

Q.  Okay.



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

A.  I wouldn't know.

Q.  All right.  Let's go to the next page.  This is Bates-numbered USA 002214.

A.  Yes.

Q.  This account ends in 2200.  The first transaction I see here is January 23rd, 2017.

Do you know if this is an account that you opened yourself or the bank did?

A.  Which one are you referring to?

Q.  So at the very bottom.

A.  At the very bottom?

Q.  Yeah, it says January --

A.  37, no, I didn't -- I don't think I did that. I don't believe I did that.  I don't know.

Q.  Okay.

A.  Hold on a second.  It probably is a banking thing because I see 37 thing all the way up there for the previous five things.

Q.  Okay.  Let's go to the next page.

Oh, and just to clarify, have you seen any of these statements before that we're looking at?

A.  No.  This is the first time I see these.

Q.  Okay.  And when you were banking with Isbank, would they send you account statements, or how would you check in on your funds?



TUNCAY SAYDAM on 04/23/2024

Page 129

A.  Not this detail, never.

Q.  Okay.  What sort of statements would they send you?

A.  They would send me the current balance and the previous balance and what happened in between.  Not this detailed.

Q.  Okay.  And was this via e-mail or via mail or how -- in what form would they send these to you?

A.  This is Isbank.  I would say it's probably an e-mail.

Q.  Okay.

A.  That I would get periodically.

Q.  All right.  Let's take a look -- you can skip these next two pages.

A.  So you see that also the tax collection I see here?

Q.  Ah, yes.

A.  Tax collection.  This also shows the Turkish banking, when you make even a dollar, your money makes, it's immediately taxed.  That's what we call taxing at the source.

Q.  Okay.

A.  So all these years I was being taxed by Turkey.

MS. DE PALMA:  Okay.  And just to clarify for the record, we're looking at USA 002215.  He's noting



the tax collection and the transaction type.

BY MS. DE PALMA:

Q.  Okay.  Do you know what -- some of these things say blockage.

Do you know what that would be?

A.  Where's that?

Q.  If you --

A.  I see blockage, yeah.  I have no idea what it is.

Q.  Maybe a mistranslation.  I don't know.

A.  I have no idea.

Q.  Okay.  All right.  Let's go to 2139.  So we're going to go three pages.

A.  2139, yes.

Q.  Yes.  This is a statement that ends in 1890. If we look at the bottom, it says account opening, and that would have been January 17th, 2017.

Do you know if this is an account you opened yourself?

A.  If it's a new account, I must have opened it or that there was money somewhere else.  This 37,000 you see that was previously there, that they must have put it into a new account.

Q.  Okay.

A.  It isn't that I brought money and said okay



open an account.

Q.   Have you closed any of your Isbank accounts since you've been banking with them, personally?

A.   Up to now?

Q.   Yes.

A.   Of course.

Q.   Okay.  Do you remember when?

A.   I don't remember the date, but I closed them and brought the amounts here.

Q.   Oh, right, right.

Was that in January 2017?

A.   It could be.

Q.   Okay.

A.   To M&T Bank.

Q.   Okay.  And then if we look at this next page, USA 001910.

A.   Okay.

Q.   This one ends in 1054.

A.   Okay.

Q.   Let's see.  The last, I think at the bottom here, September 18th, 2015, all the way down to the bottom.

A.   It says opening of the account.

Q.   Do you know if --

A.   "Hesap açma."



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q.  Did you -- did you open this account personally?

A.  I wouldn't know personally, but there is $400 that is deposited to open this account.  And the 400 is a round figure that none of the banking transactions would produce, I guess.  I must have.  I don't know.

Q.  It says, "Para Yatirma" and then "Yatan."
Do you know what that means?

A.  "Yatan" means deposited.

Q.  Okay.  And "Para Yatirma"?

A.  "Para Yatirma" deposited.  "Yatan" the deposit amount.

Q.  Okay. All right.  We can go to 1912.  This statement ends in 1054.

A.  Okay.

Q.  This account, this is the statement for the account ending in 1054.  If we go to the next page, you can see the first thing is February 1st, 2017.  It says money transfer.  Seems to have been $300 and then -- or maybe not dollars.

A.  It's all internal.

Q.  So when you say all --

A.  This is -- these are all internal things.  And these are all internal things.  Bank internal, I'm guessing.



Bosphorus University.  They come visit me in the flat. I see my two nieces and two nephews.  They also come visit me.  And sometimes I get an invitation from a university to give a lecture.  I still have some lecture notes in my computer, the slides, that is, that I do pro bono just to pay my debt for my bringing up there. That's about it.

Q.  Okay.  And would you visit either Akbank or Isbank or DenizBank during any of these trips?

A.  I probably must have, yes.  Especially Akbank. From my house -- from our flat, Akbank is only 50 yards away across the street.  So we go there, and we say hi to the men and the ladies there and established our contacts again and withdraw some money or put some money in, whatever.  I don't know.  Small amounts, but, yeah.

Q.  Okay.  When you -- before 20 -- or before your relationship with Mr. Egeli deteriorated, would you meet with him when you would go to Turkey?

A.  No.  Oh, before?

Q.  Yeah, before?

A.  Before, I did.  In fact, each time I went there, I saw him.  I saw his father, too, my friend, before I terminated it.  Before is all the way up to when I sued him.  After that, never saw him.

Q.  Okay.  And what would you discuss when you met


EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

with Egeli?

A.  Just what money is doing.  Why were they going down?  And he promised to do some things.  He did not deliver at all.  Then serendipitously, I came across that he was doing things behind my back, at which point I talked to my lawyer, and -- I hired a lawyer.  I didn't talk to my lawyer.  Yeah.

MS. DE PALMA:  Okay.  Let's go to Tab 27.  And we're going to mark this as Exhibit 27.

THE WITNESS:  Okay.

MS. DE PALMA:  And this is SAYD 001424.

(Exhibit 27 marked for identification.)

THE WITNESS:  Okay.

BY MS. DE PALMA:

Q.  Do you recognize this letter?

A.  Yes.

Q.  Where -- what is this letter?

A.  Guleryuz is a very respectable bureau of law in Istanbul and founded and managed by this guy who is my attorney still, today, who has started litigating.  And this he has written, I believe, recently that -- I believe recently, yeah.  I don't know.

Q.  On the second page, SAYD 1425, it's signed "Av. M. Tarik Güleryüz"?

A.  Güleryüz, yes, that's him.



EXCEEDING YOUR EXPECTATIONS

COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

sermayesi" --

Q.  Okay.

A.  -- that he must have found the company two years ago with 02/07/2010.  You see?

Q.  Yes.

A.  And that Egeli, he says the "Ortaklars," meaning the shareholders.  Him and the others -- four other people.

Q.  Okay.  When you were working with Egeli, did you only work with Tan Egeli, or did you work with any of these other partners?

A.  Let me see.  None of these guys.  I worked with a lady, the name of -- I can't remember the name.

Q.  Okay.

A.  Who was the investor.  Anyway...

Q.  Go to the next page.

A.  Blank one?

Q.  Yeah, it's SAYD 1443.

A.  Yeah.  Okay.  Her name is here.

Q.  Oh, is that the name of the woman?

A.  Yes, yes.  Elvan Gulcur, E-L-V-A-N G-U-L-C-U-R.

Q.  And what is she written in as?  Why is she written on this page?

A.  She didn't write anything on it.



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q.   No, no.   I mean why is her name here?

A.   Let me see.   "Portföy" means -- "Portföy" -- "Yonetici" means managers.   So she's managing my portfolio.   "Portföy" is portfolio.   So Tan Egeli says that he is naming this lady to manage my portfolio, investment portfolio.

Q.   And how often did you work with Elvan instead of Tan?

A.   Oh, that may be each time I went to Istanbul. She was in her office -- in his office, and I used to go there and see him and her.   Usually her to give me the rundown of my -- how my property was doing -- how my portfolio was doing.

Q.   So she was the one who was managing it more on a day-to-day basis?

A.   Yes.

Q.   And then he was overseeing her?

A.   I believe so.

Q.   Okay.  All right.  Let's go to -- and in the rest of this document, that's your signature on the bottom right; correct?

A.   Yeah.

MS. DE PALMA:  All right.  Let's go to Tab 28. And this is Bates-numbered SAYD 000925.

THE WITNESS:  Okay.



MS. DE PALMA:  And I'll mark it as Exhibit 28.

(Exhibit 28 marked for identification.)

BY MS. DE PALMA:

Q.  Do you recognize this letter?

A.  Yes.  This is the one I received recently, I guess.

Q.  This letter lays out, I believe, the -- I think the first part talks about the lawsuit which was filed on April 14th, 2016?

A.  Okay.  I see that.

Q.  Is that -- was that correct that one that was -- when the lawsuit was --

A.  Yes.

(Procedural clarification by the Reporter.)

BY MS. DE PALMA:

Q.  Sorry.  April 14th, 2016, is that when the lawsuit was filed?

A.  Yes.

Q.  Okay.  And then if we go to the next page.  All right.  And then this says that the total sum obtained in the lawsuit after deducting attorneys' fees and expenses was $279,000, and that was transferred to your M&T Bank account on March 6th, 2018; is that correct?

A.  That is correct.

Q.  Okay.  And --



A.    Parenthesis.

Q.    **What were you pointing out for the parenthesis?**

A.    This is the second and final large transfer of my wealth from Turkish banks to my U.S. account.

Q.    **Okay.  And then looking through the rest of this letter, just skimming through, is there anything that you notice that is wrong, or is everything correct?**

A.    No, everything is there correct.

MS. DE PALMA:  Okay.  Let's go to Tab 29. Might be missing the first page of it, but that's my fault.

This is Bates-stamped SAYD 003058.  And this is going to be marked Exhibit 29.

(Exhibit 29 marked for identification.)

BY MS. DE PALMA:

Q.    **We are missing the first page of this letter. I apologize for that.**

A.    No problem.

Q.    **Do you recognize this?**

A.    I do.

Q.    **This I think covers all of the various court proceedings related to this case against Tan Egeli and Egeli and Co; is that correct?**

A.    Yes.

Q.    **Okay.  On 003062 --**



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

A.   003.

Q.   003062.  It's the last page of -- oh, do you only have --

A.   I don't have.

Q.   You don't have.  Okay.  There you go.

A.   Okay.

Q.   Something happened with that one.  I apologize.

Do you see this timeline?

A.   Timeline.  I think this came with this other letter.

Q.   Yeah, I think it did.  I had it all together, and I guess whenever I put the binders together, it somehow got mis- -- broken up weirdly.

The letter of commitment, it's -- the timeline says -- I think it's the very beginning that there was a letter of commitment on September 18th, 2015.

A.   Yeah.

Q.   Was that when you and Guleryuz entered into the -- or was that when he began representing you?

A.   Yeah.

Q.   So that's correct.  Okay.  And so by September 2015, was that when you began pursuing your case against Egeli for the mismanagement?

A.   I believe, if that date is correct, the answer is yes.



Q.   Okay.  Okay.  Let's -- we already looked at Exhibit 30.  So let's go to exhibit --

A.   Do you want anything to do with this?

Q.   I take it back.  Sorry about that.

A.   Excuse me.

Q.   Oh, do you need a break?

A.   Can I make quick visit?

MS. DE PALMA:  Yes.  So let's take a ten-minute break.

(Recess was taken from 2:02 p.m. to 2:12 p.m.)

BY MS. DE PALMA:

Q.   We just finished with Exhibit 30.  Oh, no, we just finished Exhibit 29, but we already looked at Exhibit 30 --

A.   32.

Q.   -- so we're going to go to 31, which I think is where you're at right now?

A.   31, yes.

Q.   Perfect.  Tab 31, this is SA -- this is Bates-numbered SAYD 000697, and this will be marked as Exhibit 31.

(Exhibit 31 marked for identification.)

BY MS. DE PALMA:

Q.   Do you recognize this e-mail?

A.   This e-mail is written from me to Ayse.  Yes, I



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

do, yes.

Q.  What is this e-mail concerning?

A.  Okay.  This is telling DenizBank has sent me, apparently, some information, but they were not properly -- apparently printed out on a banking header. So this is saying please put them into same as the original "asli gibidir" with the header of your bank and send it.

Q.  Okay.  And this e-mail's dated January 13th, 2017; correct?

A.  Yes.

Q.  And is saydam@udel.edu, is that your --

A.  That is mine, yes.

Q.  Is there any other e-mail that you use?

A.  Rarely for very private purposes, I use my Gmail.

Q.  And what address is that?

A.  Tuncaynafizsaydam@gmail.com.

Q.  Okay.  All right.  We can set that aside.

From 2013 through 2017, did you file your taxes separately or jointly?

A.  Is it 32 now?

Q.  We're going to not look for a second.

A.  Okay.  So -- pkay.

Q.  So my question was, from 2013 through 2017, did



you file your taxes jointly with your wife?

A.    We always file jointly.

Q.    And who prepared your tax returns for those years?

A.    Either me or -- or H&R Block.

Q.    And what was the process like of using H&R Block?  How would you make an appointment with them?

A.    Well, H&R Block is about a mile from our house in Delaware and very short.  I would call them.  They would make an appointment, and my wife and I, most of the time, we together, sometimes I alone, would walk in during that time.  And they would put me and my wife into a small place and with the H&R Block people.  And first -- let me see now what she did first.  There were so many of them I went through, I don't remember their names, but I know the process.

She or he would turn on the computer, go to our previous years record and then say, okay, I got your record.  What's new this year?  So we'd bring in the Social Security and bank whatever if we had and give it to her or him.  And she would punch some numbers and things and then come up with something and say does this look all right?  You owe this much to the State, this much to the Federal Government, and I wouldn't argue. And we would sign, and I would write the check, and this



whole process would take at most 20 minutes.

Q.  When you went to H&R Block, what documents would you bring with you?

A.  The -- definitely the Social Security documents.  And if I had any banking document, if M&T Bank, I would bring.  If not, that's about it.

Q.  Would you bring any of your -- your bank statements from Turkey?

A.  No.

Q.  Why not?

A.  They never asked me about the Turkey thing.

Q.  What did they tell you to bring?

A.  Well, actually, they didn't tell me anything to bring.  What did you bring, they would ask, and I would show them what that was.

Q.  Okay.

A.  I think that's how the process worked.  And there was a queue log there in the waiting room.  So they were, to my mind, pretty fast.

Q.  And so besides this 20-minute appointment, how -- would you meet with them any other times?

A.  No.

Q.  And would they ever e-mail or call you to follow up?

A.  No.



Q. Okay. And do you remember that -- what questions would they ask you during the appointment?

A. Not a whole lot of questions. I think, just those documents, and they would compute things. Automatically they have programs and then show us and say, do you agree? It's a -- of course, we had nothing to disagree with. And that was about it, I think.

Q. So I think you had a few different tax preparers that you worked for during those years.

Was it the --

A. I don't remember, but they were ladies and guys, I believe, yeah.

Q. Just make sure you let me finish my question. Sorry.

But -- so you -- you remember you said ladies and some men.

Was it the same with each of them?

A. I don't remember.

Q. Okay. Do you ever remember it taking longer than 20 minutes?

A. I don't know about the 20 minutes part, but it was short. Whether they were cutting short or they were very efficient or they had to process certain number of people, I don't know.

Q. Okay.


EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

A.  But it wasn't like I'm interacting with my lawyer, Mr. Greenberg.

Q.  Would you -- do you ever remember them asking you about whether you had foreign bank accounts?

A.  I don't.  I don't remember.

Q.  Okay.  Did you have an opportunity to review the tax return before you signed it?

A.  Very quickly.  We signed it right there.  And most of the time, I would write the check right there.

Q.  You and Oya would both sign it right there?

A.  If Oya was with me.  Most of the time, she was with me.  Sometimes she was at home, and the place was less than a mile away, so I would just go home and have her sign and bring the signed document back.

Q.  And when you brought it home, would you look it over?

A.  I would just look over is the really couple of last things, the numbers that we owed.  Usually we owed some or refund some.  That was it.

Q.  Okay.  And do you remember a Linda Dunn?

A.  No way.

Q.  Okay.  Do you remember a German Gomez?

A.  No.  What do you mean remember?

Q.  So I'm -- I'm -- I'll represent to you that these --



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

A.  You mean their faces or things?  I have no idea how they looked like.

Q.  Okay.  I'll represent that Linda Dunn, German Gomez and Morris Rorer were three H&R Block employees that -- that completed your tax return.

A.  They may have.

Q.  But you don't remember them in particular?

A.  Of course not, no.

Q.  Do you ever remember mentioning foreign income to a tax return preparer?

A.  I don't.

Q.  Or for a foreign bank account?

A.  I don't.

MS. DE PALMA:  Okay.  Let's go to 32.  Tab 32. And this is Bates-numbered HRB 000012.

THE WITNESS:  Okay.

MS. DE PALMA:  And I'll mark this as Exhibit 32.

(Exhibit 32 marked for identification.)

THE WITNESS:  Okay.

BY MS. DE PALMA:

Q.  Do you recognize this?

A.  Signature authorization.  I didn't recognize it, but did I sign anything about this?

Q.  So I'll represent that this is what H&R Block



EXCEEDING YOUR EXPECTATIONS

COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

provided me.  Response or required by the United States -- response to the United States' subpoena.

A.  Okay.

Q.  When you signed, would you -- is this what the signature form looked like?

A.  When I signed what?

Q.  Sorry.  When you signed your 2014 tax return or any tax return with H&R Block, do you -- was this what the signature page would look like?

A.  No.

Q.  What did the signature page look like?

A.  Well, it was the tax form with my signature, with my wife's signature, and we signed those places.

Q.  Okay.  All right.  Let's take a look at Tab 5. So we're going to go all the way back.

A.  Tab 5?

Q.  Yup.  So this has already been marked as Exhibit 5.

A.  Okay.

Q.  Do you recognize this?

A.  I do, yes.

Q.  What is this?

A.  This is the form which he normally filled out.

Q.  And we are on USA 473 right now.  Okay.  When you say the form you filled out, this would be the one



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

that you filled out for 2014 --

A.  Yes.

Q.  -- for your tax return?  Okay.

If you go to the second page on USA 474.

A.  Okay.

Q.  If you look at the third-party designee, you'll see the name Linda Dunn.

A.  I see the name, yes.

Q.  But you don't remember who Linda Dunn was?

A.  Absolutely not.

Q.  Okay.  And if you go to page 498.

A.  498.

Q.  That might be --

A.  488.

Q.  I think I might have meant 488.

A.  It is 488?

Q.  Let's take a look.  Oh, am I looking at the wrong -- oh, I think I mean -- I mean 485.  That's what I meant.  Sorry.

A.  No problem.  485.  Okay, I'm at 485.

Q.  Do you remember seeing this page when you would sign your return?

A.  I don't.

Q.  This section, Part 3, Foreign Accounts and Trusts, you don't remember this?



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

A.  I don't remember seeing it.  I don't think it was brought to my attention.

Q.  Okay.  This form says, at any time during 2014, did you have a financial interest in or signature authority over a financial account, such as a bank account, securities account, or brokerage account, located in a foreign country?

Do you see that?

A.  I do.

Q.  And do you see that no is selected for that?

A.  Who selected it?

Q.  I mean "no" is what's selected.

Do you see that?

A.  Yes.  They -- they must have selected it automatically.  I don't know.

Q.  So H&R Block did?

A.  Did this?

Q.  But -- and you don't remember ever being asked this question?

A.  I don't.

Q.  Okay.  Let's take a look at -- oh, and did H&R Block ever tell you about signing under penalty of perjury, what that meant?

A.  I don't believe they did.  I don't know.

Q.  But did you know at the time that when you



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

signed your tax returns it's under penalty of perjury?

A.  Well, of course.  I mean, everything you sign for the Federal Government, you mustn't perjure yourself.

Q.  Okay.  Let's go to Tab 33.

A.  33?

MS. DE PALMA:  Yes.

(Exhibit 33 marked for identification.)

THE WITNESS:  Okay.

BY MS. DE PALMA:

Q.  This is H&R -- HRB 000036.  And it's -- I'll represent that this was given to us by H&R Block --

A.  Okay.

Q.  -- via subpoena, and this is supposedly the signature authorization for 2015.

Have you seen this before?

THE WITNESS:  I may have.  I don't remember at all.

BY MS. DE PALMA:

Q.  Okay.  When you -- I think you said this earlier, but when you signed your returns, you put your -- your -- did you sign them on a computer, or did you do them by hand, your signature?

A.  I believe it was by hand.  They would produce hard copies on a printer and bring over, I believe.



BY MS. DE PALMA:

Q.  And you just said that you did recognize this; correct?

A.  Correct.

Q.  And what is it?

A.  It is the letter coming from the IRS addressed to me explaining why I was receiving this letter.

Q.  And do you remember -- and you remember receiving this letter?

A.  Now I do, yes.

Q.  And what was your understanding of what this letter was telling you?

A.  Not a whole lot.

Q.  Okay.  Did you understand what an FBAR examination was?

A.  No.

MS. DE PALMA:  Okay.  All right.  Let's go to Tab 37.

THE WITNESS:  37?

MS. DE PALMA:  Yes.  This is Bates-stamped 423, USA 000423.  And I will mark this as Exhibit 37.

(Exhibit 37 marked for identification.)

BY MS. DE PALMA:

Q.  I will represent that these are Revenue Agent Libertad Montelongo's notes from her first meeting with



you and Ms. Saydam, Oya Saydam, on November 1st, 2018.

Do you remember this meeting?

A.   I remember the meeting.  I don't remember the name of the person.  I now remember the Libbie's name. Montelongo, yes.

Q.   Okay.

A.   Okay.

Q.   On the second page, which is double-sided.

A.   424?

Q.   Yes, 424.  In Libertad Montelongo's notes, she states that -- that you or your wife told her that you and your wife are signers on a foreign bank account in Turkey held with Akbank that you opened in the 1970s and was funded by wages and inherited funds from the 1990s.

A.   Yes.

Q.   Do you remember telling her that?

A.   Which one are you referring to exactly?  Let me read it once more.

Q.   If you want to take time and read over what it says, that might be good.  Because I'm just summarizing, and my summary might be different than what you reviewed.

A.   This is the first time I see this.  I don't think I received this.

Q.   These are her personal notes, so she probably



didn't have a particular person at Akbank that you usually communicated with?

A.  No, but two people.

Q.  There were two people at Akbank that you would communicate with?

A.  I guess so.  I don't know.  It wasn't one special banker.

Q.  The couple stated that the balance on the account is less than 10,000; is that true?

A.  At the time, it was true, I guess, yes.

Q.  So in 2018?  Okay.  Goes on to say -- let's see.  In 2015 and 2018, Mr. Saydam stated that in two separate transfers he moved the majority of the account balance of about $450,000 to $500,000 to an M&T Bank investment account in the United States, leaving only sufficient funding in the account to cover condo and travel expenses while visiting; is that correct?

A.  Correct.

Q.  Mr. Saydam gave several reasons for transferring the funds.  He felt that the account was not safe in the changing political environment in Turkey; is that correct?

A.  Correct.

Q.  And secondly, Mr. Saydam had a Turkish financial advisor that he stated was dishonest and was



liquidating his account unethically.

Was that Mr. Egeli?

A. That's correct.

Q. A legal dispute ensued in which Mr. Saydam won. Mr. Saydam declined to provide the name of the financial advisor.

Do you remember declining to provide the name of your advisor?

A. You mean Mr. Egeli?

Q. Yes.

A. I intentionally brought his name down. I told them, I said, I can give you the name. And, in fact, I said Mr. E-G-E-L-I --

Q. And --

A. -- during that meeting.

Q. And this was during the first meeting?

A. Yes.

Q. Okay. All right. Okay. All right. Let's see if there's anything else. Okay. And then the next page.

MR. GREENBERG: It's almost 3 o'clock. If you could find a good place to take a break.

BY MS. DE PALMA:

Q. Yeah, I want to be finished with this first interview.



A.  That's okay.  This also say here the true value of the gold things, hundred dollars.  So that's why it should not be overblown as funds, big funds.

Q.  And that is -- that is correct that the --

A.  Yeah.

Q.  -- coins have little value.  Sorry.  Let me finish the question.  All right.  On the next page.

A.  Okay.

Q.  It says Mr. Saydam did not file any FBAR filings.  He was not advised to by --

(Procedural admonition by the Reporter.)

BY MS. DE PALMA:

Q.  Mr. Saydam did not file any FBAR filings.  He was not advised to by either his tax preparer or his investment banker, Mr. Watson of M&T Bank.  Mr. Saydam did not disclose his nationality and does not disclose his offshore accounts activity because the return preparer never asked.

Is that correct that you were never asked about your offshore accounts?

A.  That's exactly what I told you today.

Q.  Okay.  All right.  Okay.

Do you know if, at this meeting, you were -- if -- were you asked about any accounts other than the Akbank account?



A.  I don't remember at all.

Q.  Okay.  And do you remember whether or not you disclosed at this meeting the other Turkish bank accounts that you had?

A.  If they asked, I would have disclosed it.

Q.  Okay.  All right.  And did you inform them about the transfer from ZKB to DenizBank?

A.  Maybe not at this meeting.  I see there's no referral to it at this meeting.  But I did disclose it, yes.

Q.  Do you know why it wouldn't have been disclosed at this first meeting?

A.  I have no idea.

Q.  Okay.

A.  I have no idea.

MS. DE PALMA:  All right.  We can take a break now.

(Recess was taken from 3:02 p.m. to 3:10 p.m.)

BY MS. DE PALMA:

Q.  So we're now going to look at the page Bates-numbered USA 000427.  And I'll represent that the --

A.  427.

Q.  Yes.  Okay.

A.  Yes.



EXCEEDING YOUR EXPECTATIONS

COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

Q.  And I'll represent that these are Libby Montelongo's notes from an interview that she had with you on December 7th, 2018, that your representative Donald Jones attended as well?

A.  Oh, yes.

Q.  Do you remember that interview?

A.  I do.

Q.  Okay.  All right.  On this first page, if we look at the bottom, next to that bullet point, it says DenizBank, presently Isbank.

Are Isbank and DenizBank the same?

A.  No.

Q.  Okay.  I'm assuming you didn't represent that they were the same.

Did you represent that they were the same?

A.  I didn't say that.

Q.  Okay.  In 2012 Mr. Sadam had --

A.  Oh, I said -- Miss, there's a typo there.  Saydam.

Q.  Saydam.  Yes.  Yes.

In 2012 Mr. Saydam held an investment custodial account managed by the Egeli firm.  The firm had a notarized agreement with Mr. Tuncay to allow the firm to withdraw funds from his bank account and invest in the Turkish stock and bond market; is that correct?



Swiss accounts, do these include the ZKB account that we looked at earlier?  For -- you just have to say it for the record?

A.  Yes.

Q.  Great.  Thank you.  All right.  Okay.  Let's go to 431.  So we can go a couple of pages over.

A.  431?

Q.  Yes.  I'll represent that page USA 000431 is notes, Libertad Montelongo's notes, from a telephone conference that was with you, Mr. Saydam, and your representative Donald Jones on August 21st, 2019.

Do you remember this telephone conference?

A.  Telephone conference?

Q.  Do you remember having a discussion on the phone with IRS agents in August 2019?

A.  Telephone conference, I don't remember it.

Q.  Okay.  All right.  Let me see.  Okay.  It says, when you look at the third paragraph down, G -- that starts with GM.  GM would refer to the group manager, James E Taylor.

But it says GM asked Mr. Saydam to relate what the source of assets used to fund the DenizBank, DNZ, bank account.  Mr. Saydam stated that in the 1980s and 1990s, before he came to the United States, he was compensated for assisting in three large projects in



Turkey and ten projects in Switzerland.  Payment was deposited into the ZKB account.

Mr. Saydam does not remember if he ever reported this income on his tax returns for the years the money was earned; is that correct?

A.  Yes.

Q.  All right.  And -- okay.  If we go to page 432.  There's a couple of bullet points.  The third bullet point down says in 2015 about $200,000 was transferred to M&T Bank; is that correct?

A.  Yes, I think we covered that.  Yes.

Q.  And do you remember which account that was from?

A.  I believe from the DenizBank.

Q.  Okay.  Is -- so just to clarify, is your testimony that -- because, based on the interview notes, it's -- the interview notes indicate that the first time that you mentioned the Swiss account was at this August 21st, 2019, meeting.

Is your testimony that you mentioned it at the earlier meetings with the IRS?

A.  I'm not sure whether early, but I don't really remember when exactly.

Q.  Okay.

MR. GREENBERG:  Sorry.  Could you go back and



repeat because I got confused, myself, with the question.

BY MS. DE PALMA:

Q. Yeah. No, I think -- so, based on these interview notes, it seems like the first time it was mentioned that the funds in the DenizBank account came from the ZKB account was in this August 21, 2019, meeting.

And my question is, is that wrong? Is your testimony that you mentioned it earlier in these earlier meetings?

A. I really don't remember.

Q. Okay. All right. Okay. We can now go to Tab 38.

A. Okay.

Q. But actually before -- before we look into this, just a couple of questions about --

So when did you move to San Francisco?

A. I believe 2020, I believe.

Q. And why did you move to San Francisco?

A. Because our daughter lives here and works here and our granddaughters are here. And we needed the support.

Q. And where did you live when you first moved to San Francisco?



(The proceedings adjourned at 4:10 p.m.)

--- oOo ---

I declare under penalty of perjury that the foregoing is true and correct.  Subscribed at

_____, California, this _____ day of

_____, 2024.


_____

TUNCAY SAYDAM



CERTIFICATE OF REPORTER

I, SARAH K. MAKSIM, Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within—entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision to the best of my ability;

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

_____
SARAH K. MAKSIM
CSR NO. 14053



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

**TUNCAY SAYDAM on 04/23/2024**

Page 235

NAME OF CASE:       United States of American Vs. Tuncay Saydam

DATE OF DEPOSITION: 04/23/2024

Regarding Original Deposition Transcripts:

Dear Clients,

As a courtesy and at no additional cost, effective 11/1/2023, Combs Reporting will securely place all sealed original transcripts in long-term storage. This practice has been initiated by popular demand and is optional at your direct request.

These transcripts will no longer be automatically sent to the noticing party after 30 days as we previously have in the past. Instead, sealed original transcripts will now be securely placed in long-term storage at the offices of Combs Reporting.

This new procedure will reduce environmental impact, save storage space at your office, and reduce shipping costs.

Sealed original transcripts needed for any reason such as an upcoming trial may be requested by sending an e-mail to Production@Combsreporting.net. If you wish, we can send them to the noticing party or directly to the court per your instructions.  Please indicate the case name, date needed, and address.

Please allow at least 72 hours for delivery.



**EXCEEDING YOUR EXPECTATIONS**
**COMBS REPORTING, INC.**
DEPOSITION REPORTERS • LEGAL VIDEO

TUNCAY SAYDAM on 04/23/2024

Page 236

NAME OF CASE:        United States of American Vs. Tuncay Saydam
DATE OF DEPOSITION: 04/23/2024
05-08-2024

Dear,  Tuncay Saydam,

        Please be advised that, the original transcript of your deposition taken on 04/23/2024 in the above-entitled matter is available for reading and signing. The original transcript will be held at the offices of Combs Reporting Inc.  It will be available for reading and signing for thirty (30) days in accordance with California Code of Civil Procedure Section 2025.520 (b):

        "For 30 days following each notice under subdivision (a), unless the attending parties and the deponent agree on the record or otherwise in writing to a longer or shorter time period, the deponent may change the form or the substance of the answer to a question, and may either approve the transcript of the deposition by signing it, or refuse to approve the transcript by not signing it."

        If you are represented by counsel in this matter, you may wish to ask your attorney how to proceed.  You may submit your errata sheet by email or request an appointment by emailing Production@combsreporting.net.

        Thank you for your cooperation in this matter.

        Sincerely,

        Combs Reporting



Errata Sheet

NAME OF CASE:       United States of American Vs. Tuncay Saydam

DATE OF DEPOSITION: 04/23/2024

NAME OF WITNESS:    Tuncay Saydam

Page___Line___

_____

Page___Line___

_____

Page___Line___

_____

Page___Line___

_____

Page___Line___

_____

Page___Line___

_____

Page___Line___

_____

Page___Line___

_____

Page___Line___

_____

Signature         _____ Tuncay Saydam

