# Exhibit 1

1/21/2021                                          Gmail - Your client

                              **Douglas Greenberg <douglasgreenberg@gmail.com>**

## Your client

**Tuncay Saydam** <saydam@udel.edu>                              Wed, Jan 20, 2021 at 9:55 AM
To: douglas Greenberg <dg@douglasgreenberg.com>

Dear Douglas,
So that you know your client a little better.
Thank you very much.

Tuncay Saydam

A Life

Born on a ship in deep blue waters of Antalya in Eastern Mediterranean as the only child of a young mother, he lost his father at ten; growing up very poor, he started giving coaching lessons to a classmate at eleven, earning money that would last all through his high school years before graduating as class valedictorian. Entered university at seventeen, graduating with honors after five years; doctor of science at 25, full professor and founder of the first computer science department in his native Turkey at 36, dean of faculty at 37 before being invited to join a university faculty in the U.S., where he emigrated and became a citizen  Went to some of the best schools; taught and did research at some of the best schools in Istanbul, U.S., Europa and Japan; emeritus from academia after full 49 continuous years  of service, leaving behind thousands of BS, MS and many Ph.D. graduates, countless research lectures across the world, including 7 books, 61 research articles and 15 bound consulting reports. Taught himself to paint at 50, producing some 200 expressionist oil paintings with 5 solo exhibitions in galleries. To satisfy his great passion for painting and opera, he visited some of the best museums and opera houses of the world. Read, spoke and wrote in many European languages while writing some 80 poems in his native tongue.
From his personal libraries of about 11 thousand books, he donated thousands to university libraries, friends and colleagues.
Finding this life as incredible  miracle and gift, he does not believe in afterlife.
By the grace of the universe, married to his angel of 56 years, he has two grown-up daughters and three granddaughters.
These days, as always before, he is listening to his soul's heroic call of what to venture into next.
Life is love is life.
Veritas vincit omnia.

SAYD-002888