# Exhibit 2

# Schedules A&B—Itemized Deductions AND Dividend and Interest Income

(Form 1040)
Department of the Treasury
Internal Revenue Service

▶ Attach to Form 1040.  ▶ See Instructions for Schedules A and B (Form 1040).

**1976**

| Name(s) as shown on Form 1040 | Your social security number |
|---|---|
| | |

## Schedule A—Itemized Deductions (Schedule B on back)

**Medical and Dental Expenses (not compensated by insurance or otherwise)** (See page 13 of Instructions.)

1 One half (but not more than $150) of insurance premiums for medical care. (Be sure to include in line 10 below) . . .

2 Medicine and drugs . . . . . . .

3 Enter 1% of line 15c, Form 1040 . . .

4 Subtract line 3 from line 2. Enter difference (if less than zero, enter zero) . .

5 Enter balance of insurance premiums for medical care not entered on line 1 . .

6 Enter other medical and dental expenses:

a Doctors, dentists, nurses, etc. . . .

b Hospitals . . . . . . . . . .

c Other (itemize—include hearing aids, dentures, eyeglasses, transportation, etc.) ▶

7 Total (add lines 4 through 6c) . . .

8 Enter 3% of line 15c, Form 1040 . . .

9 Subtract line 8 from line 7 (if less than zero, enter zero) . . . . . . . .

10 Total (add lines 1 and 9). Enter here and on line 34 . . . . . . . . . ▶

**Taxes** (See page 13 of Instructions.)

11 State and local income . . . . . .

12 Real estate . . . . . . . . . .

13 State and local gasoline (see gas tax tables)

14 General sales (see sales tax tables) . .

15 Personal property . . . . . . . .

16 Other (itemize) ▶

17 Total (add lines 11 through 16). Enter here and on line 35 . . . . . . ▶

**Interest Expense** (See page 14 of Instructions.)

18 Home mortgage . . . . . . . .

19 Other (itemize) ▶

20 Total (add lines 18 and 19). Enter here and on line 36 . . . . . . . . ▶

**Contributions** (See page 15 of Instructions for examples.)

21 a Cash contributions for which you have receipts, cancelled checks or other written evidence . . . . . . . .

b Other cash contributions. List donees and amounts. ▶

22 Other than cash (see page 15 of instructions for required statement) . . . .

23 Carryover from prior years . . . . .

24 Total contributions (add lines 21a through 23). Enter here and on line 37 . . ▶

**Casualty or Theft Loss(es)** (See page 15 of Instructions.)
**Note:** If you had **more than one loss**, omit lines 25 through 28 and see page 15 of Instructions for guidance.

25 Loss before insurance reimbursement .

26 Insurance reimbursement . . . . .

27 Subtract line 26 from line 25. Enter difference (if less than zero, enter zero) .

28 Enter $100 or amount on line 27, whichever is smaller . . . . . . . .

29 Casualty or theft loss (subtract line 28 from line 27). Enter here and on line 38 . ▶

**Miscellaneous Deductions** (See page 15 of Instructions.)

30 Alimony paid . . . . . . . . .

31 Union dues . . . . . . . . . .

32 Other (itemize) ▶

33 Total (add lines 30 through 32). Enter here and on line 39 . . . . . . ▶

**Summary of Itemized Deductions**  **A**

34 Total medical and dental—line 10 . .

35 Total taxes—line 17 . . . . . . .

36 Total interest—line 20 . . . . . .

37 Total contributions—line 24 . . . .

38 Casualty or theft loss(es)—line 29 . .

39 Total miscellaneous—line 33 . . . .

40 Total deductions (add lines 34 through 39). Enter here and on Form 1040, line 44 . . . . . . . . . . .

USA002864

218–054–1

Case 4:22-cv-07371 DMR    Document 34-8    Filed 08/06/24    Page 3 of 3

Name(s) as shown on Form 1040 (Do not enter name and social security number if shown on other side) | Your social security number

---

## Part I   Dividend Income

**Note:** *If gross dividends (including capital gain distributions) and other distributions on stock are $400 or less, do not complete this part. But enter gross dividends less the sum of capital gain distributions and non-taxable distributions, if any, on Form 1040, line 10a (see note below).*

1 Gross dividends (including capital gain distributions) and other distributions on stock. (List payers and amounts—write (H), (W), (J), for stock held by husband, wife, or jointly)

2 Total of line 1 . . . . . . . . .

3 Capital gain distributions (see page 16 of Instructions. Enter here and on Schedule D, line 7). See note below

4 Nontaxable distributions (see page 16 of Instructions) . . . .

5 Total (add lines 3 and 4) . . . . .

6 **Dividends before exclusion (subtract line 5 from line 2).** Enter here and on Form 1040, line 10a . . . . . . . .

## Part II   Interest Income

**Note:** *If interest is $400 or less, do not complete this part. But enter amount of interest received on Form 1040, line 11.*

7 Interest includes earnings from savings and loan associations, mutual savings banks, cooperative banks, and credit unions as well as interest on bank deposits, bonds, tax refunds, etc. Interest also includes original issue discount on bonds and other evidences of indebtedness (see page 16 of Instructions). (List payers and amounts)

8 **Total interest income.** Enter here and on Form 1040, line 11 . . . . . . . .

**Note:** *If you received capital gain distributions and do not need Schedule D to report any other gains or losses or to compute the alternative tax, do not file that schedule. Instead, enter 50 percent of capital gain distributions on Form 1040, line 30b.*

**B**

## Part III   Foreign Accounts and Foreign Trusts

1 Did you, at any time during the taxable year, have any interest in or signature or other authority over a bank, securities, or other financial account in a foreign country (except in a U.S. military banking facility operated by a U.S. financial institution)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

   *If "Yes," attach Form 4683 (For definitions, see Form 4683.)*

2 Were you the grantor of, or transferor to, a foreign trust during any taxable year, which foreign trust was in being during the current taxable year, whether or not you have any beneficial interest in such trust? . . . ☐ Yes ☐ No

   *If "Yes," attach Form 4683 (For definitions, see Form 4683.)*

USA002865