# Exhibit 3

EXHIBIT 8

T. Saydam
SKM        4/13/24



# EXHIBIT E
## Dean / Prof letter

**ETH**
Eidgenössische Technische Hochschule Zürich
Swiss Federal Institute of Technology Zurich



**Computer Engineering and Networks Laboratory**

ETH Zürich
ETZ G 83
Gloriastrasse 35
CH-8092 Zurich
SWITZERLAND

**Dr. Bernhard Plattner**
Emeritus Full Professor
+41 44 632 7000
+41 44 632 1036
plattner@ethz.ch
http://www.csg.ethz.ch

Prof. Dr. Tuncay Saydam
55 Uranus Terrace
San Francisco, CA. 94114
USA

Zurich, January 25, 2021   BP

**Occupations of Prof. Tuncay Saydam in Switzerland, 1988-89**

To whom it may concern.

I am an Emeritus Full Professor of Computer Engineering at ETH Zurich, Switzerland, where I led the Communication Systems Group for close to 30 years. During my tenure at ETH Zurich I also served as a Head of Education in Electrical Engineering, as a Vice Rector of Bachelor and Master Studies and - during the last two years before becoming an Emeritus - as the Dean of Information Technology and Electrical Engineering. After my retirement from academic research I served as a Trusted Intermediary of ETH Zurich, investigating suspected cases of violations of our regulations for research integrity.

On September 1, 1987, I invited Prof. Tuncay Saydam to present some of his research in the conference "1988 International Zurich Seminar on Digital Communications" (IZS '88), see attachment 1. In the sequel I learnt more about his research, specifically in the area of Local Area Networks (LAN), and I invited him to spend a sabbatical of 7 months as a Visiting Professor at ETH Zurich, from January 1st, 1988, to July 31st, 1988. Visiting Professors of ETH Zurich receive a honorarium for their services, as well as a compensation for their costs of travel, housing and subsistence during their stay in Switzerland. His mandate as a Visiting Professor was recorded in the 1988 annual report of ETH Zurich (list of Visiting Professors in 1988, see attachment 2). Unfortunately there are no records available about the amount of compensation provided to Prof. Saydam.

During his tenure at ETH Zurich, he did a study on the behavior of interconnected LANs in Switzerland, which thereafter was considered by SWITCH (the first and at this time only Internet Service Provider in Switzerland) in the context of building the SWITCHlan academic network.

During his stay in Switzerland, Prof. Saydam also established good connections to several local companies, and received consulting mandates. Specifically, he worked for the company Ascom-Zelcom in



Page 1/2

USA000265

**Occupations of Prof. Tuncay Saydam in Switzerland, 1988-89**

Hombrechtikon[1], Switzerland, in January 1989, for one month, and in summer 1989 for two months. He received compensations for his services dedicated to the design of a network management system for a wide area network (WAN).

The statements regarding the activities of Prof. Saydam in Switzerland I make in this letter are based on my memory, the annual report mentioned above, and on three e-mails I found in my digital archive. Unfortunately, these e-mails cannot be reproduced in full, since they were generated with e-mail software which is no longer available. However, I was able to retrieve the ASCII texts present in the e-mails, enclosed as attachments 1, 3 and 4.

Sincerely,

Dr. Bernhard Plattner

---

[1] https://www.easymonitoring.ch/handelsregister/ascom-zelcom-ag-220362. This company was founded in 1987 under the designation of "Ascom-Zellweger", and was dissolved in 2006.

USA000266



**Attachment 1, dated: 1.9.1987**

**Invitation to present at the 1988 International Zurich Seminar on Digital Communications (IZS '88)**

Dear Prof. Saydam

It is a pleasure for me to invite you to give a talk about selections of OSI protocols and options in the tutorial session entitled Applying the OSI Reference Model I. I trust that your work in research and development enables you to discuss the topics outlined in the enclosed draft programme.

Please consider the draft programme as a fairly definitive outline for the tutorial. However, please do not hesitate to contact me if you have any questions or feel that specific changes in either content or timing should be made. It may also be necessary to align the content of your talk with Liba Svobodova's presentation.

We intend to provide written documentation (10 to 20 pages per speaker) to the participants of the tutorial. The papers to be delivered by the speakers need not be unpublished, however we expect that the topic of the talk/session is well covered by the material provided. The deadline for delivery of camera-ready copies of the manuscript is November 30, 1987.

May I ask you to provide me with

- your curriculum vitae, not exceeding 1/4 page (A4),
- a recent photograph,
- an abstract of your talk (not exceeding 1/2 page)
- for inclusion into the conference programme and/or distribution among the other tutorial speakers as soon as possible?

We will pay you a honorarium of sFr. 500.-- per 45 minutes net talk time. In addition we will reimbourse your expenses (travel and subsistence) as far as not covered by ETH and offer you a free admission to the Seminar and the seminar banquet.

Sincerely, yours


Prof. Dr. B. Plattner

USA000267

*Lehrkörper und Personal*    Attachment 2, excerpt of annual report  GPs 1988/1

## Gastdozenten

Prof. Dr. *Brian D.O. Anderson*, Professor of Systems Engineering an der Australian National University. Canberra, 1. bis 30. Juni 1988, Institut für Automatik und industrielle Elektronik;

Prof. Dr. *Athanasios C. Antoulas*, Associate Professor an der Rice University, Houston, Texas/USA. 1. Oktober 1988 bis 31. März 1989, Institut für Automatik und industrielle Elektronik;

Prof. Dr. *Karl Johan Aström*, Professor am Dept. of Automatic Control, Lund Institute of Technology, Sweden, 1. bis 30. Juni 1988, Institut für Automatik und industrielle Elektronik;

Prof. Dr. *Sanjoy Banerjee*, Professor und Vorsteher der Abteilung Chemical & Nuclear Eng., University of California, Santa Barbara, USA, 1. Oktober 1988 bis 31. August 1989, Institut für Energietechnik;

Prof. Dr. *Joab J. Blech*, Associate Professor am Technion Haifa, Israel, 1. April bis 31. Juli 1988, Institut für Mechanik;

Prof. Dr. *Ihsan Calis*, Assistenzprofessor für Pharmakognosie an der Pharmazeutischen Fakultät der Universität Hacettepe, Ankara, Türkei, 15. April bis 15. Juli 1988, Pharmazeutisches Institut;

Prof. Dr. *Manfred Dierks*, Professor für deutsche Literaturwissenschaft an der Universität Oldenburg, 1. April bis 31. Juli 1988, Abteilung für Geistes- und Sozialwissenschaften;

Prof. Dr. *John W. Elder*, unabhängiger Wissenschafter (em. Prof. University of Manchester), 1. Oktober 1988 bis 28. Februar 1989, Erdwissenschaftliche Institute;

Prof. Dr. *Nathan S. Fechheimer*, Professor am Dept. of Genetics, Ohio State University , USA, 15. März bis 15. September 1988, Institut für Nutztierwissenschaften;

Prof. Dr. *Peter Franken*, Professor an der Humboldt Universität in Berlin, DDR, 17. Oktober bis 12. November 1988, Institut für Elektronik;

Prof. Dr. *Werner Hildenbrand*, Professor für Wirtschaftstheorie, Universität Bonn, Ende Oktober bis Ende Dezember 1988, Mathematikdepartement;

Dr. *David P. Hill*, Project Chief for Active Seismology for Geothermal Areas, U.S. Geological Survey, Menlo Park, USA, 1. April bis 30. September 1988, Institut für Geophysik;

Dr. *Reinhold F. Hille*, Dozent für Informatik an der University Wollongong, Australien, 15. Juli 1988 bis 15. Juli 1989, Institut für Informatik;

Prof. *Peter J. Hilton*, Professor am SUNY, Binghampton, USA, 1. Oktober 1988 bis 31. März 1989, Mathematikdepartement;

Prof. *Robert A. Houze*, Professor in Atmospheric Sciences an der University of Washington, USA, 1. August 1988 bis 31. Juli 1989, Institut für Atmosphärenphysik,

Prof. *Gert J. Kruger*, Professor am Dept. of Chemistry, Rand Afrikaans University, Johannesburg, Rep. of South Africa, 1. Oktober 1988 bis 31. März 1989, Institut für Kristallographie und Petrographie;

Dr. *Alfons Kubis*, Leiter des Lehrstuhls der Technologie der Arzneiformen an der Pharmazeutischen Fakultät der Medizinischen Akademie, Wroclaw, Polen, 1. April bis 30. Juni 1988, Pharmazeutisches Institut;

Dr. *Mohamed F. Lahloub*, Dozent für Pharmakognosie und Phytochemie an der Pharmazeutischen Fakultät der Universität Mansoura, Ägypten, 1. September 1988 bis 31. August 1989, Pharmazeutisches Institut;

Prof. Dr. *Pascal Lederer*, Maître de Recherches CNRS, 1. Oktober 1988 bis 31. März 1989, Institut für Theoretische Physik;

Prof. Dr. *Teruaki Mukaiyama*, Professor am Dept. of Chemistry, Faculty of Sciences, University of Tokyo, 1. April bis 30. Juni 1988, Laboratorium für Organische Chemie;

Prof. Dr. *Prakash Narayan*, Associate Professor of Electrical Engineering, University of Maryland, College Park, USA, 4. Januar bis 31. März 1988, Institut für Signal- und Informationsverarbeitung;

Prof. *Wolfgang Oberndorfer*, Professor an der Technischen Universität Wien, 1. April bis 31. Juli 1988, Institut für Bauplanung und Baubetrieb;

Prof. Dr. *Irving Ozier*, Professor am Dept. of Physics an der University of British Columbia, 1. Juni 1988 bis 31. März 1989, Laboratorium für Physikalische Chemie;

Prof Dr. *John C. Parker*, Associate Professor of Soil Physics, Dept. of Agronomy, Virginia Polytechnic Institute, Blacksburg, USA, 4 1/2 Monate im Winter-/Sommersemester, Institut für Wald- und Holzforschung;

Prof. Dr. *Eberhard Petzschmann*, Universität Dortmund, Abteilung Bauwesen, 1. Oktober 1988 bis 31. März 1989, Institut für Bauplanung und Baubetrieb;

Dr. *Roland E. Randall*, Girton College, Cambridge, England, 1. Juni bis 31. Juli 1988, Geographisches Institut;

Prof. Dr. *Uri Regev*, Professor für Agrarwirtschaft, Ben-Gurion University of the Negev, Beer-Sheva, Israel, 1. März bis 31. Juli 1988, Institute für Agrarwirtschaft und Phytomedizin;

Prof. Dr. *Norbert Roth*, Direktor des Instituts für Physiologie, Medizinische Akademie Magdeburg, DDR, 1. September 1988 bis 28. Februar 1989, Institut für Verhaltensbiologie;

Dr. *Karol Sauerland*, Leiter der Abteilung für deutsche Literaturwissenschaft am Germanistischen Institut der Universität Warschau, 1. Januar bis 31. März 1988, Abteilung für Geistes- und Sozialwissenschaften;

Prof. Dr. *Tuncay Saydam*, Professor für Informatik an

70

USA000268

ETHS 1988/2

der University of Delaware, USA, 1. Januar bis 31. Juli 1988, Abteilung für Informatik;

Prof. *Henry Selig*, Professor am Dept. of Inorganic and Analytical Chemistry, Hebrew University, Jerusalem, 1. Oktober 1988 bis 31. März 1989, Laboratorium für Anorganische Chemie;

Dr. *Terry M. Seward*, Leiter der experimentellen Geochemie am Dept. of Scientific and Industrial Research, Lower Hutt, New Zealand, Mitte Februar 1988 bis Mitte Februar 1989, Institut für Mineralogie und Petrographie;

Prof. Dr. *Ulrich W. Suter*, Associate Professor am M.I.T., USA, 1. April bis 30. September 1988, Institut für Polymere;

Dr. *Heinz Schafroth*, Gymnasiallehrer in Biel und Literaturkritiker, 1. April bis 31. Juli 1988, Abteilung für Geistes- und Sozialwissenschaften;

Prof. Dr. *Arkady Tsinober*, Professor am Dept. of Fluid Mechanics and Heat Transfer, University of Tel Aviv, Israel, 1. April bis 30. September 1988, Institut für Hydromechanik und Wasserwirtschaft;

Dr. *Tamás Ungár*, Dozent am Institut für Allgemeine Physik der Eötvös Universität, Budapest, Ungarn, 1. April 1988 bis 28. Februar 1989, Institut für Angewandte Physik;

Prof. Dr. *Stephen H. Zinder*, Associate Professor of Microbiology, Cornell University, Ithaca, USA, 26. Februar bis Ende Juli, Institut für Mikrobiologie.

## Akademische Gäste

443 weitere Wissenschafter aus 38 Ländern verbrachten kürzere oder längere Aufenthalte als akademische Gäste in ETH- Instituten oder -Laboratorien.

## Todesfälle



Prof. Dr. **Manfred Rauscher** †
von Stein am Rhein/SH, geboren am 23. Februar 1904, gestorben am 15. Januar 1988.
Ordentlicher Professor für Flugzeugstatik und Leichtbau vom 1. April 1950 bis 31. März 1974 und Leiter des gleichnamigen Instituts an der ETH Zürich. Von 1960 bis 1964 Vorsteher der Abteilung für Maschineningenieurwesen.

Prof. Dr. **Franz Tomamichel** †
von Bosco Gurin/TI, geboren am 29. Mai 1930, gestorben am 11. November 1988.
Lehrbeauftragter seit 1972 und Leiter der Fachgruppe Photographie ab 1978 bis zu seinem Tod. Verleihung des Professortitels durch den Bundesrat 1980.



Prof. Dr. Dr. h.c. **Albert Frey-Wyssling** †
von Olten/SO, geboren am 8. November 1900, gestorben am 30. August 1988. Privatdozent für allgemeine Botanik von 1927 bis 1938. Ordentlicher Professor für allgemeine Botanik und Pflanzenphysiologie vom 1. Oktober 1938 bis 30. September 1970. Rektor der ETH Zürich von 1957 bis 1961.



USA000269

**Attachment 3, dated 19.6.1989**

**E-mail from me to the CS faculty members of ETH Zurich. It shows that at this time Prof. Saydam considered for a faculty position in the CS Department, and mentions his consulting activities for a Swiss company. I do not know the details of the appointment process, since I was not a member of the search committee.**

**(document translated from German)**

Subject: Prof. Tuncay Saydam

Dear colleagues

At the penultimate professor's meeting we discussed a possible appointment of Prof. T. Saydam, currently at the University of Delaware, to ETH. At that time I was given the task of obtaining expert opinions on the scientific activities of Mr. Saydam. These are now available and I take the liberty of bringing them to your attention - together with a CV that is no longer new - in the enclosure. Three articles published since the end of 1987 are not listed in the CV. Since the names of the reviewers are unlikely to be known to you, I will briefly give you some information about the people:

[references removed due to considerations of confidentiality]

Most of you know Prof. Saydam from his stay as visiting professor at the ETH from January 1st, 1988 to July 31st, 1988. His contacts to Swiss industry, in particular to the company ascom-Zellweger in Hombrechtikon, also originate from this time. In January of this year he worked for one month as a consultant in Hombrechtikon (design of a network management system for a WAN) and is currently again visiting the same company for two months. I would be happy to arrange a conversation this month or the next for those who would like to get to know him (better).

Kind regards,

B. Plattner

USA000270

**Attachment 4, dated 9.9.1991**

**My letter of recommendation regarding an appointment for a faculty position to the President of EURECOM, Sophia Antipolis, France**

Returning from vacations and a leave of absence, I find your request for a recommendation for Dr. T. Saydam. Your letter dated July 12 seems to have suffered from an unusual delay, as it only arrived at my office on August 16. Hoping that it is not too late, I give you my recommendation below.

I met Dr. Saydam in 1988, when I invited him to spend a sabbatical leave at ETH. Ever since, I have been in contact with him and we had many technical and nontechnical discussions.

During his sabbatical at ETH he gave a lecture on Local Area Networks, an area in which he has a vast experience, especially on the theoretical and analytic side. This course was very well received by our students, which evaluated it as one of the best ever given. Dr. Saydam has a very lively style presenting lectures and seems to have a natural talent for teaching. I trust that he would be a competent and well accpeted teacher at EURECOM.

Since then, I have organized and held together with him three short courses (2 days and 1 day, resp.) on general data communications and LANs. They showed that Dr. Saydam is also well received as a presenter by a professional audience.

His technical background in 1988 was a very strong insight into typical algorithms and their behaviour in LANs. Apart from feeling at home in all analytic methods for modelling systems he has an equally strong knowledge of using simulation to check the correctness of analytically derived results and assumptions taken. During his sabbatical, he did a study on the behaviour of interconnected LANs in Switzerland, which thereafter was considered by SWITCH while building the SWITCHlan academic network. I know Dr. Saydam as a serious researcher. He certainly has the potential for good research results.

Also during his stay at ETH, he developed good contacts to some Swiss companies, which allowed him to do extensive consulting in Switzerland ever since. In his consulting work he entered fields that were new to him, such as network management, software development, and security. Since I do not have too much insight in the work he did in these fields I cannot comment about this.

I believe that Dr. Saydam would be a good member of the faculty at EURECOM and would be very pleased if his application were successful.

Sincerely, yours

Bernhard Plattner
Professor of Computer Engineering

USA000271