# Exhibit 4


**EXHIBIT** 10

T. Saydam

# EXHIBIT G
# Research w Swiss EPFL

## 31

# Object-oriented design of a VPN bandwidth management system

*T. Saydam[a], J.-P. Gaspoz[b], P.-A. Etique[b], J.-P. Hubaux[b]*

[a] *University of Delaware, Newark, DE. 19716, USA, tel. (1) 302 831 27 16, fax (1) 302 831 84 58, e-mail: saydam@cis.udel.edu*

[b] *Swiss Federal Institute of Technology (EPFL), Telecommunications Laboratory, 1015 Lausanne, Switzerland, tel. (41) 21 693 5258, fax (41) 21 693 2683, e-mail: gaspoz@tcom.epfl.ch*

## Abstract

This paper describes the application of a general purpose object-oriented software engineering method to the design of a bandwidth management system for ATM-based virtual private networks (VPNs). Such a system allows a VPN customer to dynamically modify the bandwidth allocated to VPN connections. The design process has focused on the service management information model and interfaces required to provide that service to the customer. Object interaction graphs have been designed and class descriptions have been derived. Finally the VPN customer, value added service provider and network providers service management system interfaces have been designed and corresponding primitives are given.[1]

## Keywords

VPN, ATM, TMN, object-oriented design, service management, bandwidth management

## 1  INTRODUCTION

One of the major trends in the evolution of current business information networking is an increasing need for high performance data communications, especially in the wide area. Provided as an alternative to dedicated leased lines networks, virtual private networks (VPNs) are gaining more and more acceptance among customers and network providers. VPNs permit to connect physically separated business sites without using dedicated resources.

The principal applications to be supported by future VPNs, that is, LAN interconnection and emerging multimedia applications, require the use of a flexible networking technology supporting a variety of services with very different quality of service requirements, in other

---

[1] Part of this work has been performed in the framework of the RACE project R2041 PRISM and thus has been funded by the 'Office Fédéral de l'Education et de la Science' (OFES, Switzerland)

A. S. Sethi et al. (eds.), *Integrated Network Management IV*
© Springer Science+Business Media Dordrecht 1995

USA000273

*Object-oriented design of a VPN bandwidth management system*        355

sequential and centralized systems, Fusion is not very well-suited to deal with the specification and design of distributed systems. Issues such as the conflict between system internal communications based on interrogation and external communications based on announcement could be dealt with in a more elegant way by using a distributed systems conformant approach all along the development process. However, the integration of some of the models advocated by Fusion into the ODP viewpoints could be a very interesting topic of further study.

## 7 REFERENCES

Coleman , D. et al. (1994) Object-Oriented Development: The Fusion Method, Prentice Hall.

Gaspoz, J.P., Saydam, T. and Hubaux J.P. (1994) Object-Oriented Specification of a Bandwidth Management System for ATM-based Virtual Private Networks, *proceedings of the third ICCCN conference.*

M.3010 (1992) Principles for a Telecommunications Management Network, *CCITT Recommendation M.3010.*

M.3020 (1992) TMN Interface Specification Methodology, *CCITT Recommendation M.3020.*

ODP (1993) Basic Reference Model of Open Distributed Processing (ODP), parts 1-3, *ISO/ITU-T Draft Recommendations X.901, X.902, X.903.*

Rumbaugh, J. et al., (1991) Object-Oriented Modeling and Design, Prentice Hall.

X.722 (1991) Guidelines for the Definition of Managed Objects, *ITU Recommendation X.722.*

Verbeeck, P. et al., (1992) Introduction Strategies Towards B-ISDN for Business and Residential Subscribers Based on ATM, *IEEE JSAC*, December edition.

Wernik, M. et al. (1992) Traffic Management for B-ISDN Services, *IEEE Network*, November edition.

## 8 BIOGRAPHY

Tuncay Saydam has been a professor of computer science at the University of Delaware since 1979. He has received his graduate degrees at Istanbul Technical University and The University of Texas at Austin. His current research interests include network management, network interconnections and object-oriented software design. Member of IEEE, Sigma XI and New-York Academy of Sciences, Dr. Saydam is author of over fifty technical articles.

Jean-Paul Gaspoz graduated in electrical engineering at the Swiss Federal Institute of Technology in Lausanne. He then worked three years at Ascom, a Swiss telecom company where he contributed to the development of an ISDN PABX. He is currently doing a Ph.D. at the Swiss Federal Institute of Technology in Lausanne and his research interests include virtual private networks, services management and distributed systems specification.

Pierre-Alain Etique graduated in computer science at the Swiss Federal Institute of Technology in Zurich. He then joined Ascom, a Swiss telecom company were he worked 3 1/2 years on the development of a PBX. He is currently with the Swiss Federal Institute of Technology in Lausanne where he is working on his Ph.D.

Jean-Pierre Hubaux graduated in computer science at the Institute of Technology of Milan. He then joined Alcatel where he worked ten years as development engineer, consultant and project manager. He has been a professor at the Swiss Federal Institute of Technology of Lausanne since 1990.

USA000274