# Exhibit 5



EXHIBIT 13

T. Saydam
4/23/24

Zürich

**Zürcher Kantonalbank**

Tuncay Nafiz Saydam
Faruk Ayanoglu Cad.
Filiz Apt.A,
Blok No.38,D:16
Fenerbatice/Istanbul
Turkey

Bahnhofstr. 9
8001 Zürich
Postal adress: P.O. Box, 8001 Zürich

| | |
|---|---|
| Phone | Redacted by SFTA |
| Fax | |
| Internet | www.zkb.ch |

Zürich, Redacted by SFTA

Your account manager    Redacted by SFTA
Reference
Direct calls
E-Mail

Bank clearing no.    700
Post account    80-151-4
SWIFT-Adresse    ZKBKCHZZ80A

## opening-confirmation

Business number:    000-287879
Type of business:    ZKB securities deposit
Business holder:    Saydam Tuncay Nafiz

Dear Mister Saydam

Please find attached the following essential documents which will govern our mutual business relationship:

- Special Risks in Securities Trading
- Safe Custody Regulations
- Preisübersicht Anlagegeschäft für Privat- und
  Firmenkunden
- U.S. Withholding Tax quest. (Ind.)
- Signature(s) Agreement

Please return the documents to be signed as soon as possible after filling them in and signing them. Based on the regulations in force we require the complete address and the nationality and/or place of citizenship as well as the full date of birth of any persons who are granted a power-of-attorney. Please fill in the missing particulars. Thank you in advance for doing so. The account shall be deemed to have been opened once we are in receipt of the duly signed documents. Until this point in time it is not possible to operate the account.

Many thanks for the confidence which you place in our bank.
It goes without saying that we would be pleased to offer you any other banking services you might wish us to provide.

Yours truly

Zürcher Kantonalbank

Redacted by SFTA

Valid with one signature

This m Redacted by SFTA r tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement

USA000141

Zürich

**Zürcher Kantonalbank**

Tuncay Nafiz Saydam
Faruk Ayanoglu Cad.
Filiz Apt.A,
Blok No.38,D:16
Fenerbatice/Istanbul
Turkey

Bahnhofstr. 9
8001 Zürich
Postal adress: P.O. Box, 8001 Zürich

| Phone | Redacted by SFTA |
| Fax | |
| Internet | www.zkb.ch |

Zürich, Redacted by SFTA

Your account manager Redacted by SFTA
Reference
Direct calls
E-Mail

Bank clearing no.        700
Post account             ▮ 51-4
SWIFT-Adresse            ZKBKCHZZ80A

**opening-confirmation**

Business number:   1300-7246.862
IBAN:              ▮686 2
Type of business:  ZKB foreign currency account
Business holder:   Saydam Tuncay Nafiz

Dear Mister Saydam

Please find attached the following essential documents which will govern our mutual business relationship:

- Signature(s) Agreement

Please return the documents to be signed as soon as possible after filling them in and signing them. Based on the regulations in force we require the complete address and the nationality and/or place of citizenship as well as the full date of birth of any persons who are granted a power-of-attorney. Please fill in the missing particulars. Thank you in advance for doing so. The account shall be deemed to have been opened once we are in receipt of the duly signed documents. Until this point in time it is not possible to operate the account.

Many thanks for the confidence which you place in our bank.
It goes without saying that we would be pleased to offer you any other banking services you might wish us to provide.

Yours truly

Zürcher Kantonalbank

Redacted by SFTA

Redacted by SFTA ... or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement

USA000142

Zürich

**Zürcher Kantonalbank**

Bahnhofstr. 9
8001 Zürich
Postal adress: P.O. Box, 8001 Zürich

Tuncay Nafiz Saydam
Faruk Ayanoglu Cad.
Filiz Apt.A,
Blok No.38,D:16
Fenerbatice/Istanbul
Turkey

| | |
|---|---|
| Phone |  |
| Fax | |
| Internet | www.zkb.ch |

Zürich, Redacted by SFTA

Your account manager    Redacted by SFTA
Reference
Direct calls
E-Mail

Bank clearing no.     700
Post account          ▉151-4
SWIFT-Adresse         ZKBKCHZZ80A

**opening-confirmation**

Business number:    1100-2090.947
IBAN:               ▉094 7
Type of business:   ZKB private account
Business holder:    Saydam Tuncay Nafiz

Dear Mister Saydam

Please find attached the following essential documents which will govern our mutual business relationship:

- General Conditions
- Provisions applicable to ZKB private accounts.
- Data protection at Zürcher Kantonalbank
- Information for customers of Swiss banks concerning the avoidance of dormant assets

- Preisübersicht und Konditionen für Privatkunden
- Zinssätze für Privatkunden
- Signature(s) Agreement

Please return the documents to be signed as soon as possible after filling them in and signing them. Based on the regulations in force we require the complete address and the nationality and/or place of citizenship as well as the full date of birth of any persons who are granted a power-of-attorney. Please fill in the missing particulars. Thank you in advance for doing so. The account shall be deemed to have been opened once we are in receipt of the duly signed documents. Until this point in time it is not possible to operate the account.

Many thanks for the confidence which you place in our bank.
It goes without saying that we would be pleased to offer you any other banking services you might wish us to provide.

Yours truly

Zürcher Kantonalbank

Redacted by SFTA

This Redacted by SFTA or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.

USA000143