# Exhibit 6



**Zürcher Kantonalbank**

To Zurich Cantonal Bank

Redacted by SFTA

EXHIBIT 12

T. Saydam
SKM    4/23/24

| Contracting party | Tuncay Nafiz Saydam |
| | Faruk Ayanoglu Cad. |
| | Filiz Apt.A, |
| | Blok No.38,D:16 |
| | Fenerbatice/Istanbul |
| Client Number | 3.129.550-5 |
| Date birth/found. | ▮1938 |
| Nationality | TR |

Date
Account manager    Redacted by SFTA

## General Signature(s) Agreement N          ZW 700

This signature agreement is valid for **all business relations, present and future,** between the contracting party identified above and the Bank, except for any specific agreements referring to particular banking transactions.

Until further notice given to the Bank, I empower the following person(s) to represent myself in all dealings with the Bank and to dispose **individually, independently and unlimitedly** of my balances in account, securities and valua... ...the Bank in its vault/safe, as well as of any other assets of mine held by the Bank. The authorised person(s) is/are also entitled to make ... limits to be assigned yet, sign statements of reconciliation/verification of accounts and to break the relatio ... person's, not the Bank's responsibility, to keep me informed on actions taken by her/them. This/The ... as long as it/they has/have not been cancelled in writing, even in the event of decease or incapacity (para ... ions).

1254269304

**Notes**

**Authorised person \***

| Name | Saydam |
| First Name | Ayse Oya |
| Nationality | Türkei |
| date of birth | ▮1946 |
| Adress | gl. Adresse |

Signature \*

*Saydam*

**Authorised person \***

| Name | |
| First Name | |
| Nationality | |
| date of birth | |
| Adress | |

Signature \*

The authenticity and the validity of the above signature(s) are confirmed herewith. I acknowledge receipt of the Bank's **General Conditions,** which I recognise as a valid basis for all my dealings with the Bank; the exclusive **venue** for any legal proceedings being **Zurich 1**. As far as specific banking operations are concerned, the Bank's relevant regulations and prescriptions will be binding.

This General Signature(s) Agreement **completes** the existing Signature(s) Agreement as of Redacted by SFTA

**For the Bank's use only**

Redacted by SFTA

Signature Vertragspartner

Zürich, Redacted by SFTA

Redacted by SFTA

This information ... or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.

USA000118

 **Zürcher Kantonalbank**

To Zurich Cantonal Bank

| | | | |
|---|---|---|---|
| Contracting party | Tuncay Nafiz Saydam | Date | |
| | Faruk Ayanoglu Cad. | Account manager |  Redacted by SFTA |
| | Filiz Apt.A, | | |
| | Blok No.38,D:16 | | |
| | Fenerbatice/Istanbul | | |
| Client Number | 3.129.550 - 5 | | |
| Date birth/found. | ▮▮▮ 938 | | |
| Nationality | TR | | |

Redacted by SFTA

## General Signature(s) Agreement N          ZW 700

This signature agreement is valid for **all business relations, present and future,** between the contracting party identified above and the Bank, except for any specific agreements referring to particular banking transactions.

Until further notice given to the Bank, I empower the following person(s) to represent myself in all dealings with the Bank and to dispose **individually, independently and unlimitedly** of my balances in account, securities and valuables held by the Bank in its vault/safe, as well as of any other assets of mine held by the Bank. The authorised person(s) is/are also entitled to make use of existing credit facilities or such limits to be assigned yet, sign statements of reconciliation/verification of accounts ~· ·        · relationship with the Bank. It is the authorised person's, not the Bank's responsibility, to keep me informed on ~ ·           is/These power(s) of attorney remain(s) valid as long as it/they has/have not been cancelled in writing, eve                    (paragraph 35 of the Swiss Code of Obligations).

‖‖‖‖‖‖‖‖‖ 1122799209

**Notes**

| | |
|---|---|
| **Authorised person** * | Signature * |
| Name | |
| First Name | |
| Nationality | |
| date of birth | |
| Adress | |
| **Authorised person** * | Signature * |
| Name | |
| First Name | |
| Nationality | |
| date of birth | |
| Adress | |

The authenticity and the validity of the above signature(s) are confirmed herewith. I acknowledge receipt of the Bank's **General Conditions,** which I recognise as a valid basis for all my dealings with the Bank; the exclusive **venue** for any legal proceedings being **Zurich 1.** As far as specific banking operations are concerned, the Bank's relevant regulations and prescriptions will be binding.

This General Signature(s) Agreement is **new and/or replaces** all former Signature(s) Agreements respectively.

**For the Bank's use only**          Signature Vertragspartner          Zürich, Redacted SFTA

Redacted by SFTA

 Redacted by SFTA

This inform▮▮▮                              tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement

USA000119



HÜVİYET ve EŞKÂLİ
PERSONAL PARTICULARS

ifat ve memuriyeti
tle and profession

oğum yeri
lace of birth

oğum tarihi
ate of birth

üzü
ocial features

oz rengi
olour of eyes

aç rengi
olour of hair

oy
eight

ususi alametleri
pecial marks

Hamilinin imzası / Signature of bearer

Soyadı - Surname

Adı - Name

CIF-Nr. 3. 129 550 - 5

ORIGINAL eingesehen durch:

Redacted by SFTA



1580309606

This information is furnished under the provision of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.



№099623

ülkeler dışında bütün ülkeler için geçerlidir.
ıssport is valid for all countries except

Redacted by SFTA

ɔport           tarihine
ərlidir.

This passport is valid until
Redacted by SFTA

ISTANBUL VALILIGI
GOVERNORSHIP OF ISTANBUL

Redacted by SFTA

Redacted by SFTA

TR-B №099623

Ç O C U K L A R
CHILDREN

| Adı<br>NAME | Doğum tarihi<br>DATE OF BIRTH | Cinsiyeti<br>SEX |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Bu sayfaya kayıt yapan makam, açıklamalar
kısmına meşruhat verecektir.

5

CIF-Nr.   7.127.570

ORIGINAL eingesehen durch:
Redacted by SFTA

This information is furnished under the provision of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.

USA000121

HÜVİYET ve EŞKÂLİ
PERSONAL PARTICULARS

ton

yeri
f birth          ANKARA

tarihi           ███ 1946
f birth

features

ngi
of eyes

ngi
of hair

FOTO-PHOTO

alametleri
l marks

Hamilinin imzası / Signature of bearer



2

Soyadı - Surname

SAYDAM

Adı - Name

AYŞE OYA

3

Redacted by SFTA

CIF-Nr.

**ORIGINAL eingesehen durch:**
Redacted by SFTA

1580309705

This information is furnished under the provision of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement

USA000122



TR-N № 837687

Aşağıda ülkeler dışında bütün ülkeler için geçerlidir.
This passport is valid for all countries except

bu pasaport .... Redacted by SFTA .... tarihine
ar geçerlidir.

This passport is valid until
Redacted by SFTA

İSTANBUL VALİLİĞİ
GOVERNORSHIP OF İSTANBUL
Redacted by SFTA

Redacted by SFTA

TR-N № 837687

ÇOCUKLAR
CHILDREN

| Adı NAME | Doğum tarihi DATE OF BIRTH | Cinsiyeti SEX |
|---|---|---|
| | | |

Bu sayfaya kayıt yapan makam, açıklamalar kısmına meşruhat verecektir.

5

Redacted by SFTA

CIF-Nr.    P. 123.550

ORIGINAL eingesehen durch:
Redacted by SFTA

This information is furnished under the provision of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.

USA000123

# U.S. Withholding Tax Questionnaire for Natural Persons

Page 1/2

## Important information

This questionnaire is for internal bank use only. All information contained herein is subject to the Swiss banking confidentiality regulations.

| | |
|---|---|
| Partner no.: | 3.129.550-5 |
| Last name: | Tuncay |
| First name: | Nafiz Saydam |
| Street: | Faruk Ayonoglu Cad. Filiz Apt. A-Blok |
| ZIP/City: | No.38/D:16 / ISTANBUL |
| Country: | Turkey |
| Nationality: | ☐ Switzerland  ☑ other: Turkey |
| Tax domicile: | ☐ Switzerland  ☑ other: Turkey |

In accordance with the requirements under U.S. Withholding Tax Regulations, and in order to enable the Zürcher Kantonalbank (hereinafter referred to as "the Bank") to correctly determine the status and qualification of the safe custody account holder for the purpose of U.S. Withholding Tax as a non U.S. person or U.S. person, the undersigned safe custody account holder hereby makes and confirms the following declarations:

## 1) Determining your status as a U.S. person/non U.S. person

| | YES | NO |
|---|---|---|
| a) Are you a U.S. citizen or do you have dual nationality including U.S. citizenship? | ☒ | ☒ |
| b) Are you a U.S. resident alien? | ☐ | ☒ |
| c) Are you the holder of a valid U.S. residence permit? (e.g. Green Card) | ☐ | ☒ |
| d) Have you lived during the current year and the preceding two years for a total of more than 183 days in the USA? (counted as follows: current year days in United States x 1, first preceding year days in United States x 1/3, second preceding year days in United States x 1/6) | ☐ | ☒ |
| e) Are you a U.S. taxpayer for any other reason? (e.g. dual residency, spouse filing jointly, relinquishment of U.S. citizenship or due to residence permit following long-term residency, other reasons) | ☐ | ☒ |

If **all of the above questions have been answered NO**, the following options are open to you:

☐ Yes, I would like to invest in U.S. securities. Initial page 1 (bottom left) and then go directly to page 2, no. 2 without signing page 1.

☒ No, I would like to relinquish any investments in U.S. securities:
Consequently, my safe custody account will be blocked for these securities. In turn, there is no need for further clarifications. **This declaration of relinquishment** will remain active for my part until revocation and the appropriate subsequent documentation.

**Signature for declaration of relinquishment**

Place, date: Zurich, 13. 05. 2009

Signature: _(signature)_

End of the questionnaire.

If you have **answered YES to at least one of the above questions**:

You come under the designation of U.S. person with regard to your safe custody account with the Bank. Please also submit a properly completed and signed U.S. Tax Form W-9 (available from your client adviser). **Form W-9 will be forwarded to our external depository who will disclose the identities of the partners to the IRS.** Then a report will be compiled annually by Brown Brothers Harriman & Co. (depository in the USA), together with a list of the securities relevant for U.S. Withholding Tax, and sent directly to the client. As a Qualified Intermediary, the Bank does not have the right to buy U.S. securities for the above-mentioned safe custody account if any of the above questions have been answered YES and a Form W-9 has not been properly completed and signed by the safe custody account holder.

**Signature for U.S. person**

Place, date: Zurich,   Redacted by SFTA

Signature: _(signature)_   Redacted

End of the questionnaire.

Client initials: _____

## Zürcher Kantonalbank

1159102409

This information is furnished under the provisions of... Redacted by SFTA ...reign government. Its use and disclosure must be governed by the provisions of that treaty or agreement

USA000124

**2) Change of status as a non U.S. person**

The undersigned safe custody account holder will be obligated to inform the Bank if his/her status as a non U.S. person should change in accordance with U.S. tax law.

**3) Discovery of status as a U.S. person/Agreement to sell U.S. securities under deduction of Backup Withholding Tax**

If, for whatever reason, this declaration becomes invalid after its filing with the Bank due to:

(i) a change in the circumstances changing the safe custody account holder's status from a non U.S. person to a U.S. person, and/or

(ii) subsequent discovery of the fact that, notwithstanding this declaration, the safe custody account holder is or has become a U.S. person under U.S. tax law, and

if, at that time, the safe custody account holder does not agree to file a valid IRS Form W-9 with the Bank,

then the safe custody account holder hereby irrevocably instructs the Bank to sell all U.S. assets held in the safe custody account of the above-mentioned partner, following standard business practice and without prior notice, and with effect from January 1, 2001, to deduct and remit to the IRS the Backup Withholding Tax at 28% **on the proceeds** from the sale of such investments. *

The undersigned safe custody account holder expressly, and without any limitation, herewith waives any claims for damages and will indemnify the Bank for any liability in connection with the sale of his/her U.S. assets.

**4) Beneficial Owner**

The undersigned safe custody account holder hereby declares that he/she is, according to U.S. tax law, the beneficial owner of the assets and income to which this form relates.

**5) Declaration for applicable Double Taxation Treaty**

By signing the form, the safe custody account holder confirms,

– that he/she fulfills all the conditions necessary to apply for a reduction (reduced tax rate) of the U.S. Withholding Tax according to the Double Taxation Treaty between the

USA and
(please state tax domicile (country))

– and that this applies to all the investments and the associated income referred to in this declaration.

Furthermore, the undersigned expressly asserts his/her right to reduction (reduced tax rate) of the U.S. Withholding Tax in accordance with said Double Taxation Treaty.



(The benefits of the Double Taxation Treaty can only be passed on if the YES field has been checked and the tax domicile has been filled in.)

**6) Does your tax domicile (country) differ from the country that issued your identification document for QI purposes?** (only for non U.S. person answering YES to question 5)







---

* Remittance of Backup Withholding Tax at 28% to the IRS will be effected **without disclosure of the identity** of the safe custody account holder, as expressly stipulated in the Qualified Intermediary Agreement.

** Valid identification documents according to the QI country attachment for Switzerland are a passport, a national identity card, a residency permit for non-citizens (Permit C) or a driving license with a photograph.

**Zürcher Kantonalbank**

s information is furnished under the provision of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement

USA000125