# Exhibit 8

 **Zürcher Kantonalbank**

Postfach, CH-8010 Zürich
www.zkb.ch

Delivery 1/2011      Page 1/ 1

| Postfach 715, CH-8010 Zürich | **P.P.** |
|---|---|

Tuncay Saydam
Faruk Ayanoglu Cad.
Filiz Apt. A_Blok
No.38,D:16
Fenerbahce/Istanbul
Turkey



| Date: | 30.06.2011 |
|---|---|
| Account manager: | Redacted by SFTA |
| Account: | 6.862 |
| IBAN: | 886 2 |
| Type of account: | ZKB foreign currency account |
| Account holder: | Saydam Tuncay |
| Currency: | USD |
| Statement as per: | 30.06.2011 |

EXHIBIT i4

T. Saydam
4/23/24

## Account statement

| Date | Text | Charges | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|---|
| 31.12. | Balance fwd | | | | 31.12.10 | 255'089.75 C |
| 23.03. | SAFE CUSTODY CH 0040-0000 | | 22.13 | | 31.03.11 | 255'067.62 C |
| 19.05. | PAYMENT 9324-0001 | | 10'000.00 | | 19.05.11 | 245'067.62 C |
| 23.06. | SAFE CUSTODY CH 8257-0000 | | 23.86 | | 30.06.11 | 245'043.76 C |
| | Additions | | 10'045.99 | 0.00 | | |
| | Balance | | | | | 245'043.76 C |

We kindly ask you to examine this document. According to our General Conditions, objections concerning statements of account have to be lodged within a month from receipt of the document. Otherwise the statements of account are deemed to have been approved.

| In your favour | 245'043.76 C |
|---|---|

Yours truly

**Zürcher Kantonalbank**

If not manually amended
valid without signature

Redacted by SFTA

This ... aty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement

ZKB_Saydam_00041

**USA000012**

 **Zürcher Kantonalbank**

Delivery 2/2012          Page 1/ 1

Postfach, CH-8010 Zürich
www.zkb.ch

| Postfach 715, CH-8010 Zürich | **P.P.** |
|---|---|

Tuncay Saydam
Faruk Ayanoglu Cad.
Filiz Apt. A_Blok
No.38,D:16
Fenerbahce/Istanbul
Turkey



| | |
|---|---|
| Date: | 14.09.2012 |
| Account manager: | Redacted by SFTA |
| Account: | ....862 |
| IBAN: | ....686 2 |
| Type of account: | ZKB foreign currency account |
| Account holder: | Saydam Tuncay |
| Currency: | USD |
| Statement as per: | 13.09.2012 |

## Account statement

| Date | Text | Charges | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|---|
| 29.06. | Balance fwd | | | | 30.06.12 | 244'947.66 C |
| 04.09. | PAYMENT  1012-0001 | | 11'000.00 | | 04.09.12 | 233'947.66 C |
| 05.09. | PAYMENT(S)  0041-0001 | | 525'033.90 | | 05.09.12 | 291'086.24 D |
| 05.09. | OUR FOREX SALE  2755 | | | 291'086.07 | 04.09.12 | 0.17 D |
| 10.09. | SAFE CUSTODY CH  1666-0000 | | 19.03 | | 10.09.12 | 19.20 D |
| 14.09. | BALANCING  0007-0002 | | | 19.20 | 13.09.12 | 0.00 C |
| | Additions | | 536'052.93 | 291'105.27 | | |
| | Balance | | | | | 0.00 C |

We kindly ask you to examine this document. According to our General
Conditions, objections concerning statements of account have to be
lodged within a month from receipt of the document. Otherwise the
statements of account are deemed to have been approved.

Account closed                                                    0.00 C

Yours truly

**Zürcher Kantonalbank**

If not manually amended
valid without signature

Redacted by SFTA

This tax ... treaty or any information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement

ZKB_Saydam_00044

**USA000015**

**Zürcher Kantonalbank**

**Bezug**
**Bankbeleg**

Gewünschte Stückelung

| | | | |
|---|---|---|---|
| | à 1000.- | | |
| | 200.- | | |
| 100 | 100.- | 11'000.- | |
| | 50.- | | |
| | 20.- | | |
| | 10.- | | |
| | 5.- | | |
| | 2.- | | |
| | 1.- | | |
| | -.50 | | |
| | -.20 | | |
| | -.10 | | |
| | -.05 | | |
| USD | | | |
| ~~CHF~~ | | 11'000.- | |

empfangen zu haben, bescheinigt

Von der **Zürcher Kantonalbank**

Konto Nr.

zu Lasten ▮▮▮▮6.862 bei

von Firma Frau/Herrn    Saydam Tuncay

Redacted by SFTA

in Worten Franken

Redacted by SFTA

Zürich , den 04.09.2012

Redacted by SFTA

ZKB_Saydam_00055

USA000026

This information is furnished under the provision of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.



**Zürcher Kantonalbank**

Payout
Bank receipt

| Desired denomination | | | | |
|---|---|---|---|---|
| | @ 1000.00 | | | |
| | 200.00 | | | |
| 100 | 100.00 | | 11,000 | .00 |
| | 50.00 | | | |
| | 20.00 | | | |
| | 10.00 | | | |
| | 5.00 | | | |
| | 2.00 | | | |
| | 1.00 | | | |
| | 0.50 | | | |
| | 0.20 | | | |
| | 0.10 | | | |
| | 0.05 | | | |
| USD | | | | |
| CHF | | | 11,000.00 | |

receipt confirmed

Zurich_____ , September 04, 2012 _____

[Received] from **Zürcher Kantonalbank**

account no.

to the debit of   [ ▮ 6.862 ]   at

by
company
Ms./Mr.        *Saydam Tuncay*

Redacted by SFTA

in words  <Signature>
Francs

Redacted by SFTA

Redacted by SFTA

USA000026

## Zürcher Kantonalbank

**Bezug**

**Bankbeleg**

Gewünschte Stückelung

| | |
|---|---|
| à 1000.- | |
| 200.- | |
| 100.- | 100 |
| 50.- | |
| 20.- | |
| 10.- | |
| 5.- | |
| 2.- | |
| 1.- | |
| -.50 | |
| -.20 | |
| -.10 | |
| -.05 | |

**CHF  10'000.-**

in Worten Franken

Von der **Zürcher Kantonalbank**

Konto Nr. ▮▮▮▮ 6862 bei

zu Lasten

von Firma Frau/Herrn

*Saydam Tuncay*

empfangen zu haben, bescheinigt

*Zürich*, den *19.5.11*  x

Redacted by SFTA

Redacted by SFTA

ZKB_Saydam_00058

**USA000029**



This information is furnished under the provision of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.

USA000029