# Exhibit 9

 **Zürcher Kantonalbank**

Delivery 1/2011

Page 1 / 1

Account no.      0.947 / ███ 094 7
IBAN           ███████
Product        ZKB private account
Account holder  Saydam Tuncay

Zurich, May 31st, 2011

## Account statement as of 31.05.2011

| Date | Business transaction | Price | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|---|
| 31.12.10 | Carried forward balance | 0.00 | | | | 210'959.37 |
| 19.05.11 | Withdrawal | | 7'000.00 | | 19.05.11 | 203'959.37 |
| | Additions | 0.00 | 7'000.00 | 0.00 | | |
| | Closing balance to your credit | | | | | 203'959.37 |

Redacted by SFTA



ZKB_Saydam_00061

USA000032

 **Zürcher Kantonalbank**

Page 1 / 1

Postfach, CH-8010 Zürich
www.zkb.ch

| Bank clearing no. | 700 |
| BIC (SWIFT address) | ZKBKCHZZ80A |
| VAT no. | ███7059 |
| Post account | ███51-4 |

| Securities account | ███7879 |
| Denomination | ZKB securities deposit |
| Depositor | Saydam Tuncay |

Postfach 715, CH-8010 Zürich          **P.P.**

| Account no. | ███0.947/███ |
| IBAN | ████████094 7 |
| Denomination | ZKB private account |
| Account holder | Saydam Tuncay |

Tuncay Saydam
Faruk Ayanoglu Cad.
Filiz Apt. A_Blok
No.38,D:16
Fenerbahce/Istanbul
Turkey

Redacted by SFTA

Zürich, October 26th, 2011

## SPLIT

Transaction no. 258957484

| **Holding** unit | | 16  **Anteile ZKB Gold ETF Klasse -A CHF-** |
| | | Security number: 2439100 / ISIN: CH0024391002 |

| **Ratio** | 1 - 10 (old : new) |
| **Incoming securities** | ZKB Gold ETF ACHF |
| **Ex date** | 26.10.2011 |

Due to their low counter value, fractions are neither credited nor debited.

| | | unit |
|---|---|---|
| **Deposit outgoing** | Security number: 2439100 / ISIN: CH0024391002 | 16 |
| **Deposit incoming** | Security number: 13910159 / ISIN: CH0139101593 | 160 |

Yours truly

## Zürcher Kantonalbank

If not manually amended
valid without signature

Redacted by SFTA          tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement



**Zürcher
Kantonalbank**

**Bezug
Bankbeleg**

Gewünschte Stückelung

| | |
|---|---|
| à 1000.- | |
| 200.- | |
| 100.- | |
| 50.- | |
| 20.- | |
| 10.- | |
| 5.- | |
| 2.- | |
| 1.- | |
| -.50 | |
| -.20 | |
| -.10 | |
| -.05 | |

**CHF** 7'600

in Worten
Franken

Von der **Zürcher Kantonalbank**

Konto Nr

zu Lasten ████████ bei

von
Firma
Frau/Herrn    *Saydam    Tuncay*

empfangen zu haben, bescheinigt

_____ , den 18.5.11  X  *[signature]*    Redacted by SFTA

15143  Redacted by SFTA

ZKB_Saydam_00076

USA000047



This information is furnished under the provision of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.

**Zürcher Kantonalbank**

**Payout**
**Bank receipt**

| Desired denomination | | | |
|---|---|---|---|
| 5 | @ 1000.00 | | |
| | 200.00 | | |
| 20 | 100.00 | | |
| | 50.00 | | |
| | 20.00 | | |
| | 10.00 | | |
| | 5.00 | | |
| | 2.00 | | |
| | 1.00 | | |
| | 0.50 | | |
| | 0.20 | | |
| | 0.10 | | |
| | 0.05 | | |
| **CHF** | | | 7,000.00 |

[Received] from **Zürcher Kantonalbank**

account no.

to the debit of [ ████ 0947 ] at

by
company
Ms./Mr.        *Saydam Tuncay*

in words
Francs

receipt confirmed

*Zurich* , *May 18, 2011*        x *<Signature>*        Redacted by SFTA

15143   Redacted by SFTA

USA000047



ZKB_Saydam_00078

USA000049

This information is furnished under the provision of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.



**Zürcher Kantonalbank**

**Payout
Bank receipt**

| Desired denomination | | | |
|---|---|---|---|
| | @ 1000.00 | | |
| | 200.00 | | |
| | 100.00 | | |
| | 50.00 | | |
| | 20.00 | | |
| | 10.00 | | |
| | 5.00 | | |
| | 2.00 | | |
| | 1.00 | | |
| | 0.50 | | |
| | 0.20 | | |
| | 0.10 | | |
| | 0.05 | | |
| *EUR* | | | |
| ~~*CHF*~~ | | | 3,000.00 |

receipt confirmed

[Received] from  **Zürcher Kantonalbank**

account no.

to the debit of ▊ *0.947* at

by
company
Ms./Mr.     *Saydam Tuncay*

in words  \<Signature\>
Francs

Redacted by SFTA

*Zurich* , *September 04, 2012*

Redacted by SFTA

**USA000049**

**Bezug·Bankbeleg**

Zürcher
Kantonalbank

Gewünschte Stückelung

| à 1000.– | |
| 200.– | |
| 100.– | |
| 50.– | |
| 20.– | |
| 10.– | |
| 5.– | |
| 2.– | |
| 1.– | |
| –.50 | |
| –.20 | |
| –.10 | |
| –.05 | |

**CHF** ___300.–___

in Worten
Franken

Von der **Zürcher Kantonalbank**

Konto Nr.

zu Lasten  ▮▮▮▮ 0.947 bei

von
Firma
Frau/Herrn _Saydam Tuncay_



empfangen zu haben, bescheinigt

___Zürich___ , den ___04. 05. 2012___

Redacted by SFTA

Redacted by
SFTA

ZKB_Saydam_00080

USA000051

This information is furnished under the provision of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.

**Payout Bank Receipt**

**Zürcher Kantonalbank**

| Desired denomination | | | |
|---|---|---|---|
| | @ 1000.00 | | |
| | 200.00 | | |
| | 100.00 | | |
| | 50.00 | | |
| | 20.00 | | |
| | 10.00 | | |
| | 5.00 | | |
| | 2.00 | | |
| | 1.00 | | |
| | 0.50 | | |
| | 0.20 | | |
| | 0.10 | | |
| | 0.05 | | |
| **CHF** | | | 300.00 |

receipt confirmed

[Received] from  **Zürcher Kantonalbank**

account no.

to the debit of    0.947    at

by
company
Ms./Mr.        *Saydam Tuncay*

in words
Francs

*Zurich*        , *September 04, 2012*

<Signature>

Redacted by SFTA

Redacted by SFTA

USA000051

 **Zürcher Kantonalbank**

Page 1 / 1

Bahnhofstr. 3, 8001 Zürich
Redacted by SFTA

/P

| | |
|---|---|
| Bank clearing no. | 700 |
| BIC (SWIFT address) | ZKBKCHZZ80A |
| VAT no. | 00557059 |
| Post account | ██ 51-4 |

| | |
|---|---|
| Business number | 000-287879 |
| Product | ZKB securities deposit |
| In the name of | Saydam Tuncay |

Postfach 715, CH-8010 Zürich    **P.P.  Priority**

Tuncay Saydam
Faruk Ayanoglu Cad.
Filiz Apt. A. Blok
No.38,D:16
Fenerbahce/Istanbul
Turkey

| | |
|---|---|
| Account no. | ██0.947 |
| IBAN | ██████ 094 7 |
| Product | ZKB private account |
| In the name of | Saydam Tuncay |
| Transaction date | 30.08.2012 |
| Booking date | 30.08.2012 |
| Stock exchange | SIX SX |



Redacted by SFTA

Zurich, 30.08.2012

## SECURITIES TRADING STATEMENT                                             Your sale

Transaction no. 274340239                                     Order no. SICON-1-327-633-4631

**Anteile ZKB Gold ETF Klasse -A CHF-**
Security number: 13910159 / ISIN: CH0139101593

| unit | | CHF | CHF |
|---|---|---|---|
| 160 | at | 497.30775 | 79'569.24 |
| Swiss Federal levies | | | 59.68 |
| Execution fee | | | 11.94 |
| Own brokerage fee | | | 636.55 |
| **Total in your favour** | Value date 04.09.2012 | | **78'861.07** |

Transactions with execution time in paranthesis
124 at 497.31 (11:36), 36 at 497.30 (11:36)

Yours truly

**Zürcher Kantonalbank**

If not manually amended
valid without signature

Redacted by SFTA

This in... ...ation exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.

ZKB_Saydam_00081

**USA000052**