# Exhibit 14

EXHIBIT

T. Saydam
SKM    4/23/24

1660340000

To Zürcher Kantonalbank
Generaldirektion

September 4, 2013
Zürich,
Dear Sir / Madam:

Due to your bank's internal reasons, my account with your bank is suddenly terminated. In order to transfer my money to another bank,

1. I have searched for two days in Istanbul to find a suitable bank
   [ Travel from Bodrum where I have a house ]
   to Istanbul for this purpose.

2. I had to fly to Zürich only for this purpose so that the transfer could be securely made.

I am not asking for any "schmerzgeld" for the stress that your account termination has caused me. But, I would like to receive

2000 SF (two thousand) in cash for

for all the expenses and the   one time only

inconvenience I have spent for this affair.

Thanking for your consideration and fair solution,

I remain

Truly Yours,

Prof. Dr. Tuncay Saydam

... leserlich schreiben:

Partner-Nr: 3.129.550-5

Dok-Name:
korrespondenz exen

.ok-Datum: 4.08.2022

USA000147