# Exhibit 15

**EXHIBIT 17**

T. Saydam
SKM                4/23/24



Zürcher
Kantonalbank

Phone    Redacted by SFTA

Address    P.O. Box, CH-8010 Zürich

**By Courier**

Mr
Tuncay Saydam
Faruk Ayanoglu Cad.,
Filiz Apt. A_Blok, No. 38, D:16,
Fenerbahce, Istanbul,
Turkey

1777914101



**Bitte leserlich schreiben:**

Partner-Nr.: 3.129.550.5

Dok-Name:

_Auftrag inten_

Dok-Datum: 02.08.12

Zurich, 02 August 2012

**Information Letter regarding Your Business Relationship with Zürcher Kantonalbank ("the Bank")**
**– Termination of Relationship**
**RE: Saydam Tuncay, 3.129.550-5**

Dear Client,

In view of the expected tightening of the U.S.-regulations, the Bank has decided that it will no longer provide banking services to clients or to beneficial owners of structures (including Trusts) not domiciled in Switzerland or not domiciled in certain selected countries that qualify as U.S.-Person under the terms of the Qualified Intermediary-Agreement (QI Agreement).

As a result of this decision we are not able to maintain our banking relationship with you and thus cannot continue providing any services to you. The Bank therefore, terminates herewith your banking relationship with us and all related services by October 1, 2012, pursuant to clause 14 of the General Terms and Conditions of the Bank subject to a term of notice of 60 days of this letter.

To close your accounts, we kindly request that you promptly provide us with your written instructions to transfer the assets held with us on your behalf after deduction of your liabilities such as credits to a financial institution of your choice subject to possible compensation and retention rights of the Bank. We advise you to choose a financial institution that is either U.S. regulated or has entered into a Qualified Intermediary Agreement with the U.S. authorities. Please provide the name, RTN/ABA and account number of the account you maintain with the designated financial institution (please use the enclosed form). In connection with safe-deposit boxes we kindly ask you to make an appointment with us to have the rental relationship cancelled and to return the keys. If you do not provide us with this information by October 1, 2012, we reserve the right to initiate any steps we deem appropriate in our sole discretion for closing your banking relationship, including liquidation of possible positions and issuing a crossed, non-negotiable check in the amount of the proceeds after deduction of your liabilities for pick-up at our branch.

This information is furnished under the provision of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement

USA000131

Zürcher Kantonalbank recommends that you - depending on your personal circumstances - consult with a qualified tax advisor to determine if there exist any U.S. tax consequences in connection with the closure of the banking relationship, such as additional U.S. tax return filing or disclosure obligations.

We regret that, as of the date of this letter, we will not be able to accept new assets of any kind for any purpose from you, your brokers, external asset managers or any other person acting on your behalf. We would transfer back such assets immediately.

We thank you for the confidence you have placed in our institution. We also would like to thank you in advance for your cooperation with the execution of the necessary steps with respect to the closure of your banking relationship with us.

We look forward to hearing from you on or before October 1, 2012. Should you have any questions, please do not hesitate to contact us under the phone number +41 (0)44 292 20 01.

Sincerely,

Zürcher Kantonalbank



Enclosures

This information is furnished under the provision of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement.

<u>Please return instructions by October 1, 2012</u>

**Zürcher Kantonalbank**         Mr
**KA**         Tuncay Saydam
**Postfach**         Faruk Ayanoglu Cad.,
**CH - 8010 Zürich**         Filiz Apt. A_Blok, No. 38, D:16,
**Schweiz**         Fenerbahce, Istanbul,
       Turkey

**Re: Saydam Tuncay, 3.129.550-5**

Please transfer the account balance from:

☐ account No. Zürcher Kantonalbank    _____

☐ account No. Zürcher Kantonalbank    _____

☐ account No. Zürcher Kantonalbank    _____

We would like to draw your attention to the fact that instructions to other accounts with Zürcher Kantonalbank in your own name or the name of a third party cannot be executed. The same applies to transfers out of accounts to safe-deposit boxes with Zürcher Kantonalbank.

Transfers can only be executed if they are credited to the name of **Saydam Tuncay_** with the receiving bank.

To the following bank:

Name of Bank    _____

Address    _____

_____

_____ country _____

*For transfer to Europe:*

Bankenclearing    _____    SWIFT _____

IBAN No _____

*For transfer to the USA:*

RTN/ABA Number:: _____

In favor of:

☐ Account No.    _____ in _____(currency)

       in the name of _____

☐ Account No.    _____ in _____(currency)

       in the name of _____

☐ Account No.    _____ in _____(currency)

       in the name of _____

☐ Account No.    _____ in _____(currency)

       in the name of _____

This information is furnished under the provision of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement

USA000133

See back side

23.08.2012 13:20 - 00000181

Redacted by SFTA

ScanS

This information is furnished under the provision of a tax treaty or tax information exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that treaty or agreement

USA000134