DAVID A. HUBBERT
Deputy Assistant Attorney General

AMY MATCHISON (CABN 217022)
LOLITA DE PALMA (WABN 57380)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 307-6422 (AM)
(202) 305-3664 (LDP)
(202) 307-0054 (f)
Amy.T.Matchison@usdoj.gov
Lolita.DePalma@usdoj.gov
Western.Taxcivil@usdoj.gov
*Counsel for Plaintiff the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:22-cv-07371-DMR |
| Plaintiff, | **CERTIFICATION OF LAURA J. ARRUDA REPRESENTATIVE OF H&R BLOCK** |
| v. | |
| TUNCAY SAYDAM, | |
| Defendant. | |

I, Laura J. Arruda, pursuant to 28 U.S.C. § 1746, declare that:

1. I am an Associate Manager for H&R Block.

2. I have worked at H&R Block since September 24, 2007, and am employed by HRB Professional Resources LLC, the employing entity for H&R Block corporate employees.

Certification of Laura Arruda
(Case No. 4:22-cv-07371-DMR)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-305-3664

3. My duties as an Associate Manager for H&R Block include managing a team of tax developers who write continuing education for tax professionals and reviewing courses to ensure they meet curriculum provider compliance.

4. In my tenure on the Tax Training team in various roles from September 24, 2007 to present, I am familiar with the H&R Block tax preparation courses provided by H&R Block from 2014 through 2017, as well as the materials provided to the participants in these courses.

5. It is a regular practice of H&R Block to require annual training of tax preparers who wish to prepare returns under the H&R Block name.

6. In 2014, all H&R Block tax preparers were required to take the H&R Block Income Tax Course before they prepared taxes for tax year 2013.

7. The 2014 H&R Block Income Tax Course instructed that a tax professional completing a 2013 tax return must ask whether the client had any financial interest in or signature authority over a financial account located in a foreign country at any time during 2013.

8. Exhibit B is a true and accurate copy of the section of the textbook for the 2014 H&R Block Income Tax Course concerning foreign investments.

9. The 2014 H&R Block Income Tax Course textbook was created and has been kept as part of the regularly conducted business activity of H&R Block.

10. The 2014 H&R Block Income Tax Course textbook was made at or near the time of the 2014 H&R Block Income Tax Course and was prepared by individuals who had knowledge of the requirements applicable to tax preparers and the corresponding training program required for H&R Block tax preparers.

11. In 2015, all H&R Block tax preparers were required to take the H&R Block Income Tax Course before they prepared taxes for tax year 2014.

Certification of Laura Arruda
(Case No. 4:22-cv-07371-DMR)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-305-3664

12. The 2015 H&R Block Income Tax Course instructed that a tax professional completing a 2014 tax return must ask whether the client had any financial interest in or signature authority over a financial account located in a foreign country at any time during 2014.

13. Exhibit C is a true and accurate copy of the section of the textbook for the 2015 H&R Block Income Tax Course concerning foreign investments.

14. The 2015 H&R Block Income Tax Course textbook was created and has been kept as part of the regularly conducted business activity of H&R Block.

15. The 2015 H&R Block Income Tax Course textbook was made at or near the time of the 2015 H&R Block Income Tax Course and was prepared by individuals who had knowledge of the requirements applicable to tax preparers and the corresponding training program required for H&R Block tax preparers.

16. In 2016, all H&R Block tax preparers were required to take the H&R Block Income Tax Course before they prepared taxes for tax year 2015.

17. The 2016 H&R Block Income Tax Course instructed that a tax professional completing a 2015 tax return must ask whether the client had any financial interest in or signature authority over a financial account located in a foreign country at any time during 2015.

18. Exhibit D is a true and accurate copy of the section of the textbook for the 2016 H&R Block Income Tax Course concerning foreign investments.

19. The 2016 H&R Block Income Tax Course textbook was created and has been kept as part of the regularly conducted business activity of H&R Block.

20. The 2016 H&R Block Income Tax Course textbook was made at or near the time of the 2016 H&R Block Income Tax Course and was prepared by individuals who had

Certification of Laura Arruda
(Case No. 4:22-cv-07371-DMR)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-305-3664

knowledge of the requirements applicable to tax preparers and the corresponding training program required for H&R Block tax preparers.

21. In 2017, all H&R Block tax preparers were required to take the H&R Block Income Tax Course before they prepared taxes for tax year 2016.

22. The 2017 H&R Block Income Tax Course instructed that a tax professional completing a 2016 tax return must ask whether the client had any financial interest in or signature authority over a financial account located in a foreign country at any time during 2016.

23. Exhibit E is a true and accurate copy of the section of the textbook for the 2017 H&R Block Income Tax Course concerning foreign investments.

24. The 2017 H&R Block Income Tax Course textbook was created and has been kept as part of the regularly conducted business activity of H&R Block.

25. The 2017 H&R Block Income Tax Course textbook was made at or near the time of the 2017 H&R Block Income Tax Course and was prepared by individuals who had knowledge of the requirements applicable to tax preparers and the corresponding training program required for H&R Block tax preparers.

26. This certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

SIGNATURE ON THE FOLLOWING PAGE

Certification of Laura Arruda
(Case No. 4:22-cv-07371-DMR)

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-305-3664

1  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed in <u>Arcadia, CA</u> on the <u>30th</u> day of <u>April</u> 2024.

*[signature: Laura Arruda]*

Laura J. Arruda

Certification of Laura Arruda
(Case No. 4:22-cv-07371-DMR)

5

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-305-3664