# Exhibit B

**6.2  H&R Block Income Tax Course (2014)**

Generally, interest is taxable in the year received or credited to an account, even if it is not withdrawn. Payers of interest of $10 or more to any one person during the year are generally required to report such payments to the IRS and furnish the recipient with a Form 1099-INT or an approved substitute form. If less than $10 interest was received from any payer, that interest is still taxable to the taxpayer, even though a reporting form is not required from the payer. In some cases, especially with loans or contracts, the taxpayer must determine the amount of interest received from their own records (for example, from an amortization schedule).

When the taxpayer receives taxable interest totaling more than $1,500, it must be listed on Schedule B, Form 1040. Schedule B is shown in Illustration 6.2. Interest totaling $1,500 or less can be entered directly on Form 1040 or Form 1040A, line 8a, or Form 1040EZ, line 2.

If the taxpayer received any interest on foreign investments, even if total taxable interest income is $1,500 or less, Form 1040 and Schedule B must be used. Schedule B also must be filed if the taxpayer received any of the following:

- Interest not properly attributable to the taxpayer.

- Interest on a seller-financed mortgage.

- Interest from U.S. Savings Bonds which is being excluded from income (covered later in this course).

 **BlockWorks tip.** Without regards to dollar limits, BlockWorks will always show a Schedule B available for printing. Tax Professionals have the option to suppress printing the Schedule B when it is not required for a specific tax return.

## Foreign Investments

Interest on foreign investments is taxed the same as interest received on domestic investments. Investing in U.S. mutual funds that hold foreign debt instruments does not constitute an interest in a foreign account for this purpose, nor does an account in a U.S. military financial facility.

When a tax return is filed electronically, Tax Professionals must ask the following questions about foreign accounts and foreign trusts:

- At any time during 2013, did you have any financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country?

- Taxpayers who answer yes to this question may have to file FinCEN Form 114, *Report of Foreign Bank and Financial Accounts,* and/or Form 8938, *Statement of Specified Foreign Financial Assets.*

- During 2013, did you receive a distribution from or were you the grantor of or transferor to a foreign trust?

- Taxpayers who answer yes to this question may have to file Form 3520, *Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts.*

- During 2013, did you have ownership or authority over foreign financial assets worth $50,000?

- Form 8938, *Statement of Specified Value of Foreign Financial Assets,* is required to be filed if the aggregate value of foreign financial assets exceed $50,000 ($100,000 if MFJ) at the end of the year or exceeds $75,000 ($150,000 MFJ) at any time during the year. The form is required to be attached to the tax return. Failure to report can result in a penalty of $10,000.

**HRB-000008**

Illustration 6.1

| Interest Income From: | Paid By: | Taxable: |
|---|---|---|
| Savings accounts, certificates of deposits, checking accounts | Banks, savings and loan associations, credit unions | Yes, as accrued. |
| Certain short-term corporate obligations | Banks and similar organizations and corporations | Yes, at maturity. |
| Series E or EE Bonds, Series I Bonds | U.S. Treasury | Yes, generally at maturity or when cashed though may elect as earned.<br><br>No, if proceeds from qualified bonds are used to pay qualified higher education expenses. |
| Series H or HH Bonds | U.S. Treasury | Yes, as accrued. |
| Treasury Bills | U.S. Treasury | Yes, at maturity. |
| Treasury Notes/Bonds, all others | U.S. Treasury | Yes, as accrued. |
| Municipal bonds | State/local governments | No. |
| Exempt-interest dividends | Mutual funds | No, but still reportable. |
| Corporate bonds | Corporations, including public utility companies | Yes, as accrued. |
| Other bonds and notes | Various | Yes, as accrued. |
| Personal loans/notes | Borrower | Yes, as received. |
| Sales contracts | Purchaser | Yes, as accrued. |
| Insurance dividends left on deposit | Insurance company | Yes, as accrued. |
| Overpaid income tax | U.S./state/local government | Yes, year received. |

**6.4  H&R Block Income Tax Course (2014)**

Illustration 6.2

| | |
|---|---|
| **SCHEDULE B** (Form 1040A or 1040) | **Interest and Ordinary Dividends** |

Department of the Treasury
Internal Revenue Service (99)

▶ **Attach to Form 1040A or 1040.**
▶ Information about Schedule B (Form 1040A or 1040) and its instructions is at www.irs.gov/scheduleb.

OMB No. 1545-0074

**2013**

Attachment Sequence No. **08**

Name(s) shown on return
PAULA P PENDLETON

Your social security no.
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

**Part I**

**Interest**

(See instructions for Form 1040A, or Form 1040, line 8a.)

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

1  List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see instructions... that buyer's social security number and address ▶

| | Amount |
|---|---|
| SELLER FINANCED MORTGAGE | 3,025 |
| THIRD NATIONAL BANK | 300 |
| YOUR STATE BANK AND TRUST | 75 |
| NOMINEE DISTRIBUTION | -300 |

> This is reporting a seller-financed mortagage. This is the interest Paula received.

> This $300 is nominee interest reported to Paula. Notice that it is reported, then subtracted.

2  Add the amounts on line 1 ..................................................  | **2** | 3,100

3  Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 ..................................................  | **3** |

4  Subtract line 3 from line 2. Enter the result here and on Form 1040A, or Form 1040, line 8a ..................................................  ▶ | **4** | 3,100

**Note.** If line 4 is over $1,500, you must complete Part III.

**Part II**

**Ordinary Dividends**

(See instructions for Form 1040A, or Form 1040, line 9a.)

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

5  List name of payer ▶

Amount

**5**

6  Add the amounts on line 5. Enter the total here and on Form 1040A, or Form 1040, line 9a ▶ | **6** | 0

**Note.** If line 6 is over $1,500, you must complete Part III.

**Part III**

**Foreign Accounts and Trusts**

(See instructions.)

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| 7a At any time during 2013, did you have a financial interest in or signature authority over a financial account, (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions .......................... | | X |
| If "Yes," are you required to file FinCEN Form 114, Report of Foreign Bank and Financial accounts (FBAR), formerly TD F 90-22.1 to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements ..... | | |
| b If you are required to file FinCEN Form 114, enter the name of the foreign country where the financial account is located ▶ | | |
| 8 During 2013, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions .......................... | | X |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule B (Form 1040A or 1040) 2013

FDA    **13  B1**    BWF 1040    Form Software Copyright 1996 - 2014 HRB Tax Group, Inc.

HRB-000010

A Tax Professional's due diligence responsibility is to ask the questions and inform taxpayers if and when any additional forms are required. These forms should not be completed without the assistance of an experienced Tax Professional.

## Not Attributable to the Taxpayer

There are some circumstances when a taxpayer may receive, in their name, interest income (and often a Form 1099-INT) that does not actually belong to them. One example is nominee interest—interest that belongs to another person. It is fairly common for a parent to hold a bank account for a minor child. If the money in the account actually belongs to the child, so does the interest income it produces.

The taxpayer should report nominee interest on Schedule B. Then, write "Nominee Distribution," and subtract the amount of such interest. The total on line 2 should represent only taxable interest. See Illustration 6.1 for an example that reports a nominee distribution.

**Note:** If nominee interest totals $10 or more, the taxpayer must issue a Form 1099-INT to the rightful owner of the income (other than their spouse) by February 28. The IRS's copy of Form 1099-INT is filed along with transmittal Form 1096.

Other examples of interest not attributable to the taxpayer include certain accrued interest and original issue discounts (OID), which will not be discussed in this course.

## Seller-Financed Mortgage

If a taxpayer sells their home to a buyer who uses the home as their residence, and the taxpayer finances part or all of the mortgage, the taxpayer must report the buyer's name, address, and social security number on Schedule B (or an attachment), along with the amount of interest received each year. The interest the taxpayer receives is taxable. There is a $50 penalty for failure to report this information. The taxpayer is also required to provide the buyer with their name, address, and social security number. See Illustration 6.2 for an example.

## Tax-Exempt Interest

Banks, savings and loans, and other payers of interest will report tax-exempt interest on a Form 1099-INT. The taxpayer should report the tax-exempt interest on Form 1040 or Form 1040A, line 8b.

 **Complete Exercise 6.1 before continuing to read.**

# FORM 1099-INT—INTEREST INCOME

Study the Form 1099-INT shown in Illustration 6.3. You will need to understand the following entries at this time.

## Box 1

This box includes amounts that are paid or credited to the taxpayer's account. It includes such items as interest on bank deposits, corporate bonds, and notes.