# Exhibit E

## Foreign Investments

Interest on foreign investments is taxed the same as interest received on domestic investments. Investing in U.S. mutual funds that hold foreign debt instruments does not constitute an interest in a foreign account for this purpose, nor does an account in a U.S. military financial facility.

When a tax return is filed electronically, Tax Professionals must ask the following questions about foreign accounts and foreign trusts:

- At any time during 2016, did you have any financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country?

  ○ Taxpayers who answer "yes" to this question may have to file FinCEN Form 114, *Report of Foreign Bank and Financial Accounts*, and/or Form 8938, *Statement of Specified Foreign Financial Assets.*

- During 2016, did you receive a distribution from, or were you the grantor of or transferor to, a foreign trust?

  ○ Taxpayers who answer "yes" to this question may have to file Form 3520, *Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts.*

- During 2016, did you have ownership or authority over foreign financial assets worth $50,000?

  ○ Form 8938, *Statement of Specified Value of Foreign Financial Assets*, is required to be filed if the aggregate value of foreign financial assets exceeds $50,000 ($100,000 if MFJ) at the end of the year, or exceeds $75,000 ($150,000 MFJ) at any time during the year. The form is required to be attached to the tax return. Failure to report can result in a penalty of $10,000.

A Tax Professional's due diligence responsibility is to ask the questions and inform taxpayers if and when any additional forms are required. These forms should not be completed without the assistance of an experienced Tax Professional.

## Not Attributable to the Taxpayer

There are some circumstances when a taxpayer may receive, in their name, interest income (and often a Form 1099-INT) that does not actually belong to them. One example is nominee interest—interest that belongs to another person. It is fairly common for a parent to hold a bank account for a minor child. If the money in the account actually belongs to the child, so does the interest income it produces.

The taxpayer should report nominee interest on Schedule B. Then, write "Nominee Distribution," and subtract the amount of such interest. The total on Schedule B, line 2 should represent only taxable interest. See Illustration 5.3 for an example that reports a nominee distribution.

**Note:** If nominee interest totals $10 or more, the taxpayer must issue a Form 1099-INT to the rightful owner of the income (other than their spouse) by January 31. The IRS's copy of Form 1099-INT is filed along with transmittal Form 1096.

Other examples of interest not attributable to the taxpayer include certain accrued interest and original issue discounts (OID), which will not be discussed in this course.

**HRB-000084**