# Exhibit H



**EXHIBIT** 36

T. Saydam
SKM    4/23/24



**Department of the Treasury
Internal Revenue Service
[Operating Division/Office]**

Date:
11/01/2018

Form:
FinCEN Report 114
(formerly TD F 90-22.1)

Date of appointment:
TBD

Time:
TBD

Location:
TBD

Person to contact:
Libby Montelongo

Contact telephone number:
302-286-1526

Employee ID number:

Dear Tuncay Saydam:

**Why you are receiving this letter**
We scheduled an appointment to examine your compliance with the filing of FinCEN Report 114 (formerly Form TD F 90-22.1), *Report of Foreign Bank and Financial Accounts (FBAR)*. Section 5314 of Title 31 of the United States Code (U.S.C.) requires U.S. persons, including U.S. citizens, U.S. residents, and certain entities formed under U.S. law, to report their financial interest in or authority over any foreign financial accounts if the total value of these financial accounts exceeds $10,000 during a calendar year.

An FBAR examination is not an income tax examination. However, you may be liable for penalties for failure to comply with 31 U.S.C. Section 5314. If you're required to file, you should report information about these foreign bank and financial accounts on FinCEN Report 114. You must file the form electronically with the Financial Crimes Enforcement Network (FinCEN) on or before June 30 of the subsequent year. For example, the FBAR for calendar year 2013 was due by June 30, 2014. If you're required to file an FBAR, you must keep certain records for five years. We are enclosing Publication 4261, *Do You Have a Foreign Financial Account?*, that provides more information about the FBAR. You can also find more information on record keeping requirements in the regulations at 31 C.F.R. 1010.420.

**What you must do before the examination**
Gather the records requested on the enclosed Form 4564, *Information Document Request*, and bring them with you when you meet with the IRS examiner. To verify your FBAR compliance, an examiner will meet with you on the date, time, and location listed above. The calendar years included in the FBAR examination is [year]   through [year]  .

**Letter 4265 (Rev. 5-2015)**
Catalog Number 50350P

USA000302

If the appointment date or time listed above is not acceptable, you can call the examiner to schedule an agreeable date and time.

Thank you for your cooperation.

Sincerely,

Libertad Montelongo
Revenue Agent

Enclosures:
Form 4564
Publication 4261

Letter 4265 (Rev. 5-2015)
Catalog Number 50350P

USA000303