# Exhibit J

## Confirmation

We have received your submission. Please confirm the following information and retain it for your records. We will notify you the status of your submission via email.

| | |
|---|---|
| **Tracking ID:** | FX19-00026959 |
| **Receive Date/Time:** | 02/05/2019 15:31:50 PM |
| **Submission Type:** | FBARX |
| **Filer Name:** | Tuncay Saydam |
| **Filer E-mail:** | saydam@udel.edu |
| **Filer Phone Number:** | 3024078922 |
| **Filing Name:** | SAYDAM FBAR 2012 |

**Click on the link to go back to the filing page:** https://bsaefiling.fincen.treas.gov/NoRegFBARFiler.html

RECEIVED

FEB 7 2019

Internal Revenue Service
SB/SE Examination
Newark, Delaware

USA000326

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.**



# Report of Foreign Bank and Financial Accounts   Version Number: 1.0

**FinCEN Form 114  OMB No. 1506-0009   Effective October 1, 2013**

The new annual due date for filing Reports of Foreign Bank and Financial Accounts (FBAR) for foreign financial accounts is April 17.

> IMPORTANT : After you have completed this FBAR, you must **Sign the Form** and **Save** in order to activate the **Ready to File** button, which will direct you to a page where you can attach and submit your report. Click **Validate** to identify missing or incorrectly formatted data at any time during preparation of this report. Click **Print** to print a copy of this report for record keeping purposes.

**Filing name** (e.g. SMITH FBAR 2013)   SAYDAM FBAR 2012

**Remove Signature**

**If this report is being filed late, select the reason for filing late**    Did not know that I had to file

---

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 . No report is required if the aggregate value of the accounts did not exceed $10,000.

### PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on FinCEN 114 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350. The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24) . The Social Security number will be used as a means to identify the individual who files the report. The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Financial Crimes Enforcement Network, P. O. Box 39, Vienna, VA 22183, Attn: Office of Regulatory Policy.

USA000327

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION
This form was not designed to be printed by FinCEN

1  This report is for calendar year ended 12/31   **2012**   Amended ☐   Prior Report BSA Identifier [                    ]

## Part I    Filer Information

| | |
|---|---|
| 2 Type of filer | Individual |
| 3 U.S. Taxpayer Identification Number | ███ 6747 |
| 3a TIN type | SSN/ITIN |
| 4 Foreign identification | |
| a Type | |
| b Number | |
| c Country/Region of issue | |
| 5 Individual's date of birth | ███ 1938 |
| 6 Last name or organization's name | SAYDAM |
| 7 First name | TUNCAY |
| 8 Middle name | NAFIZ |
| 8a Suffix | |
| 9 Address | 213 ORCHARD ROAD |
| 10 City | NEWARK |
| 11 State | DE |
| 12 ZIP/postal code | 19711 |
| 13 Country/Region | US |

14a  Does the filer have a financial interest in 25 or more financial accounts?

☐ Yes   Enter number of accounts [        ]   If "Yes" is checked do not complete Part II or Part III, but retain records of this information

☒ No

14b  Does the filer have signature authority over but no financial interest in 25 or more financial accounts?

☐ Yes   Enter number of accounts [        ]   If "Yes" is checked Complete Part IV items 34 through 43 for each person on whose behalf the filer has signature authority.

☒ No

This form has been signed and cannot be altered.

USA000328

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

This form has been signed and cannot be altered.

## Part II    Information on Financial Account(s) Owned Separately  1  of  2

| | | |
|---|---|---|
| 15 Maximum account value | 541,843 | 15a Maximum account value unknown ☐ |
| 16 Type of account | Bank | |
| 17 Financial institution name | DENIZBANK A.S. | |
| 18 Account number or other designation | ▓1441 | |
| 19 Address | BUYUDERE CADDESI NO:106 | |
| 20 City | ISTANBUL | 21 State |
| 22 Foreign postal code | | 23 Country/ Region    TR |

## Part II    Information on Financial Account(s) Owned Separately  2  of  2

| | | |
|---|---|---|
| 15 Maximum account value | 26,683 | 15a Maximum account value unknown ☐ |
| 16 Type of account | Bank | |
| 17 Financial institution name | AKBANK | |
| 18 Account number or other designation | ▓2342 | |
| 19 Address | SAABANCI CENTER 4 LEVANT 343300 | |
| 20 City | ISTANBUL | 21 State |
| 22 Foreign postal code | | 23 Country/ Region    TR |

USA000329

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

**Part III**   Information on Financial Account(s) Owned Jointly  1   of   1

### Account Information

| | | |
|---|---|---|
| 15 Maximum account value | | 15a Maximum account value unknown ☐ |
| 16 Type of account | | |
| 17 Financial institution name | | |
| 18 Account number or other designation | | |
| 19 Address | | |
| 20 City | | 21 State |
| 22 Foreign postal code | | 23 Country/ Region |
| 24 Number of joint owners | | |

### Principal Joint Owner Information      Check ☐ if entity

| | | |
|---|---|---|
| 25 Taxpayer Identification Number (TIN) | | 25 a TIN type |
| 26 Last name  or organization name | | |
| 27 First name | | |
| 28 Middle name | | |
| 28a Suffix | | |
| 29 Address | | |
| 30 City | | 31 State |
| 32 ZIP/postal code | | 33 Country/ Region |

This form has been signed and cannot be altered.                    Page 4 of 7

USA000330

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.**

**Part IV    Information on Financial Account(s) Where Filer has Signature or Other Authority but No financial Interest in the Account(s)  1   of   1**

## Account Information

15 Maximum account value

15a Maximum account value unknown ☐

16 Type of account

17 Financial institution name

18 Account number or other designation

19 Address

20 City

21 State

22 Foreign postal code

23 Country/ Region

## Owner Information          Check ☐ if entity

34 Last name  or organization name

35 Taxpayer Identification Number (TIN)

35 a TIN type

36 First name

37 Middle name

37a Suffix

38 Address

39 City

40 State/territory/province

41 ZIP/postal code

42 Country/Region

43 Filer's title with this owner

USA000331

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

**Part V**  Information on Financial Account(s) Where Filer is Filing a Consolidated Report  1  of  1

## Account Information

15 Maximum account value

15a Maximum account value unknown  ☐

16 Type of account

17 Financial institution name

18 Account number or other designation

19 Address

20 City

21 State

22 Foreign postal code

23 Country/Region

## Owner Information

34 Organization name

35 Taxpayer Identification Number (TIN)

35 a TIN type

38 Address

39 City

40 State/territory/province

41 ZIP/postal code

42 Country/Region

USA000332

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

## Signature  44a Check here ☐  if this report is completed by a third party preparer and complete the third party preparer section.

**44** Filer  signature    | Form is signed. |

**45** Filer title

**46**  Date of signature    | 02/05/2019 |   (Date of signature will be auto-populated when the report is signed.)

## Third Party  Preparer Use Only

**47** Preparer's last name

**48** First name

**49**  Middle name/initial

**50** Check ☐ if self employed

**51** Preparer's TIN                    **51a**  TIN type

**52** Contact phone number              **52a**  Extension

**53** Firm's name

**54** Firm's TIN                        **54a**  TIN type

**55** Address

**56**  City

**57** State

**58** ZIP/postal code

**59** Country/Region

USA000333

## Confirmation

We have received your submission. Please confirm the following information and retain it for your records. We will notify you the status of your submission via email.

| | |
|---|---|
| **Tracking ID:** | FX19-00026961 |
| **Receive Date/Time:** | 02/05/2019 15:34:20 PM |
| **Submission Type:** | FBARX |
| **Filer Name:** | Tuncay Saydam |
| **Filer E-mail:** | saydam@udel.edu |
| **Filer Phone Number:** | 302478922 |
| **Filing Name:** | SAYDAM FBAR 2013 |

**Click on the link to go back to the filing page:** https://bsaefiling.fincen.treas.gov/NoRegFBARFiler.html

**RECEIVED**

FEB 7 2019

Internal Revenue Service
SB/SE Examination
Newark, Delaware

USA000334

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE ⌐ ⌐ FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.



# Report of Foreign Bank and Financial Accounts    Version Number: 1.0

FinCEN Form 114  OMB No. 1506-0009   Effective October 1, 2013

The new annual due date for filing Reports of Foreign Bank and Financial Accounts (FBAR) for foreign financial accounts is April 17.

IMPORTANT : After you have completed this FBAR, you must **Sign the Form** and **Save** in order to activate the **Ready to File** button, which will direct you to a page where you can attach and submit your report. Click **Validate** to identify missing or incorrectly formatted data at any time during preparation of this report. Click **Print** to print a copy of this report for record keeping purposes.

Filing name (e.g. SMITH FBAR 2013)    SAYDAM FBAR 2013

**Remove Signature**

If this report is being filed late, select the reason for filing late          Did not know that I had to file

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 . No report is required if the aggregate value of the accounts did not exceed $10,000.

## PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on FinCEN 114 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350. The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24) . The Social Security number will be used as a means to identify the individual who files the report. The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Financial Crimes Enforcement Network, P. O. Box 39, Vienna, VA 22183, Attn: Office of Regulatory Policy.

USA000335

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE ~~T FOR SUBMISSION~~ T~~…AND WILL NOT BE PROCESSED BY FINCEN.~~

1  This report is for calendar year ended 12/31  **2013**    Amended ☐    Prior Report BSA Identifier [_____]

## Part I    Filer Information

| | |
|---|---|
| 2 Type of filer | Individual |
| 3 U.S. Taxpayer Identification Number | ██ 6747 |
| 3a TIN type | SSN/ITIN |
| 4 Foreign identification | |
| a Type | |
| b Number | |
| c Country/Region of issue | |
| 5 Individual's date of birth | ██ 1938 |
| 6 Last name  or organization's name | SAYDAM |
| 7 First name | TUNCAY |
| 8 Middle name | NAFIZ |
| 8a Suffix | |
| 9 Address | 213 ORCHARD ROAD |
| 10 City | NEWARK |
| 11 State | DE |
| 12 ZIP/postal code | 19711 |
| 13 Country/Region | US |

14a  Does the filer have a financial interest in 25 or more financial accounts?

☐ Yes    Enter number of accounts [_____]    If "Yes" is checked  do not complete Part II or Part III, but retain records of this information

☒ No

14b  Does the filer have signature authority over but no financial interest in 25 or more financial accounts?

☐ Yes    Enter number of accounts [_____]    If "Yes" is checked Complete Part IV items 34 through 43 for each person on whose behalf the filer has signature authority.

☒ No

This form has been signed and cannot be altered.

USA000336

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE ~~T~~ FOR SUBMISSION
This form has been signed and cannot be altered
AND WILL NOT BE PROCESSED BY FINCEN.

## Part II    Information on Financial Account(s) Owned Separately  1  of  2

| | | |
|---|---|---|
| 15 Maximum account value | 509,091 | 15a Maximum account value unknown ☐ |
| 16 Type of account | Bank | |
| 17 Financial institution name | DENIZBANK A.S. | |
| 18 Account number or other designation | ▆1441 | |
| 19 Address | BUYUDERE CADDESI NO:106 | |
| 20 City | ISTANBUL | 21 State |
| 22 Foreign postal code | | 23 Country/Region    TR |

## Part II    Information on Financial Account(s) Owned Separately  2  of  2

| | | |
|---|---|---|
| 15 Maximum account value | 27,013 | 15a Maximum account value unknown ☐ |
| 16 Type of account | Bank | |
| 17 Financial institution name | AKBANK | |
| 18 Account number or other designation | ▆2342 | |
| 19 Address | SAABANCI CENTER 4 LEVANT 343300 | |
| 20 City | ISTANBUL | 21 State |
| 22 Foreign postal code | | 23 Country/Region    TR |

USA000337

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE ⬚ T FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

This form has been signed and cannot be altered.

## Part III    Information on Financial Account(s) Owned Jointly  1   of   1

### Account Information

15 Maximum account value

15a Maximum account value unknown ☐

16 Type of account

17 Financial institution name

18 Account number or other designation

19 Address

20 City

21 State

22 Foreign postal code

23 Country/Region

24 Number of joint owners

### Principal Joint Owner Information    Check ☐ if entity

25 Taxpayer Identification Number (TIN)

25 a TIN type

26 Last name  or organization name

27 First name

28 Middle name

28a Suffix

29 Address

30 City

31 State

32 ZIP/postal code

33 Country/Region

This form has been signed and cannot be altered.

USA000338

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE    T FOR SUBMISSION
AND WILL NOT BE PROCESSED BY FINCEN.

**Part IV    Information on Financial Account(s) Where Filer has Signature or Other Authority but No financial Interest in the Account(s)  1    of   1**

## Account Information

15 Maximum account value

15a Maximum account value unknown  ☐

16 Type of account

17 Financial institution name

18 Account number or other designation

19 Address

20 City

21 State

22 Foreign postal code

23 Country/ Region

## Owner Information    Check ☐ if entity

34 Last name or organization name

35 Taxpayer Identification Number (TIN)

35 a TIN type

36 First name

37 Middle name

37a Suffix

38 Address

39 City

40 State/territory/province

41 ZIP/postal code

42 Country/Region

43 Filer's title with this owner

USA000339

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE    T FOR SUBMISSION
AND WILL NOT BE PROCESSED BY FINCEN.

**Part V    Information on Financial Account(s) Where Filer is Filing a Consolidated Report  1   of  1**

## Account Information

15 Maximum account value

15a Maximum account value unknown ☐

16 Type of account

17 Financial institution name

18 Account number or other designation

19 Address

20 City

21 State

22 Foreign postal code

23 Country/Region

## Owner Information

34 Organization name

35 Taxpayer Identification Number (TIN)

35 a TIN type

38 Address

39 City

40 State/territory/province

41 ZIP/postal code

42 Country/Region

USA000340

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE ~~T~~ FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

## Signature

44a Check here ☐    if this report is completed by a third party preparer and complete the third party preparer section.

44 Filer signature    Form is signed.

45 Filer title

46 Date of signature    02/05/2019    (Date of signature will be auto-populated when the report is signed.)

## Third Party Preparer Use Only

47 Preparer's last name

48 First name

49 Middle name/initial

50 Check ☐ if self employed

51 Preparer's TIN                          51a TIN type

52 Contact phone number                    52a Extension

53 Firm's name

54 Firm's TIN                              54a TIN type

55 Address

56 City

57 State

58 ZIP/postal code

59 Country/Region

This form has been signed and cannot be altered.    Page 7 of 7

USA000341

## Confirmation

We have received your submission. Please confirm the following information and retain it for your records. We will notify you the status of your submission via email.

| | |
|---|---|
| **Tracking ID:** | FX19-00026965 |
| **Receive Date/Time:** | 02/05/2019 15:36:42 PM |
| **Submission Type:** | FBARX |
| **Filer Name:** | Tuncay Saydam |
| **Filer E-mail:** | saydam@udel.edu |
| **Filer Phone Number:** | 3024078922 |
| **Filing Name:** | SAYDAM FBAR 2014 |

**Click on the link to go back to the filing page:** https://bsaefiling.fincen.treas.gov/NoRegFBARFiler.html

RECEIVED

FEB 7 2019

Internal Revenue Service
SB/SE Examination
Newark, Delaware

USA000342

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE ~~T~~ FOR SUBMISSION
ND WILL NOT BE PROCESSED BY FINCEN.



# Report of Foreign Bank and Financial Accounts   Version Number: 1.0

**FinCEN Form 114  OMB No. 1506-0009   Effective October 1, 2013**

The new annual due date for filing Reports of Foreign Bank and Financial Accounts (FBAR) for foreign financial accounts is April 17.

> IMPORTANT : After you have completed this FBAR, you must **Sign the Form** and **Save** in order to activate the **Ready to File** button, which will direct you to a page where you can attach and submit your report. Click **Validate** to identify missing or incorrectly formatted data at any time during preparation of this report. Click **Print** to print a copy of this report for record keeping purposes.

**Filing name** (e.g. SMITH FBAR 2013)   | SAYDAM FBAR 2014

**Remove Signature**

**If this report is being filed late, select the reason for filing late** | Did not know that I had to file

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 . No report is required if the aggregate value of the accounts did not exceed $10,000.

## PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on FinCEN 114 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350. The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24) . The Social Security number will be used as a means to identify the individual who files the report. The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Financial Crimes Enforcement Network, P. O. Box 39, Vienna, VA 22183, Attn: Office of Regulatory Policy.

USA000343

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE ⬤ FOR SUBMISSION
T⬤ ⬤D WILL NOT BE PROCESSED BY FINCEN.

1  This report is for calendar year ended 12/31  **2014**   Amended ☐   Prior Report BSA Identifier [ ]

## Part I    Filer Information

| | |
|---|---|
| 2 Type of filer | **Individual** |
| 3 U.S. Taxpayer Identification Number | ▮ **6747** |
| 3a TIN type | **SSN/ITIN** |
| 4 Foreign identification | |
| a Type | |
| b Number | |
| c Country/Region of issue | |
| 5 Individual's date of birth | ▮ **1938** |
| 6 Last name  or organization's name | **SAYDAM** |
| 7 First name | **TUNCAY** |
| 8 Middle name | **NAFIZ** |
| 8a Suffix | |
| 9 Address | **213 ORCHARD ROAD** |
| 10 City | **NEWARK** |
| 11 State | **DE** |
| 12 ZIP/postal code | **19711** |
| 13 Country/Region | **US** |

14a  Does the filer have a financial interest in 25 or more financial accounts?

☐ Yes    Enter  number of accounts [ ]    If "Yes" is checked  do not complete Part II or Part III, but retain
☒ No                                         records of this information

14b  Does the filer have signature authority over but no financial interest in 25 or more financial accounts?

☐ Yes    Enter  number of accounts [ ]    If "Yes" is checked Complete Part IV items 34 through 43 for each person on
☒ No                                         whose behalf the filer has signature authority.

This form has been signed and cannot be altered.

USA000344

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION
This form has been signed and cannot be altered.
AND WILL NOT BE PROCESSED BY FINCEN.

## Part II    Information on Financial Account(s) Owned Separately  1   of  3

| | | |
|---|---|---|
| 15 Maximum account value | 574,667 | 15a Maximum account value unknown ☐ |
| 16 Type of account | Bank | |
| 17 Financial institution name | DENIZBANK A.S. | |
| 18 Account number or other designation | ▮1441 | |
| 19 Address | BUYUDERE CADDESI NO:106 | |
| 20 City | ISTANBUL | 21 State |
| 22 Foreign postal code | | 23 Country/Region   TR |

## Part II    Information on Financial Account(s) Owned Separately  2   of  3

| | | |
|---|---|---|
| 15 Maximum account value | 27,142 | 15a Maximum account value unknown ☐ |
| 16 Type of account | Bank | |
| 17 Financial institution name | AKBANK | |
| 18 Account number or other designation | ▮2342 | |
| 19 Address | SAABANCI CENTER 4 LEVANT 343300 | |
| 20 City | ISTANBUL | 21 State |
| 22 Foreign postal code | | 23 Country/Region   TR |

## Part II    Information on Financial Account(s) Owned Separately  3   of  3

| | | |
|---|---|---|
| 15 Maximum account value | 10,102 | 15a Maximum account value unknown ☐ |
| 16 Type of account | Bank | |
| 17 Financial institution name | AKBANK | |
| 18 Account number or other designation | ▮6398 | |
| 19 Address | SAABANCI CENTER 4 LEVANT 343300 | |
| 20 City | ISTANBUL | 21 State |
| 22 Foreign postal code | | 23 Country/Region   TR |

This form has been signed and cannot be altered.

USA000345

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

**Part III**    Information on Financial Account(s) Owned Jointly  1   of   1

### Account Information

15 Maximum account value      15a Maximum account value unknown ☐

16 Type of account

17 Financial institution name

18 Account number or other designation

19 Address

20 City      21 State

22 Foreign postal code      23 Country/ Region

24 Number of joint owners

### Principal Joint Owner Information    Check ☐ if entity

25 Taxpayer Identification Number (TIN)      25 a TIN type

26 Last name  or organization name

27 First name

28 Middle name

28a Suffix

29 Address

30 City      31 State

32 ZIP/postal code      33 Country/ Region

This form has been signed and cannot be altered.    Page 4 of 7

USA000346

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE ⌐ ˙ FOR SUBMISSION
ND WILL NOT BE PROCESSED BY FINCEN.

**Part IV**    Information on Financial Account(s) Where Filer has Signature or Other Authority
but No financial Interest in the Account(s)  1    of   1

## Account Information

| | | |
|---|---|---|
| 15 Maximum account value | | 15a Maximum account value unknown ☐ |
| 16 Type of account | | |
| 17 Financial institution name | | |
| 18 Account number or other designation | | |
| 19 Address | | |
| 20 City | | 21 State |
| 22 Foreign postal code | | 23 Country/Region |

## Owner Information        Check ☐ if entity

| | |
|---|---|
| 34 Last name  or organization name | |
| 35 Taxpayer Identification Number (TIN) | 35 a TIN type |
| 36  First name | |
| 37  Middle name | |
| 37a Suffix | |
| 38  Address | |
| 39  City | |
| 40 State/territory/province | |
| 41 ZIP/postal code | |
| 42 Country/Region | |
| 43 Filer's title with this owner | |

USA000347

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE ⌐ ⌐ FOR SUBMISSION
ND WILL NOT BE PROCESSED BY FINCEN.⌐

**Part V**    Information on Financial Account(s) Where Filer is Filing a Consolidated Report  1   of  1

## Account Information

15 Maximum account value                          15a Maximum account value unknown    ☐

16 Type of account

17 Financial institution name

18 Account number or other
   designation

19 Address

20 City                                           21 State

22 Foreign postal code                            23 Country/
                                                     Region

## Owner Information

34 Organization name

35 Taxpayer Identification Number (TIN)           35 a TIN type

38 Address

39 City

40 State/territory/province

41 ZIP/postal code

42 Country/Region

USA000348

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE ~~~~ ~ FOR SUBMISSION
AND WILL NOT BE PROCESSED BY FINCEN.

## Signature    44a Check here ☐    if this report is completed by a third party preparer and complete the third party preparer section.

44 Filer signature    | Form is signed. |

45 Filer title    | |

46 Date of signature    | 02/05/2019 |    (Date of signature will be auto-populated when the report is signed.)

## Third Party Preparer Use Only

47 Preparer's last name    | |

48 First name    | |

49 Middle name/initial    | |

50 Check ☐ if self employed

51 Preparer's TIN    | |    51a TIN type    | |

52 Contact phone number    | |    52a Extension    | |

53 Firm's name    | |

54 Firm's TIN    | |    54a TIN type    | |

55 Address    | |

56 City    | |

57 State    | |

58 ZIP/postal code    | |

59 Country/Region    | |

This form has been signed and cannot be altered.                    Page 7 of 7

USA000349

## Confirmation

We have received your submission. Please confirm the following information and retain it for your records. We will notify you the status of your submission via email.

**Tracking ID:**            FX19-00026969
**Receive Date/Time:**      02/05/2019 15:39:37 PM
**Submission Type:**        FBARX
**Filer Name:**             Tuncay Saydam
**Filer E-mail:**           Saydam@udel.edu
**Filer Phone Number:**     3024078922
**Filing Name:**            SAYDAM FBAR 2015

**Click on the link to go back to the filing page:** https://bsaefiling.fincen.treas.gov/NoRegFBARFiler.html

RECEIVED

FEB  7 2019

Internal Revenue Service
SB/SE Examination
Newark, Delaware

USA000350

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION
AND WILL NOT BE PROCESSED BY FINCEN.**



## Report of Foreign Bank and Financial Accounts    Version Number: 1.0

FinCEN Form 114  OMB No. 1506-0009    Effective October 1, 2013

The new annual due date for filing Reports of Foreign Bank and Financial Accounts (FBAR) for foreign financial accounts is April 17.

IMPORTANT : After you have completed this FBAR, you must **Sign the Form** and **Save** in order to activate the **Ready to File** button, which will direct you to a page where you can attach and submit your report. Click **Validate** to identify missing or incorrectly formatted data at any time during preparation of this report. Click **Print** to print a copy of this report for record keeping purposes.

Filing name (e.g. SMITH FBAR 2013)    SAYDAM FBAR 2015

**Remove Signature**

**If this report is being filed late, select the reason for filing late**    Did not know that I had to file

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 . No report is required if the aggregate value of the accounts did not exceed $10,000.

### PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on FinCEN 114 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350. The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24) . The Social Security number will be used as a means to identify the individual who files the report. The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Financial Crimes Enforcement Network, P. O. Box 39, Vienna, VA 22183, Attn: Office of Regulatory Policy.

Page 1 of 7

USA000351

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION**
This form will NOT BE PROCESSED BY FINCEN

1  This report is for calendar year ended 12/31 | **2015** | Amended ☐ | Prior Report BSA Identifier

## Part I    Filer Information

| | |
|---|---|
| 2 Type of filer | **Individual** |
| 3 U.S. Taxpayer Identification Number | ██ **6747** |
| 3a TIN type | **SSN/ITIN** |
| 4 Foreign identification | |
| a Type | |
| b Number | |
| c Country/Region of issue | |
| 5 Individual's date of birth | ██ **1938** |
| 6 Last name  or organization's name | **SAYDAM** |
| 7 First name | **TUNCAY** |
| 8 Middle name | **NAFIZ** |
| 8a Suffix | |
| 9 Address | **213 ORCHARD ROAD** |
| 10 City | **NEWARK** |
| 11 State | **DE** |
| 12 ZIP/postal code | **19711** |
| 13 Country/Region | **US** |

14a  Does the filer have a financial interest in 25 or more financial accounts?

☐ Yes    Enter  number of accounts [        ]    If "Yes" is checked  do not complete Part II or Part III, but retain records of this information

☒ No

14b  Does the filer have signature authority over but no financial interest in 25 or more financial accounts?

☐ Yes    Enter  number of accounts [        ]    If "Yes" is checked Complete Part IV items 34 through 43 for each person on whose behalf the filer has signature authority.

☒ No

This form has been signed and cannot be altered.

USA000352

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

This form has been signed and cannot be altered.

## Part II    Information on Financial Account(s) Owned Separately  1  of  2

| | | |
|---|---|---|
| 15 Maximum account value | 25,977 | 15a Maximum account value unknown ☐ |
| 16 Type of account | Bank | |
| 17 Financial institution name | DENIZBANK A.S. | |
| 18 Account number or other designation | ▮1441 | |
| 19 Address | BUYUDERE CADDESI NO:106 | |
| 20 City | ISTANBUL | 21 State |
| 22 Foreign postal code | | 23 Country/Region    TR |

## Part II    Information on Financial Account(s) Owned Separately  2  of  2

| | | |
|---|---|---|
| 15 Maximum account value | 2,259,776 | 15a Maximum account value unknown ☐ |
| 16 Type of account | Bank | |
| 17 Financial institution name | TURKIYE BANKASI | |
| 18 Account number or other designation | ▮7017 | |
| 19 Address | LEVENT MAHALLESI MELTEM SOKAK IS KULELERI NO:6/43-45 | |
| 20 City | ISTANBUL | 21 State |
| 22 Foreign postal code | | 23 Country/Region    TR |

This form has been signed and cannot be altered.

USA000353

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

This form has been signed and cannot be altered.

**Part III    Information on Financial Account(s) Owned Jointly  1  of  1**

## Account Information

15 Maximum account value             15a Maximum account value unknown ☐

16 Type of account

17 Financial institution name

18 Account number or other designation

19 Address

20 City            21 State

22 Foreign postal code          23 Country/Region

24 Number of joint owners

## Principal Joint Owner Information     Check ☐ if entity

25 Taxpayer Identification Number (TIN)       25 a TIN type

26 Last name  or organization name

27 First name

28 Middle name

28a Suffix

29 Address

30 City            31 State

32 ZIP/postal code          33 Country/Region

USA000354

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.**

**Part IV**   Information on Financial Account(s) Where Filer has Signature or Other Authority but No financial Interest in the Account(s)  1   of   1

## Account Information

15 Maximum account value

15a Maximum account value unknown ☐

16 Type of account

17 Financial institution name

18 Account number or other designation

19 Address

20 City

21 State

22 Foreign postal code

23 Country/Region

## Owner Information        Check ☐ if entity

34 Last name or organization name

35 Taxpayer Identification Number (TIN)

35 a TIN type

36 First name

37 Middle name

37a Suffix

38 Address

39 City

40 State/territory/province

41 ZIP/postal code

42 Country/Region

43 Filer's title with this owner

USA000355

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.**

**Part V**     Information on Financial Account(s) Where Filer is Filing a Consolidated Report  1   of  1

## Account Information

15 Maximum account value

15a Maximum account value unknown ☐

16 Type of account

17 Financial institution name

18 Account number or other designation

19 Address

20 City

21 State

22 Foreign postal code

23 Country/Region

## Owner Information

34 Organization name

35 Taxpayer Identification Number (TIN)

35 a TIN type

38 Address

39 City

40 State/territory/province

41 ZIP/postal code

42 Country/Region

USA000356

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

**Signature**  44a Check here ☐  if this report is completed by a third party preparer and complete the third party preparer section.

44 Filer signature    | Form is signed. |

45 Filer title    | |

46 Date of signature    | 02/05/2019 |    (Date of signature will be auto-populated when the report is signed.)

**Third Party Preparer Use Only**

47 Preparer's last name

48 First name

49 Middle name/initial

50 Check ☐ if self employed

51 Preparer's TIN          51a TIN type

52 Contact phone number          52a Extension

53 Firm's name

54 Firm's TIN          54a TIN type

55 Address

56 City

57 State

58 ZIP/postal code

59 Country/Region

USA000357

## Confirmation

We have received your submission. Please confirm the following information and retain it for your records. We will notify you the status of your submission via email.

| | |
|---|---|
| **Tracking ID:** | FX19-00026974 |
| **Receive Date/Time:** | 02/05/2019 15:42:56 PM |
| **Submission Type:** | FBARX |
| **Filer Name:** | Tuncay Saydam |
| **Filer E-mail:** | Saydam@udel.edu |
| **Filer Phone Number:** | 3024078922 |
| **Filing Name:** | SAYDAM FBAR 2016 |

**Click on the link to go back to the filing page:** https://bsaefiling.fincen.treas.gov/NoRegFBARFiler.html

RECEIVED

FEB  7 2019

Internal Revenue Service
SB/SE Examination
Newark, Delaware

USA000358

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.**



# Report of Foreign Bank and Financial Accounts    Version Number: 1.0

**FinCEN Form 114  OMB No. 1506-0009    Effective October 1, 2013**

The new annual due date for filing Reports of Foreign Bank and Financial Accounts (FBAR) for foreign financial accounts is April 17.

> **IMPORTANT** : After you have completed this FBAR, you must **Sign the Form** and **Save in** order to activate the **Ready to File** button, which will direct you to a page where you can attach and submit your report. Click **Validate** to identify missing or incorrectly formatted data at any time during preparation of this report. Click **Print** to print a copy of this report for record keeping purposes.

**Filing name** (e.g. SMITH FBAR 2013)  | SAYDAM FBAR 2016

| Remove Signature |

**If this report is being filed late, select the reason for filing late**  | Did not know that I had to file

---

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 . No report is required if the aggregate value of the accounts did not exceed $10,000.

### PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on FinCEN 114 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350. The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24) . The Social Security number will be used as a means to identify the individual who files the report. The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Financial Crimes Enforcement Network, P. O. Box 39, Vienna, VA 22183, Attn: Office of Regulatory Policy.

Page 1 of 7

USA000359

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION
This form WILL NOT BE PROCESSED BY FinCEN

1 This report is for calendar year ended 12/31 | 2016 | Amended ☐ Prior Report BSA Identifier |

## Part I    Filer Information

| | |
|---|---|
| 2 Type of filer | Individual |
| 3 U.S. Taxpayer Identification Number | ▮ 6747 |
| 3a TIN type | SSN/ITIN |
| 4 Foreign identification | |
| a Type | |
| b Number | |
| c Country/Region of issue | |
| 5 Individual's date of birth | ▮ 1938 |
| 6 Last name  or organization's name | SAYDAM |
| 7 First name | TUNCAY |
| 8 Middle name | NAFIZ |
| 8a Suffix | |
| 9 Address | 213 ORCHARD ROAD |
| 10 City | NEWARK |
| 11 State | DE |
| 12 ZIP/postal code | 19711 |
| 13 Country/Region | US |

14a  Does the filer have a financial interest in 25 or more financial accounts?

☐ Yes    Enter  number of accounts [            ]    If "Yes" is checked  do not complete Part II or Part III, but retain records of this information

☒ No

14b  Does the filer have signature authority over but no financial interest in 25 or more financial accounts?

☐ Yes    Enter  number of accounts [            ]    If "Yes" is checked Complete Part IV items 34 through 43 for each person on whose behalf the filer has signature authority.

☒ No

This form has been signed and cannot be altered.

USA000360

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION
This form has been signed and cannot be altered.
AND WILL NOT BE PROCESSED BY FINCEN.

## Part II    Information on Financial Account(s) Owned Separately  1  of  3

| 15 Maximum account value | 25,995 | 15a Maximum account value unknown | ☐ |
|---|---|---|---|
| 16 Type of account | Bank | | |
| 17 Financial institution name | AKBANK | | |
| 18 Account number or other designation | ▮7993 | | |
| 19 Address | SABANCI CENTER 4 LEVANT 34330 | | |
| 20 City | ISTANBUL | 21 State | |
| 22 Foreign postal code | | 23 Country/Region | TR |

## Part II    Information on Financial Account(s) Owned Separately  2  of  3

| 15 Maximum account value | 201,033 | 15a Maximum account value unknown | ☐ |
|---|---|---|---|
| 16 Type of account | Bank | | |
| 17 Financial institution name | TURKIYE BANKASI | | |
| 18 Account number or other designation | ▮7017 | | |
| 19 Address | LEVENT MAHALLESI MELTEM SOKAK IS KULELERI NO:6/43-45 | | |
| 20 City | ISTANBUL | 21 State | |
| 22 Foreign postal code | | 23 Country/Region | TR |

## Part II    Information on Financial Account(s) Owned Separately  3  of  3

| 15 Maximum account value | 25,995 | 15a Maximum account value unknown | ☐ |
|---|---|---|---|
| 16 Type of account | Bank | | |
| 17 Financial institution name | AKBANK | | |
| 18 Account number or other designation | ▮7993 | | |
| 19 Address | SABANCI CENTER 4 LEVENT 34330 | | |
| 20 City | ISTANBUL | 21 State | |
| 22 Foreign postal code | | 23 Country/Region | TR |

This form has been signed and cannot be altered.

USA000361

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION
This form has been signed and cannot be altered.
ID WILL NOT BE PROCESSED BY FINCEN.

**Part III**    Information on Financial Account(s) Owned Jointly  1    of   1

## Account Information

| | | | |
|---|---|---|---|
| 15 Maximum account value | | 15a Maximum account value unknown | ☐ |
| 16 Type of account | | | |
| 17 Financial institution name | | | |
| 18 Account number or other designation | | | |
| 19 Address | | | |
| 20 City | | 21 State | |
| 22 Foreign postal code | | 23 Country/Region | |
| 24 Number of joint owners | | | |

## Principal Joint Owner Information          Check ☐ if entity

| | | | |
|---|---|---|---|
| 25 Taxpayer Identification Number (TIN) | | 25 a TIN type | |
| 26 Last name or organization name | | | |
| 27 First name | | | |
| 28 Middle name | | | |
| 28a Suffix | | | |
| 29 Address | | | |
| 30 City | | 31 State | |
| 32 ZIP/postal code | | 33 Country/Region | |

This form has been signed and cannot be altered.                    Page 4 of 7

USA000362

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

**Part IV**    Information on Financial Account(s) Where Filer has Signature or Other Authority but No financial Interest in the Account(s)  1    of   1

## Account Information

15 Maximum account value

15a Maximum account value unknown ☐

16 Type of account

17 Financial institution name

18 Account number or other designation

19 Address

20 City

21 State

22 Foreign postal code

23 Country/ Region

## Owner Information          Check ☐ if entity

34 Last name  or organization name

35 Taxpayer Identification Number (TIN)

35 a TIN type

36  First name

37  Middle name

37a Suffix

38  Address

39  City

40 State/territory/province

41 ZIP/postal code

42 Country/Region

43 Filer's title with this owner

USA000363

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.**

**Part V**    Information on Financial Account(s) Where Filer is Filing a Consolidated Report  1  of  1

## Account Information

15 Maximum account value

15a Maximum account value unknown ☐

16 Type of account

17 Financial institution name

18 Account number or other designation

19 Address

20 City

21 State

22 Foreign postal code

23 Country/Region

## Owner Information

34 Organization name

35 Taxpayer Identification Number (TIN)

35 a TIN type

38 Address

39 City

40 State/territory/province

41 ZIP/postal code

42 Country/Region

USA000364

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

**Signature**  44a Check here ☐  if this report is completed by a third party preparer and complete the third party preparer section.

44 Filer  signature    | Form is signed. |

45 Filer title    | |

46  Date of signature    | 02/05/2019 |    (Date of signature will be auto-populated when the report is signed.)

## Third Party  Preparer Use Only

47 Preparer's last name    | |

48 First name    | |

49  Middle name/initial    | |

50 Check ☐ if self employed

51 Preparer's TIN    | |    51a  TIN type  | |

52 Contact phone number  | |    52a  Extension  | |

53 Firm's name    | |

54 Firm's TIN    | |    54a  TIN type  | |

55 Address    | |

56  City    | |

57 State    | |

58 ZIP/postal code    | |

59  Country/Region    | |

This form has been signed and cannot be altered.    Page 7 of 7

USA000365

## Confirmation

We have received your submission. Please confirm the following information and retain it for your records. We will notify you the status of your submission via email.

| | |
|---|---|
| **Tracking ID:** | FX19-00026980 |
| **Receive Date/Time:** | 02/05/2019 15:46:01 PM |
| **Submission Type:** | FBARX |
| **Filer Name:** | Tuncay Saydam |
| **Filer E-mail:** | Saydam@udel.edu |
| **Filer Phone Number:** | 3024078922 |
| **Filing Name:** | SAYDAM FBAR 2017 |

**Click on the link to go back to the filing page:** https://bsaefiling.fincen.treas.gov/NoRegFBARFiler.html

RECEIVED

FEB 7 2019

Internal Revenue Service
SB/SE Examination
Newark, Delaware

USA000366

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.**



## Report of Foreign Bank and Financial Accounts    Version Number: 1.0

FinCEN Form 114  OMB No. 1506-0009    Effective October 1, 2013

The new annual due date for filing Reports of Foreign Bank and Financial Accounts (FBAR) for foreign financial accounts is April 17.

IMPORTANT : After you have completed this FBAR, you must **Sign the Form** and **Save in** order to activate the **Ready to File** button, which will direct you to a page where you can attach and submit your report. Click **Validate** to identify missing or incorrectly formatted data at any time during preparation of this report. Click **Print** to print a copy of this report for record keeping purposes.

Filing name (e.g. SMITH FBAR 2013)   | SAYDAM FBAR 2017

**Remove Signature**

If this report is being filed late, select the reason for filing late    | **Did not know that I had to file**

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 . No report is required if the aggregate value of the accounts did not exceed $10,000.

### PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on FinCEN 114 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350. The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24) . The Social Security number will be used as a means to identify the individual who files the report. The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Financial Crimes Enforcement Network, P. O. Box 39, Vienna, VA 22183, Attn: Office of Regulatory Policy.

USA000367

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION

THEY WILL NOT BE PROCESSED BY FINCEN

1  This report is for calendar year ended 12/31  | 2017 |   Amended ☐   Prior Report BSA Identifier [_____]

## Part I     Filer Information

| | |
|---|---|
| 2 Type of filer | Individual |

3 U.S. Taxpayer Identification Number  | ▉ 6747 |

3a TIN type  | SSN/ITIN |

4 Foreign identification

a Type  | |

b Number  | |

c Country/Region of issue  | |

5 Individual's date of birth  | ▉ 1938 |

6 Last name or organization's name  | SAYDAM |

7 First name  | TUNCAY |

8 Middle name  | NAFIZ |

8a Suffix  | |

9 Address  | 213 ORCHARD ROAD |

10 City  | NEWARK |

11 State  | DE |

12 ZIP/postal code  | 19711 |

13 Country/Region  | US |

14a  Does the filer have a financial interest in 25 or more financial accounts?

☐ Yes    Enter number of accounts [_____]     If "Yes" is checked do not complete Part II or Part III, but retain
☒ No                                           records of this information

14b  Does the filer have signature authority over but no financial interest in 25 or more financial accounts?

☐ Yes    Enter number of accounts [_____]     If "Yes" is checked Complete Part IV items 34 through 43 for each person on
☒ No                                           whose behalf the filer has signature authority.

This form has been signed and cannot be altered.

Page 2 of 7

USA000368

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION
This form has been signed and cannot be altered.
AND WILL NOT BE PROCESSED BY FINCEN.

**Part II    Information on Financial Account(s) Owned Separately  1  of  2**

| | |
|---|---|
| 15 Maximum account value | 61,049 |
| 15a Maximum account value unknown | ☐ |
| 16 Type of account | Bank |
| 17 Financial institution name | TURKEYI IS BANK |
| 18 Account number or other designation | ▮7017 |
| 19 Address | LEVENT MAHALLESI MELTEM IS KULELERI NO:6/43-45 |
| 20 City | ISTANBUL |
| 21 State | |
| 22 Foreign postal code | |
| 23 Country/Region | TR |

**Part II    Information on Financial Account(s) Owned Separately  2  of  2**

| | |
|---|---|
| 15 Maximum account value | 13,577 |
| 15a Maximum account value unknown | ☐ |
| 16 Type of account | Bank |
| 17 Financial institution name | AKBANK |
| 18 Account number or other designation | ▮6653 |
| 19 Address | SABANCI CENTER 4 LEVANT 34330 |
| 20 City | ISTANBUL |
| 21 State | |
| 22 Foreign postal code | |
| 23 Country/Region | TR |

This form has been signed and cannot be altered.

USA000369

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION
This form has been signed and cannot be altered.
AND WILL NOT BE PROCESSED BY FINCEN.

**Part III**   Information on Financial Account(s) Owned Jointly  1   of  1

## Account Information

| | | |
|---|---|---|
| 15 Maximum account value | | 15a Maximum account value unknown ☐ |
| 16 Type of account | | |
| 17 Financial institution name | | |
| 18 Account number or other designation | | |
| 19 Address | | |
| 20 City | | 21 State |
| 22 Foreign postal code | | 23 Country/Region |
| 24 Number of joint owners | | |

## Principal Joint Owner Information          Check ☐ if entity

| | | |
|---|---|---|
| 25 Taxpayer Identification Number (TIN) | | 25 a TIN type |
| 26 Last name or organization name | | |
| 27 First name | | |
| 28 Middle name | | |
| 28a Suffix | | |
| 29 Address | | |
| 30 City | | 31 State |
| 32 ZIP/postal code | | 33 Country/Region |

This form has been signed and cannot be altered.

Page 4 of 7

USA000370

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.**

**Part IV    Information on Financial Account(s) Where Filer has Signature or Other Authority but No financial Interest in the Account(s)  1  of  1**

## Account Information

15 Maximum account value

15a Maximum account value unknown ☐

16 Type of account

17 Financial institution name

18 Account number or other designation

19 Address

20 City

21 State

22 Foreign postal code

23 Country/ Region

## Owner Information    Check ☐ if entity

34 Last name  or organization name

35 Taxpayer Identification Number (TIN)

35 a TIN type

36 First name

37 Middle name

37a Suffix

38 Address

39 City

40 State/territory/province

41 ZIP/postal code

42 Country/Region

43 Filer's title with this owner

USA000371

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.**

**Part V**    Information on Financial Account(s) Where Filer is Filing a Consolidated Report  1  of  1

## Account Information

15 Maximum account value

15a Maximum account value unknown ☐

16 Type of account

17 Financial institution name

18 Account number or other designation

19 Address

20 City

21 State

22 Foreign postal code

23 Country/Region

## Owner Information

34 Organization name

35 Taxpayer Identification Number (TIN)

35 a TIN type

38 Address

39 City

40 State/territory/province

41 ZIP/postal code

42 Country/Region

USA000372

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

## Signature

44a Check here ☐ if this report is completed by a third party preparer and complete the third party preparer section.

44 Filer signature | Form is signed.

45 Filer title |

46 Date of signature | 02/05/2019 | (Date of signature will be auto-populated when the report is signed.)

## Third Party Preparer Use Only

47 Preparer's last name |

48 First name |

49 Middle name/initial |

50 Check ☐ if self employed

51 Preparer's TIN | | 51a TIN type |

52 Contact phone number | | 52a Extension |

53 Firm's name |

54 Firm's TIN | | 54a TIN type |

55 Address |

56 City |

57 State |

58 ZIP/postal code |

59 Country/Region |

USA000373

# FinCEN Query Request

## Item 1 - From

| Requestor name | Requestor group number | Requestor SEID | Date of request |
|---|---|---|---|
| Libertad A Montelongo | 1429 | 2k4kb | 2/4/2021 |

| Requestor's email address | Telephone number |
|---|---|
| Libertad.A.Montelongo@irs.gov | 302-286-1526 |

| Requestor's address (number, street, apt., P.O. Box) | City or town | State | Zip Code |
|---|---|---|---|
| 1352 Marrows Road | Newark | DE | 19711 |

| Signature of Group Manager | Telephone number |
|---|---|
| 1-5 F  Digitally signed by James E. Taylor  Date: 2021.02.04 12:15:20 -05'00' | 443-853-5388 |

| Signature of Gatekeeper/Super User | Telephone number |
|---|---|
| Phillip J. Hilton  Digitally signed by Phillip J. Hilton  Date: 2021.02.04 13:15:11 -05'00' | 443.853.5242 |

## Item 2 - Subject

Name (individual (last, first, middle) or business)

Tuncay Saydam

| Alias | | | SSN/EIN | DOB |
|---|---|---|---|---|
| | | | ██ 6747 | ██ 938 |

| Last known address (number, street, apt., P.O. Box) | City or town | State | Zip Code |
|---|---|---|---|
| c/o The MacKenzies, 55 Uranus Terrace | San Francisco | CA | 94114 |

## Item 3 - Requested Reports   NOTE: SAR requests should be made on Form 10509-A

☐ All   ☐ CTR   ☐ CMIR   ☐ Form 8300   ☒ FBAR   ☐ DOEP   ☐ RMSB

## Item 4 - Search By

☐ All   or Name: (☐ Exact   ☐ Generic)   ☒ SSN/EIN   ☐ DCN/BSAID   ☐ Zip Code

☐ Occupation database   Specify Occupation _____

## Item 5 - Limits (Optional)

Year(s):   ☐ All or ____, ____, ____, ____, ____   Month(s):   ☐ All   or _____ to _____

☐ Owner   ☐ Transactor   ☒ Filer

## Item 6 - Other Research Information

Please provide information for tax years 201112, 201212, 201312, 201412, 201512, 201612, 201712, 201812, 201912, 202012.

## Item 7 - Results

☐ No Record   ☒ See attached report

| FCQ Gatekeeper/Super User | | Completion date |
|---|---|---|
| Phillip Hilton  Phillip J. Hilton  Digitally signed by Phillip J. Hilton  Date: 2021.02.04 13:18:05 -05'00' | | 2/4/2021 |

Form **10509** (Rev. 4-2015)   Catalog Number 65827Z   publish.no.irs.gov   Department of the Treasury - Internal Revenue Service

USA000374

# FinCEN Query Request

## Item 1 - From

| Requestor name<br>Libertad A Montelongo | Requestor group number<br>1429 | Requestor SEID<br>2k4kb | Date of request<br>2/4/2021 | |
|---|---|---|---|---|
| Requestor's email address<br>Libertad.A.Montelongo@irs.gov | | Telephone number<br>302-286-1526 | | |
| Requestor's address (number, street, apt., P.O. Box)<br>1352 Marrows Road | City or town<br>Newark | | State<br>DE | Zip Code<br>19711 |
| Signature of Group Manager | | Telephone number | | |
| Signature of Gatekeeper/Super User | | Telephone number | | |

## Item 2 - Subject

| Name (individual (last, first, middle) or business)<br>Tuncay Saydam | | | | |
|---|---|---|---|---|
| Alias | | SSN/EIN<br>██████6747 | DOB<br>████1938 | |
| Last known address (number, street, apt., P.O. Box)<br>c/o The MacKenzies, 55 Uranus Terrace | City or town<br>San Francisco | | State<br>CA | Zip Code<br>94114 |

## Item 3 - Requested Reports   NOTE: SAR requests should be made on Form 10509-A

☐ All   ☐ CTR   ☐ CMIR   ☐ Form 8300   ☒ FBAR   ☐ DOEP   ☐ RMSB

## Item 4 - Search By

☐ All   or Name: (☐ Exact   ☐ Generic)   ☒ SSN/EIN   ☐ DCN/BSAID   ☐ Zip Code

☐ Occupation database   Specify Occupation _____

## Item 5 - Limits (Optional)

Year(s):   ☐ All or ____, ____, ____, ____, ____   Month(s):   ☐ All   or _____ to _____

☐ Owner   ☐ Transactor   ☒ Filer

## Item 6 - Other Research Information

Please provide information for tax years 201112, 201212, 201312, 201412, 201512, 201612, 201712, 201812, 201912, 202012.

## Item 7 - Results

☐ No Record   ☐ See attached report

| FCQ Gatekeeper/Super User | Completion date |
|---|---|
| | |

Form **10509** (Rev. 4-2015)      Catalog Number 65827Z      publish.no.irs.gov      Department of the Treasury - Internal Revenue Service

USA000375

## Instructions for Form 10509, FinCEN Query Request

The requestor will complete all applicable items and send form via secured email to the group manager for approval. The group manager will review the completed form and if approved, will forward via secured email to the appropriate FinCEN Query Gatekeeper/ Super User.

### Item 1 - From

Enter requestor's name, group number, SEID, date of request, email address, phone number, address, city, state, and zip. Upon approval, requestor's manager electronically will sign form and provide phone number.

Upon approval, Gatekeeper/Super User electronically will sign form and provide phone number.

### Item 2 - Subject

Enter the complete name of the individual or business, any alias, social security number/employer identification number (SSN/EIN), date of birth (DOB), and last known address (address via ENMOD, transcript, etc.). Provide the individual's full name (last, first and middle). Include trade name as well as corporate name for businesses.

### Item 3 - Requested Reports

Check the box next to the requested documents:

- All documents.  Note: SAR requests must be made on Form 10509-A.
- Currency Transaction Report (CTR)
- Report of International Transportation of Currency and Monetary Instruments (CMIR)
- Report of Cash Payments Over $10,000 Received in a Trade or Business (Form 8300)
- Report of Foreign Bank and Financial Accounts (FBAR) – Foreign bank accounts with a total value over $10,000
- Designation of Exempt Person (DOEP)
- Registration of Money Services Businesses (RMSB)

### Item 4 - Search By

Check the box next to the search criteria requested.

- All
- Name ("exact" and/or "generic")
- Social security number/employer identification number (SSN/EIN)
- Document control number of report/Bank Secrecy Act Identification (DCN/BSAID)
- Zip Code (based on the "last known   address")
- Occupation database - Allows a search by occupation such as check cashier

### Item 5 – Limits (Optional)

Check the appropriate boxes to indicate the limits. Entries not required.

- Years – Indicate "all" or the specific years.
- Months – Indicate "all" or the specific months (01 thru 12).
- Select "Owner", "Transactor", "Filer" and/or "Tariff Company", if appropriate.

### Item 6 – Other Research Information

Provide any additional information that is relevant to the query. Note: Please do not include other entities in this section.  A separate form is required.

### Item 7 – Results

Gatekeeper/Super User will check box to indicate if "no records" were located or see attached report and then sign and indicate the completion date.

USA000376

2

USA000377