# Exhibit K

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

## DOCUMENTS REQUESTED

### Unless otherwise indicated, each of the following Requests is for calendar year(s) 2012-2015

### BANK RECORDS

For each of the following requests, produce the requested information for each account, foreign and domestic, under any name, over which you had signature authority and/or other authority and/or over which you exercised control during the years 2012-2015. These requests include, but are not limited to, your personal accounts, custodial accounts, business accounts, rental accounts, trust accounts, IBC accounts, LLC accounts, and other corporate accounts.

1. Produce any and all records required to be maintained pursuant to 31 C.F.R. §1010.420 (§103.32 prior to March 1, 2011) relating to foreign financial accounts that you had/have a financial interest in, or signature authority over, including records reflecting the name in which each such account is maintained, the number or other designation of such account, the name and address of the foreign bank or other person with whom such account is maintained, the type of such account, and the maximum value of each such account during each specified year. Such accounts include, **but are not limited to**, accounts in the names of Tuncay Saydam and/or Oya Saydam.

2. For each account produce the documents identifying the bank and/or financial institution name, address, and telephone number.

3. For each bank account, produce all documents in your possession, custody, and control including, but not limited to:
   A. Account application (regardless of date)

| Information due by   03/01/2019 | At next appointment ☐   Mail in ☒ | |
|---|---|---|
| **From:** | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>████ 8906 | Date (mmddyyyy)<br>02/14/2019 |
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K    www.irs.gov    Part 1 - Taxpayer's File Copy    Form **4564** (Rev. 9-2006)

USA002866

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br><br>Saydam, Tuncay & Oya<br><br><br>*Please return Part 2 with listed documents to requester identified below* | Subject<br>Items not yet provided |
|---|---|

| SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
|---|---|
| | Dates of Previous Requests (mmddyyyy) |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

- B. Monthly or periodic statements
- C. Wire transfer authorizations and confirmations
- D. Deposit slips and deposited items
- E. Credit and debit memos and advices
- F. Canceled checks
- G. Passbooks
- H. Check registers
- I. Loan applications (regardless of date)
- J. Promissory Notes
- K. Letters of credit
- L. Money orders
- M. Cashier's checks
- N. Safe deposit box rental agreements (regardless of date)
- O. Safe deposit box visitation ledgers
- P. All correspondence
- Q. All memorandum files maintained by the bank reflecting communications with yourself or anyone on your behalf
- R. All documents verifying the origin of all funds used to open the accounts and funds deposited into the accounts (regardless of date)
- S. Signature cards (regardless of date)
- T. Substantiation of expenses associated with the account

4. For each bank account, produce the Know Your Customer Account information given to and maintained by the bank by you or on your behalf, including but not limited to all account set up documents (regardless of date), such as signature cards, opening deposit slips, passport copies, certificates of beneficial ownership, letters of reference, certificates of clean funds and/or other sources of Anti-Money Laundering documentation.

Information due by ___03/01/2019___    At next appointment ☐    Mail in ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>▮8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

| Catalog Number 23145K | www.irs.gov | Part 1 - Taxpayer's File Copy | Form **4564** (Rev. 9-2006) |
|---|---|---|---|

USA002867

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br><br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

5. For each bank account, produce the Desk Files, including but not limited to all offline files, drop files and other files maintained by the private banking department, private trust department, or any other department possessing records that are not covered by the requests enumerated above.

6. For each certificate of deposit, time deposit or equivalent account, produce all statements reflecting the purchase, earnings, basis, redemption and disposition of the deposit account.  All documents verifying the origin of all funds used to open the accounts and funds deposited into the accounts (regardless of date).

7. For all transfers of funds between any and all bank accounts and/or financial accounts, produce:
      A. List of transfers
      B. Documents showing the source of the funds transferred
      C. Documents showing the deposits of funds transferred
      D. Advice memos, correspondence or other directions the taxpayer sent or received

   **BROKERAGE ACCOUNTS, MUTUAL FUNDS, AND SECURITY ACCOUNTS**

For each of the following requests, produce the requested information for both domestic and foreign brokerage accounts, mutual funds, security accounts, hedge funds, private equity funds, and other investment funds, including every account or fund in which you had a beneficial interest or over which you had signature authority and/or other authority and/or over which you exercised control during the **years 2012-2015** for Tuncay and/or Oya. These requests include, but are not limited to your personal accounts, custodial accounts, business accounts, rental accounts, trust accounts, IBC accounts, LLC accounts, and other corporate accounts.

Information due by    03/01/2019            At next appointment  ☐    Mail in  ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>▓8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K        www.irs.gov        Part 1 - Taxpayer's File Copy        Form **4564** (Rev. 9-2006)

**USA002868**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To:  *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | | |
|---|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. | |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

8. Produce any and all records required to be maintained pursuant to 31 C.F.R. §1010.420 (§103.32 prior to March 1, 2011) relating to foreign financial accounts that you had/have a financial interest in, or signature authority over, including records reflecting the name in which each such account is maintained, the number or other designation of such account, the name and address of the foreign bank or other person with whom such account is maintained, the type of such account, and the maximum value of each such account during each specified year.  Such accounts include, **but are not limited to**, accounts in the names of Tuncay Sadham and / or Oya Saydam.

9. For each account or fund, produce all documents in you possession, custody, control, including but not limited to:
    A. Account application (regardless of date)
    B. Substantiation of basis for all stocks and other investments held in the accounts
    C. Signature cards (regardless of date)
    D. Monthly or periodic statements
    E. Annual account summaries
    F. Performance reports
    G. Directions given to the financial institution on investment strategies and diversification
    H. Requests, authorizations and confirmations on specific trades
    I. Wire transfer authorizations and confirmations
    J. All correspondence including written, facsimiles, digital and electronic
    K. All memorandum files maintained by the bank reflecting communications with yourself and/or anyone on your behalf
    L. Know-your-customer (KYC) files or other similar records maintained for anti-money laundering purposes (regardless of date), including but not limited to account set up documents, identification documents such as passports, driver's licenses, opening deposit slips, certificates of beneficial ownership, letters of reference, certificates of clean funds and other sources of funds documentation

| Information due by  03/01/2019 | At next appointment ☐ | Mail in ☒ | |
|---|---|---|---|

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>█████8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K      www.irs.gov      Part 1 - Taxpayer's File Copy      Form **4564** (Rev. 9-2006)

**USA002869**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To:  *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided |
|---|---|

| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
|---|---|---|

| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) |
|---|---|

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

M. All documents verifying the origin of all funds used to open the accounts and/or deposited into the accounts (regardless of date)

N. Substantiation of expenses associated with the accounts

O. For hedge funds, private equity funds or other non-publicly traded funds, all pitch books or other marketing materials, private placement memoranda, subscription agreements, limited partnership agreements, and other organizational documents.

10. For each investment account, produce the Desk Files, including but not limited to all offline files, drop files and other files maintained by the private banking department, private trust department, or any other department possessing records that are not covered by the requests enumerated above.

## CREDIT, DEBIT AND CHARGE CARDS

Produce all records for the year(s) 2012- 2015 for Tuncay and Oya Saydam relating to credit, debit or charge cards of which you had the use, issued either in your name or the name of any entity, foreign or domestic, in which you held an ownership or beneficial interest, directly or through any nominee, agent, power of attorney, letter of direction, or any device whatsoever.

11. For each card, produce all documents including, but not limited to:
    A. Card application
    B. Cardholder agreement
    C. All credit, debit, or charge card issued on the account
    D. Customer relationship records or other similar records identifying persons with signature or other authority over the account
    E. Monthly or periodic charge statements
    F. Charge receipts
    G. Cash advance confirmations

| Information due by    03/01/2019 | At next appointment ☐    Mail in ☒ |
|---|---|

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>████8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K    www.irs.gov    Part 1 - Taxpayer's File Copy    Form **4564** (Rev. 9-2006)

**USA002870**

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service **Information Document Request** | Request Number 0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)* Saydam, Tuncay & Oya | Subject Items not yet provided |
|---|---|
| | SAIN number | Submitted to: Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

 H.  Records of payments or funds transferred to account to pay balances DUE

### OWNERSHIP OF ENTITIES AND STRUCTURES

For each of the following requests, produce the requested information for both domestic and foreign entities/structures, including each entity/structure in which Tuncay and/or Oya Saydam exercised control and/or held an ownership interest, legal interest, fiduciary interest and/or beneficial interest at any time during the **years 2012 - 2015**.

12. For each entity/structure, produce all documents relating to the creation, governance, and operation of each entity/structure including but not limited to:
    A. Organizational documents, deeds of incorporation, by-laws, registrations, articles of incorporation, statutes, memoranda of association, partnership agreements, joint venture agreements (regardless of date)
    B. Ownership documents including those reflecting your percentage of legal ownership, percentage of beneficial ownership, and all changes of ownership (regardless of date)
    C. Stock records book and/or other listing of shareholders and stock certificates
    D. Documents designating beneficiaries, designating trustees, designating protectors, designating partners, designating percentage ownership
    E. Correspondence files
    F. Powers of attorney, letters of wishes, letters of direction or similar documents granting authority to agents to act on behalf of the entity/structure

13. For each entity/structure, produce all books and records including, but not limited to:
    A. General ledgers
    B. General journals
    C. Sales journals and similar records of sales

| Information due by   03/01/2019 | At next appointment ☐    Mail in ☒ |
|---|---|

| From: | Name and Title of Requester Libertad Montelongo, Revenue Agent | Employee ID number ███8906 | Date (mmddyyyy) 02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road                       Newark, DE 19711 | | Phone: 302-286-1526 Fax: 888-243-5216 |

| Catalog Number 23145K | www.irs.gov | Part 1 - Taxpayer's File Copy | Form **4564** (Rev. 9-2006) |
|---|---|---|---|

**USA002871**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):  201212; 201312; 201412; 201512

D. Cash receipt journals and similar records of cash receipts
E. Cash disbursement journals and similar records of cash disbursements
F. Account payable journals and similar records of accounts payable
G. Payroll journals and similar records of payroll
H. Sales and purchase invoices
I. Real estate closing records
J. Minute books
K. Contracts and agreements
L. Records of bank, brokerage and other investment accounts
M. Financial statements-both audited and unaudited-including but not limited to income statements and balance sheets
N. Rental agreements
O. Documents reflecting rental income and expenses
P. Correspondence files
Q. Certificates of good standing
R. Records reflecting the names, street addresses, e-mail addresses and telephone numbers of the legal and beneficial owners
S. Records reflecting the names, street addresses, e-mail addresses, and telephone numbers of the board of directors, board of supervisors and managing directors
T. Records reflecting the names, street addresses, e-mail addresses, and telephone numbers of the officers and all employees
U. Records reflecting the names, street addresses, e-mail addresses, and telephone numbers of all business partners
V. All records of dissolution, termination, name change, winding up or similar record of cessation of operations
W. Foreign tax returns

Information due by   03/01/2019          At next appointment ☐   Mail in ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:   1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K     www.irs.gov     Part 1 - Taxpayer's File Copy     Form **4564** (Rev. 9-2006)

USA002872

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To:  *(Name of Taxpayer and Company Division or Branch)*<br><br>Saydam, Tuncay & Oya<br><br><br>*Please return Part 2 with listed documents to requester identified below* | Subject<br>Items not yet provided |  |
|---|---|---|
|  | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
|  | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):     201212; 201312; 201412; 201512

14. For each entity/structure produce all documents distributed, sent and/or transmitted by or to any legal, fiduciary and/or beneficial owners to and from professionals (e.g., attorneys, accountants, bankers, brokers, trust advisory, etc.), including but not limited to contracts, agreements, advisories, schedules, letters, memoranda, notes and instructions.

15. For each entity/structure, produce documents reflecting the name, address and telephone number of the person(s) controlling the assets of the entity/structure.

16. All written contracts, agreements, and all other documents pertaining to the assignment and transfer of ownership interest in and rights to use the real, personal or intangible property to you or on your behalf.

17. All powers of attorney giving you authority to act on behalf of any person or entity.

18.  All powers of attorney executed by you giving another the authority to act on your behalf or on behalf of any person or entity over which you exercised control.

19. All certificates of beneficial ownership, stock certificates, including bearer shares or other similar evidence of ownership interests owned by the taxpayer.

20. All profession and commercial licenses owned by you directly or indirectly

21. Provide a schematic diagram of all entities, foreign and domestic, in which you held an ownership interest, either legal or beneficial.  This diagram should include partnerships, joint ventures and trusts as well as corporate entities, including their foreign branches and any other type of entity provided for by foreign laws, in which you held a direct or indirect, legal or beneficial, ownership interest.
    A.  Indicate your percentage of ownership interest in each entity.

Information due by    03/01/2019                  At next appointment ☐    Mail in ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>█████8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
|  | Office Location:    1352 Marrows Road<br>Newark, DE 19711 |  | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K        www.irs.gov        Part 1 - Taxpayer's File Copy        Form **4564** (Rev. 9-2006)

**USA002873**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br><br>Saydam, Tuncay & Oya<br><br><br>*Please return Part 2 with listed documents to requester identified below* | Subject<br>Items not yet provided |  |
|---|---|---|
|  | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
|  | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

    B. Indicate the country in which the entity was created or organized.

    C. Indicate the country where the entity operates.

    D. Indicate whether the entity was formed for a particular purpose and what assets are held by the entity.

    E. Indicate any changes in ownership.

    F. Provide detailed information regarding any corporation or other entities which you owned but which you no longer own. Include the tax treatment of each change.

### PERSONAL OWNERSHIP

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for** Tuncay and/or Oya Saydam**:**

22. Produce all documents reflecting real estate owned by you directly or indirectly including but not limited to purchase and sale agreements, mortgages, deeds, closing documents, property records, tax records, and insurance records.

23. Produce all documents reflecting payments for the purchase of real estate, the improvement of real estate, real estate taxes and insurance.

24. Produce all applications for mortgages, equity loans and other loans related to your real estate or for which your real estate serves as collateral

25. Produce all documents reflecting automobiles, SUVs, RVs, trucks, boats and airplanes owned by you directly or indirectly including but not limited to Department of Motor

| Information due by  03/01/2019 | At next appointment ☐ | Mail in ☒ |
|---|---|---|

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>███ 906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

USA002874

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

Vehicle records, purchase and sale agreements, titles,  property records, tax records and insurance records.

26. Produce all documents reflecting personal property owned by you with a value in excess of $25,000.

27. Produce all insurance records.

28. Produce all records reflecting compensation earned by you.

### RENTAL ACTIVITIES

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for** Tuncay and/or Oya Saydam:

29. For each rental property owned by you directly or indirectly, produce all records both foreign and domestic, including but not limited to:
    A. Settlement sheet (regardless of date)
    B. Purchase and sale agreement (regardless of date)
    C. Rental contracts and agreements (regardless of date)
    D. General ledgers
    E. General journals
    F. Cash receipt journals and similar records of cash receipts
    G. Cash disbursement journals and similar records of cash disbursements
    H. Account payable journals and similar records of accounts payable
    I. Depreciation schedules (regardless of date)
    J. Correspondence files (regardless of date)
    K. Records reflecting the names, street addresses, e-mail addresses, and telephone numbers of the renters (regardless of date)

Information due by   03/01/2019          At next appointment ☐    Mail in ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>░░ 906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K      www.irs.gov      Part 1 - Taxpayer's File Copy      Form **4564** (Rev. 9-2006)

**USA002875**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided |
|---|---|

| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
|---|---|---|

| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) |
|---|---|

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

L.

## NON-TAXABLE SOURCES OF INCOME

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for** Tuncay and/or Oya Saydam:

30. Produce all documents reflecting any inheritance, foreign or domestic, that you received (regardless of date), including but not limited to the will, documents identifying you as a beneficiary of the estate, documents reflecting the assets of the estates and all probate documents, asset records reflecting the amounts and date of any bequests received by you.

31. For each loan, commercial or private, made or obtained by you or on your behalf and which was in existence during any of the years **2012 - 2015**, provide foreign and domestic records:
    A. Loan application (regardless of date)
    B. Loan agreements and contracts (regardless of date)
    C. Loan amortization schedules (regardless of date)
    D. Promissory notes
    E. Grant deeds, deeds of trust, mortgages, or other security
    F. Documents sowing disbursement of the loan proceeds (e.g., wire transfer authorization)
    G. Records of receipt of principal and interest
    H. All other documents evidencing the terms and performance of the transaction

32. All records, foreign and domestic, pertaining to any non-taxable source of income including but not limited to gifts, insurance settlements, tax refunds, and tax exempt interest.

Information due by    03/01/2019                    At next appointment ☐    Mail in ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K    www.irs.gov    Part 1 - Taxpayer's File Copy    Form **4564** (Rev. 9-2006)

**USA002876**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

### PROFESSIONALS

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for** Tuncay and/or Oya Saydam:

33. Produce all financial statements prepared by you, for you, or on your behalf for any purpose.

34. Provide the name, street address, e-mail address, telephone number of each private banker, broker, trust advisor, investment or other financial advisory, advisor on privacy matters, lawyer and accountant from whom you have received advice either directly or indirectly

35. Produce all business cards for professionals in your possession and/or within your control

36. Produce all records relating to any payments by you or on your behalf for professional fees including: management fees, accounting fees, legal fees, consulting fees, brokerage fees, other personal service fees, salaries or wages, insurance premiums, royalties, lease or rental fees, loan fees, interest.

37. Produce all records relating to any payments by any nonpublic entity in which you held a direct or indirect ownership or beneficial interest or over which you exercised control, either directly or through a nominee, power of attorney, letter of direction, letter of wishes or any device whatsoever for professional fees including: management fees, accounting fees, legal fees, consulting fees, brokerage fees, other personal service fees, salaries or wages, insurance premiums, royalties, lease or rental fees, loan fees, interest.

Information due by ___03/01/2019___    At next appointment ☐    Mail in ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>████8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K        www.irs.gov        Part 1 - Taxpayer's File Copy        Form **4564** (Rev. 9-2006)

**USA002877**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201212; 201312; 201412; 201512

## PROFESSIONAL AFFILIATIONS

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for Tuncay and/or Oya Saydam**:

38. Identify all professional, social and civic organizations for which you have been a member or officer, from **2012** to the present.  Include in your response the following:
    A. Name, telephone number, and current address of the organization
    B. Dates of membership
    C. Offices held (and dates)
    D. membership number or other identifying numbers (e.g., State Bar Numbers, C.P.A. ID numbers)

39. If you are/were a member of an organization with and oversight committee or disciplinary board, identify any complaints filed against you including:
    A. name and address of the Complainant (if anonymous, so indicate)
    B. date of complaint
    C. specific allegations
    D. case or investigation number
    E. date and location of any hearing, including the tribunal you appeared before
    F. copy of your written response
    G. disposition or result of investigation

## TRAVEL

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for Tuncay and/or Oya Saydam**:

Information due by   03/01/2019            At next appointment  ☐    Mail in  ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>████8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:   1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K      www.irs.gov      Part 1 - Taxpayer's File Copy      Form **4564** (Rev. 9-2006)

**USA002878**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br><br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

40. All of your original U.S. passports, both current and expired

41. All of your original foreign passports, both current and expired

42. If you destroyed a passport, explain in detail how you destroyed it, when you destroyed it and why you destroyed it

43. If you lost a passport or it was stolen, provide a copy of Form DS-64 Statement Regarding a Lost or Stolen Passport filed with the U.S. State Department

44. Produce your current state driver's license and all foreign driver's licenses

45. All vehicle registrations foreign and domestic

46. All records of foreign travel including but not limited to commercial transportation, private leasing, visas, hotel and meal expenses

### TAX INFORMATION

For each of the following requests, produce copies of all of the returns, schedules and forms you filed for each of the years **2011 to present:**

47. Complete copies of your amended returns for 2014 (Forms 1040X), including all schedules and attached information returns.  Include Form 8938 for 2011 and 2014.

48. All Schedules K-1's received.

49. All Form 1099 information returns received.

Information due by    03/01/2019            At next appointment ☐    Mail in ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>████8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K      www.irs.gov      Part 1 - Taxpayer's File Copy      Form **4564** (Rev. 9-2006)

**USA002879**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided |  |
|---|---|---|
|  | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

50. All Form 1099 information returns issued by you.

51. Complete copies of all U.S. Partnership Return of Income Forms 1065 including all schedules and attached information returns for which you were either a General Partner <u>or</u> named as the Tax Matters Partner.

52. Complete copies of all U.S. Corporation Income Tax Returns Form 1120 and 1120S, including all schedules and attached information returns for each corporation of which you owned more than 50 percent of the total combined voting power of all classes of stock or more than 50 percent of the total value of the stock of the corporation.

53. Complete copies of all U.S. Income Tax Return of a Foreign Corporation Forms 1120F, including all schedules and attached information returns for which you owned more than 50 percent of the total combined voting power of all classes of stock or more than 50 percent of the total value of the stock of the corporation.

54. Complete copies of all U.S. Income Tax Return for Estates and Trusts Forms 1041, including all schedules and attached information returns for which you were the fiduciary or a beneficiary of the Estate or Trust.

55. Complete copies of all U.S. Income Tax Return for Nonresident Alien Form 1040NR (used also for foreign trusts), including all schedules and attached information returns for which you were the taxpayer, administrator, executor, fiduciary, trustee, grantor or a beneficiary.

56. Copies of all Annual Information Returns of Foreign Trust with a U.S. Owner Form 3520-A filed for the years.

Information due by   03/01/2019            At next appointment  ☐    Mail in  ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
|  | Office Location:    1352 Marrows Road<br>Newark, DE 19711 |  | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K      www.irs.gov      Part 1 - Taxpayer's File Copy      Form **4564** (Rev. 9-2006)

**USA002880**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

To: *(Name of Taxpayer and Company Division or Branch)*

Saydam, Tuncay & Oya

*Please return Part 2 with listed documents to requester identified below*

| Subject<br>Items not yet provided | |
|---|---|
| SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201212; 201312; 201412; 201512

57. Copies of all Annual Return to Report Transactions with Foreign Trusts and Receipt of Certain Foreign Gifts Form 3520 for which you are or are treated as an owner.

58. Copies of all Annual Withholding Tax Returns for U.S. Sourced Income of Foreign Persons Form 1042.

59. Copies of all Foreign Person's U.S. Source Income Subject to Withholding.

60. Copies of all Information Returns to Report Transactions with Foreign Trusts and Receipt of Certain Foreign Gifts Forms 5471.

61. Copies of all Information Return of a 25-percent Foreign Owned Corporation or Foreign Corporation Engaged in a U.S. Trade or Business Form 5472.

62. Copies of all Information Returns of U.S. Persons with Respect To Certain Foreign Corporations filed.

63. Copies of all Financial Crimes Enforcement Network (FinCEN) 114, *Report of Foreign Bank and Financial Accounts* (FBAR) (formerly TD F90-22.1).

64. Copies of all Forms 8938, Statement of Specified Foreign Financial Assets.

65. Complete copies of Form 1042, Annual Withholding Tax Return for U.S. Source Income of Foreign Persons including Form(s) 1042S, Foreign Person's U.S. Source Income Subject to Withholding, filed.

66. All amended tax returns and amended informational returns.

67. All tax returns and informational returns prepared but not filed.

Information due by   03/01/2019          At next appointment  ☐   Mail in  ☒

From:

| Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>1000288906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|
| Office Location:   1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K     www.irs.gov     Part 1 - Taxpayer's File Copy     Form **4564** (Rev. 9-2006)

USA002881

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| *Please return Part 2 with listed documents to requester identified below* | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

68. Original or copy of any tax organizer or questionnaire you prepared and submitted to your CPA in each of the years **2012 – 2015.**

69. The tax materials use by you and those submitted by you to your CPA for preparation of your U.S. tax returns in each of the tax years **2012 - 2015**.

70. Copies of all tax advice received from any source worldwide.  This request includes, but is not limited to, advice and discussions with bankers, wealth managers, tax preparers, and CPAs.

71. Complete copies of all foreign tax returns.

**Please be advised that we may require additional information and documentation as we determine necessary as the examination progresses.**

**Records provided on 12/7/2018**:
- Tuncay Saydam - IsBank (Turkiye Bankasi)  Transaction summaries 11/10/2008 – 11/6/2018.  The summaries do not include every transaction, or every period. (Additional Information Required See Note 1).
- Tuncay Saydam - AcBank – Summarized transcript 1/1/2012 – 12/31/2014; 1/1/2016 – 12/31/2017; 10/31/2018.  Transactions for 2015 were not provided. (additional information Required See note 2)
- Tuncay & Oya Saydam - Visa Axess Platinum – Copy of face of credit card provided (Additional information Required See Note 3)
- Tuncay & Oya Saydam - Citi Platinum Credit card statements for the periods of :<br>  2012    11/25/2011 – 4/25/2012;

| Information due by   03/01/2019 | At next appointment ☐    Mail in ☒ | |
|---|---|---|

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>▮▮ 906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

**USA002882**

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br><br>**Information Document Request** | Request Number<br><br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201212; 201312; 201412; 201512

<div style="margin-left:2em">

               6/27/2012 – 7/25/2012;
               8/28/2012 – 1/24/2013
2013  1/25/2013 – 4/24/2013
               8/28/2013 -  10/25/2013
               11/27/2013 – 1/24/2014
2014  1/25/2014 – 2/26/2014
               3/27/2014 -4/24/214
               8/27/2014 – 1/26/2015
2015  1/27/2015 – 4/24/2015
               8/27/2015 – 1/26/2016
2016   1/27/2016 – 1/25/2017
2017:   1/26/2017 – 4/26/2017
               5/25/2017 – 11/24/2017
               (Additional Information Required See Note 4)

</div>

- Tuncay and Oya - M&T CD Maturity Notices for the periods of  3/8/2012; 9/8/2012; 3/8/2012; 9/8/2013; 3/8/2014; 3/8/2016; 3/8/2015; 3/8/2016.  (Additional Information Required See Note 5)  Bank
- Tuncay and Oya - M&T Consolidated Brokerage Account Statements –
  2012    10/26/2011 – 5/25/2012
  2013    1/26/2013 – 12/24/2013
  2014    12/25/2013 – 3/25/2014
         8/25/2014 - 10/24/2014
          11/26/2014 – 12/24/2014
  2015    12/25/2014 – 10/23/2015
  2016    11/2/2015 – 1/13/2016
         2/26/2016 – 12/23/2016

(Additional Information Required See Note 6)
**Records Provided 2/7/2018:**
- Tuncay – DenizBank Statements 9/1/2012-12/31/2015

| Information due by   03/01/2019 | At next appointment ☐ | Mail in ☒ |
|---|---|---|

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>███8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:   1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K      www.irs.gov      Part 1 - Taxpayer's File Copy      Form **4564** (Rev. 9-2006)

**USA002883**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided |  |
|---|---|---|
|  | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) |  |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

## Additional Information Required for 2012-2015:
### Note 1
- Tuncay - IsBank -  provide monthly statements as outlined above in "Bank Records" Item 3B.
- Oya – Isbank – provide monthly statements as outline above in "Bank Records" Item 3.

### Note 2
- Tuncay - AcBank – Provide monthly statements as outlined above in "Bank Records" Item 3B
- Oya – AcBank – Provide monthly statements as outlined above in "Bank Records" Item 3.

### Note 3
- Tuncay and/or Oya - Axess Credit Card  - Provide monthly statements as outlined above in "Credit, Debit and Chargecards" Item 11.

### Note 4
- Tuncay and Oya - Citi Platinum Card – Provide monthly statements as outlined above in "Credit, Debit and Chargecards" Item 11, for the periods of :
  4/26/2012 – 6/26/2012
  7/26/2012 – 8/27/2012
  4/25/2013 – 7/27/2013
  10/25/2013 – 11/26/2013
  2/27/2014 – 3/26/2014
  4/25/2014 – 8/26/2014
  4/25/2015 – 8/26/2015
  4/27/2017 - 5/24/2017

### Note 5
- Tuncay and Oya - M&T CD - Provide statements as outlined above in "Bank Records" Item 3.
### Note 6



Information due by    03/01/2019            At next appointment  ☐    Mail in  ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>▮8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
|  | Office Location:    1352 Marrows Road<br>Newark, DE 19711 |  | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K      www.irs.gov      Part 1 - Taxpayer's File Copy                Form **4564** (Rev. 9-2006)

**USA002884**

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service **Information Document Request** | Request Number 0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)* Saydam, Tuncay & Oya | Subject Items not yet provided |  |
|---|---|---|
|  | SAIN number | Submitted to: Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) |  |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

- Tuncay and Oya - M&T Consolidated Brokerage Statements – Provide monthly statements as outlined above in "Brokerage Accounts, Mutual Funds, and Security Accounts" Item 9, for the periods of :
  5/26/2012 – 1/26/2013
  3/26/2014- 8/24/2014
  10/25/2014 – 11/25/2014
  10/24/2015 – 1/12/2016

**Note 7**

Oya Saydam – <u>All foreign and domestic</u> monthly bank statements as outlined above in "Bank Records" Item 3.

**Additional Items to Provide:**

Form 1040x and Form 8938 for 2011 and 2014.

Information due by   03/01/2019          At next appointment  ☐    Mail in ☒

| From: | Name and Title of Requester Libertad Montelongo, Revenue Agent Office Location:    1352 Marrows Road Newark, DE 19711 | Employee ID number 906 | Date (mmddyyyy) 02/14/2019 Phone: 302-286-1526 Fax: 888-243-5216 |
|---|---|---|---|

Catalog Number 23145K    www.irs.gov    Part 1 - Taxpayer's File Copy    Form **4564** (Rev. 9-2006)

**USA002885**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To:  *(Name of Taxpayer and Company Division or Branch)*<br><br>Saydam, Tuncay & Oya<br><br><br>*Please return Part 2 with listed documents to requester identified below* | Subject<br>Items not yet provided |  |
|---|---|---|
|  | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
|  | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

## DOCUMENTS REQUESTED

### Unless otherwise indicated, each of the following Requests is for calendar year(s) 2012-2015

### BANK RECORDS

For each of the following requests, produce the requested information for each account, foreign and domestic, under any name, over which you had signature authority and/or other authority and/or over which you exercised control during the years 2012-2015.  These requests include, but are not limited to, your personal accounts, custodial accounts, business accounts, rental accounts, trust accounts, IBC accounts, LLC accounts, and other corporate accounts.

1.  Produce any and all records required to be maintained pursuant to 31 C.F.R. §1010.420 (§103.32 prior to March 1, 2011) relating to foreign financial accounts that you had/have a financial interest in, or signature authority over, including records reflecting the name in which each such account is maintained, the number or other designation of such account, the name and address of the foreign bank or other person with whom such account is maintained, the type of such account, and the maximum value of each such account during each specified year.  Such accounts include, **but are not limited to**, accounts in the names of Tuncay Saydam and/or Oya Saydam.

2.   For each account produce the documents identifying the bank and/or financial institution name, address, and telephone number.

3.  For each bank account, produce all documents in your possession, custody, and control including, but not limited to:
    A.  Account application (regardless of date)

| Information due by    03/01/2019 | At next appointment ☐ | Mail in ☒ |
|---|---|---|

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>██████906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
|  | Office Location:    1352 Marrows Road<br>Newark, DE 19711 |  | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K    www.irs.gov    Part 2 - To be Returned by Taxpayer with Reply    Form **4564** (Rev. 9-2006)

**USA002886**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided |
|---|---|

| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
|---|---|---|

*Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy)

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

- B. Monthly or periodic statements
- C. Wire transfer authorizations and confirmations
- D. Deposit slips and deposited items
- E. Credit and debit memos and advices
- F. Canceled checks
- G. Passbooks
- H. Check registers
- I. Loan applications (regardless of date)
- J. Promissory Notes
- K. Letters of credit
- L. Money orders
- M. Cashier's checks
- N. Safe deposit box rental agreements (regardless of date)
- O. Safe deposit box visitation ledgers
- P. All correspondence
- Q. All memorandum files maintained by the bank reflecting communications with yourself or anyone on your behalf
- R. All documents verifying the origin of all funds used to open the accounts and funds deposited into the accounts (regardless of date)
- S. Signature cards (regardless of date)
- T. Substantiation of expenses associated with the account

4. For each bank account, produce the Know Your Customer Account information given to and maintained by the bank by you or on your behalf, including but not limited to all account set up documents (regardless of date), such as signature cards, opening deposit slips, passport copies, certificates of beneficial ownership, letters of reference, certificates of clean funds and/or other sources of Anti-Money Laundering documentation.

Information due by    03/01/2019          At next appointment [ ]    Mail in [X]

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K    www.irs.gov    Part 2 - To be Returned by Taxpayer with Reply    Form **4564** (Rev. 9-2006)

USA002887

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br><br>Saydam, Tuncay & Oya<br><br><br>*Please return Part 2 with listed documents to requester identified below* | Subject<br>Items not yet provided |  |
|---|---|---|

| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
|---|---|---|
| | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

5. For each bank account, produce the Desk Files, including but not limited to all offline files, drop files and other files maintained by the private banking department, private trust department, or any other department possessing records that are not covered by the requests enumerated above.

6. For each certificate of deposit, time deposit or equivalent account, produce all statements reflecting the purchase, earnings, basis, redemption and disposition of the deposit account.  All documents verifying the origin of all funds used to open the accounts and funds deposited into the accounts (regardless of date).

7. For all transfers of funds between any and all bank accounts and/or financial accounts, produce:
   A. List of transfers
   B. Documents showing the source of the funds transferred
   C. Documents showing the deposits of funds transferred
   D. Advice memos, correspondence or other directions the taxpayer sent or received

### BROKERAGE ACCOUNTS, MUTUAL FUNDS, AND SECURITY ACCOUNTS

For each of the following requests, produce the requested information for both domestic and foreign brokerage accounts, mutual funds, security accounts, hedge funds, private equity funds, and other investment funds, including every account or fund in which you had a beneficial interest or over which you had signature authority and/or other authority and/or over which you exercised control during the **years 2012-2015** for Tuncay and/or Oya. These requests include, but are not limited to your personal accounts, custodial accounts, business accounts, rental accounts, trust accounts, IBC accounts, LLC accounts, and other corporate accounts.

Information due by    03/01/2019                    At next appointment ☐    Mail in ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>▨8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K        www.irs.gov        Part 2 - To be Returned by Taxpayer with Reply        Form **4564** (Rev. 9-2006)

**USA002888**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br><br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

8. Produce any and all records required to be maintained pursuant to 31 C.F.R. §1010.420 (§103.32 prior to March 1, 2011) relating to foreign financial accounts that you had/have a financial interest in, or signature authority over, including records reflecting the name in which each such account is maintained, the number or other designation of such account, the name and address of the foreign bank or other person with whom such account is maintained, the type of such account, and the maximum value of each such account during each specified year.  Such accounts include, **but are not limited to**, accounts in the names of Tuncay Sadham and / or Oya Saydam.

9. For each account or fund, produce all documents in you possession, custody, control, including but not limited to:
    A. Account application (regardless of date)
    B. Substantiation of basis for all stocks and other investments held in the accounts
    C. Signature cards (regardless of date)
    D. Monthly or periodic statements
    E. Annual account summaries
    F. Performance reports
    G. Directions given to the financial institution on investment strategies and diversification
    H. Requests, authorizations and confirmations on specific trades
    I. Wire transfer authorizations and confirmations
    J. All correspondence including written, facsimiles, digital and electronic
    K. All memorandum files maintained by the bank reflecting communications with yourself and/or anyone on your behalf
    L. Know-your-customer (KYC) files or other similar records maintained for anti-money laundering purposes (regardless of date), including but not limited to account set up documents, identification documents such as passports, driver's licenses, opening deposit slips, certificates of beneficial ownership, letters of reference, certificates of clean funds and other sources of funds documentation

Information due by ___03/01/2019___        At next appointment  ☐    Mail in  ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>▮8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K        www.irs.gov        Part 2 - To be Returned by Taxpayer with Reply        Form **4564** (Rev. 9-2006)

USA002889

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service **Information Document Request** | Request Number 0003 |
|---|---|---|

| To:  *(Name of Taxpayer and Company Division or Branch)* Saydam, Tuncay & Oya | Subject Items not yet provided |
|---|---|

| SAIN number | Submitted to: Dondald E Jones, Jr. |
|---|---|

*Please return Part 2 with listed documents to requester identified below*  | Dates of Previous Requests (mmddyyyy) |

Description of documents requested

Tax Period(s):   201212; 201312; 201412; 201512

    M. All documents verifying the origin of all funds used to open the accounts and/or deposited into the accounts (regardless of date)
    N. Substantiation of expenses associated with the accounts
    O. For hedge funds, private equity funds or other non-publicly traded funds, all pitch books or other marketing materials, private placement memoranda, subscription agreements, limited partnership agreements, and other organizational documents.

10. For each investment account, produce the Desk Files, including but not limited to all offline files, drop files and other files maintained by the private banking department, private trust department, or any other department possessing records that are not covered by the requests enumerated above.

## CREDIT, DEBIT AND CHARGE CARDS

Produce all records for the year(s) 2012- 2015 for Tuncay and Oya Saydam relating to credit, debit or charge cards of which you had the use, issued either in your name or the name of any entity, foreign or domestic, in which you held an ownership or beneficial interest, directly or through any nominee, agent, power of attorney, letter of direction, or any device whatsoever.

11. For each card, produce all documents including, but not limited to:
    A. Card application
    B. Cardholder agreement
    C. All credit, debit, or charge card issued on the account
    D. Customer relationship records or other similar records identifying persons with signature or other authority over the account
    E. Monthly or periodic charge statements
    F. Charge receipts
    G. Cash advance confirmations

Information due by _03/01/2019_    At next appointment ☐    Mail in ☒

| From: | Name and Title of Requester Libertad Montelongo, Revenue Agent | Employee ID number ▓8906 | Date (mmddyyyy) 02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road Newark, DE 19711 | | Phone: 302-286-1526 Fax: 888-243-5216 |

Catalog Number 23145K    www.irs.gov    Part 2 - To be Returned by Taxpayer with Reply    Form **4564** (Rev. 9-2006)

USA002890

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br><br>Saydam, Tuncay & Oya<br><br><br>*Please return Part 2 with listed documents to requester identified below* | Subject<br>Items not yet provided |  |
|---|---|---|
|  | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
|  | Dates of Previous Requests (mmddyyyy) |  |

Description of documents requested

Tax Period(s):   201212; 201312; 201412; 201512

H. Records of payments or funds transferred to account to pay balances DUE

### OWNERSHIP OF ENTITIES AND STRUCTURES

For each of the following requests, produce the requested information for both domestic and foreign entities/structures, including each entity/structure in which Tuncay and/or Oya Saydam exercised control and/or held an ownership interest, legal interest, fiduciary interest and/or beneficial interest at any time during the **years 2012 - 2015**.

12. For each entity/structure, produce all documents relating to the creation, governance, and operation of each entity/structure including but not limited to:
    A. Organizational documents, deeds of incorporation, by-laws, registrations, articles of incorporation, statutes, memoranda of association, partnership agreements, joint venture agreements (regardless of date)
    B. Ownership documents including those reflecting your percentage of legal ownership, percentage of beneficial ownership, and all changes of ownership (regardless of date)
    C. Stock records book and/or other listing of shareholders and stock certificates
    D. Documents designating beneficiaries, designating trustees, designating protectors, designating partners, designating percentage ownership
    E. Correspondence files
    F. Powers of attorney, letters of wishes, letters of direction or similar documents granting authority to agents to act on behalf of the entity/structure

13. For each entity/structure, produce all books and records including, but not limited to:
    A. General ledgers
    B. General journals
    C. Sales journals and similar records of sales

Information due by   03/01/2019           At next appointment ☐   Mail in ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>█████8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
|  | Office Location:   1352 Marrows Road<br>Newark, DE 19711 |  | Phone: 302-286-1526<br>Fax: 888-243-5216 |

| Catalog Number 23145K | www.irs.gov | Part 2 - To be Returned by Taxpayer with Reply | Form **4564** (Rev. 9-2006) |
|---|---|---|---|

USA002891

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

D. Cash receipt journals and similar records of cash receipts
E. Cash disbursement journals and similar records of cash disbursements
F. Account payable journals and similar records of accounts payable
G. Payroll journals and similar records of payroll
H. Sales and purchase invoices
I. Real estate closing records
J. Minute books
K. Contracts and agreements
L. Records of bank, brokerage and other investment accounts
M. Financial statements-both audited and unaudited-including but not limited to income statements and balance sheets
N. Rental agreements
O. Documents reflecting rental income and expenses
P. Correspondence files
Q. Certificates of good standing
R. Records reflecting the names, street addresses, e-mail addresses and telephone numbers of the legal and beneficial owners
S. Records reflecting the names, street addresses, e-mail addresses, and telephone numbers of the board of directors, board of supervisors and managing directors
T. Records reflecting the names, street addresses, e-mail addresses, and telephone numbers of the officers and all employees
U. Records reflecting the names, street addresses, e-mail addresses, and telephone numbers of all business partners
V. All records of dissolution, termination, name change, winding up or similar record of cessation of operations
W. Foreign tax returns

Information due by   03/01/2019          At next appointment ☐    Mail in ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>▓8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K     www.irs.gov     Part 2 - To be Returned by Taxpayer with Reply     Form **4564** (Rev. 9-2006)

USA002892

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br><br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br><br>Saydam, Tuncay & Oya<br><br><br><br>*Please return Part 2 with listed documents to requester identified below* | Subject<br>Items not yet provided |
|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| | Dates of Previous Requests (mmddyyyy) |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

14. For each entity/structure produce all documents distributed, sent and/or transmitted by or to any legal, fiduciary and/or beneficial owners to and from professionals (e.g., attorneys, accountants, bankers, brokers, trust advisory, etc.), including but not limited to contracts, agreements, advisories, schedules, letters, memoranda, notes and instructions.

15. For each entity/structure, produce documents reflecting the name, address and telephone number of the person(s) controlling the assets of the entity/structure.

16. All written contracts, agreements, and all other documents pertaining to the assignment and transfer of ownership interest in and rights to use the real, personal or intangible property to you or on your behalf.

17. All powers of attorney giving you authority to act on behalf of any person or entity.

18. All powers of attorney executed by you giving another the authority to act on your behalf or on behalf of any person or entity over which you exercised control.

19. All certificates of beneficial ownership, stock certificates, including bearer shares or other similar evidence of ownership interests owned by the taxpayer.

20. All profession and commercial licenses owned by you directly or indirectly

21. Provide a schematic diagram of all entities, foreign and domestic, in which you held an ownership interest, either legal or beneficial.  This diagram should include partnerships, joint ventures and trusts as well as corporate entities, including their foreign branches and any other type of entity provided for by foreign laws, in which you held a direct or indirect, legal or beneficial, ownership interest.
    A. Indicate your percentage of ownership interest in each entity.

Information due by   03/01/2019            At next appointment  ☐    Mail in  ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br><br>8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K       www.irs.gov       Part 2 - To be Returned by Taxpayer with Reply       Form **4564** (Rev. 9-2006)

**USA002893**

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
| --- | --- | --- |

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
| --- | --- | --- |
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

    B.  Indicate the country in which the entity was created or organized.

    C.  Indicate the country where the entity operates.

    D.  Indicate whether the entity was formed for a particular purpose and what assets are held by the entity.

    E.  Indicate any changes in ownership.

    F.  Provide detailed information regarding any corporation or other entities which you owned but which you no longer own.  Include the tax treatment of each change.

## PERSONAL OWNERSHIP

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for** Tuncay and/or Oya Saydam**:**

22. Produce all documents reflecting real estate owned by you directly or indirectly including but not limited to purchase and sale agreements, mortgages, deeds, closing documents, property records, tax records, and insurance records.

23. Produce all documents reflecting payments for the purchase of real estate, the improvement of real estate, real estate taxes and insurance.

24. Produce all applications for mortgages, equity loans and other loans related to your real estate or for which your real estate serves as collateral

25. Produce all documents reflecting automobiles, SUVs, RVs, trucks, boats and airplanes owned by you directly or indirectly including but not limited to Department of Motor

| Information due by | 03/01/2019 | At next appointment ☐ | Mail in ☒ |
| --- | --- | --- | --- |

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>██ 906 | Date (mmddyyyy)<br>02/14/2019 |
| --- | --- | --- | --- |
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

| Catalog Number 23145K | www.irs.gov | Part 2 - To be Returned by Taxpayer with Reply | Form **4564** (Rev. 9-2006) |
| --- | --- | --- | --- |

**USA002894**

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided |
|---|---|

| SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
|---|---|

*Please return Part 2 with listed documents to requester identified below*

Dates of Previous Requests (mmddyyyy)

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

Vehicle records, purchase and sale agreements, titles,  property records, tax records and insurance records.

26. Produce all documents reflecting personal property owned by you with a value in excess of $25,000.

27. Produce all insurance records.

28. Produce all records reflecting compensation earned by you.

### RENTAL ACTIVITIES

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for** Tuncay and/or Oya Saydam:

29. For each rental property owned by you directly or indirectly, produce all records both foreign and domestic, including but not limited to:
    A. Settlement sheet (regardless of date)
    B. Purchase and sale agreement (regardless of date)
    C. Rental contracts and agreements (regardless of date)
    D. General ledgers
    E. General journals
    F. Cash receipt journals and similar records of cash receipts
    G. Cash disbursement journals and similar records of cash disbursements
    H. Account payable journals and similar records of accounts payable
    I. Depreciation schedules (regardless of date)
    J. Correspondence files (regardless of date)
    K. Records reflecting the names, street addresses, e-mail addresses, and telephone numbers of the renters (regardless of date)

Information due by    03/01/2019            At next appointment  ☐    Mail in  ☒

From:

| Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>▮8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|
| Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K        www.irs.gov        Part 2 - To be Returned by Taxpayer with Reply        Form **4564** (Rev. 9-2006)

USA002895

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

L.

## NON-TAXABLE SOURCES OF INCOME

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for** Tuncay and/or Oya Saydam:

30. Produce all documents reflecting any inheritance, foreign or domestic, that you received (regardless of date), including but not limited to the will, documents identifying you as a beneficiary of the estate, documents reflecting the assets of the estates and all probate documents, asset records reflecting the amounts and date of any bequests received by you.

31. For each loan, commercial or private, made or obtained by you or on your behalf and which was in existence during any of the years **2012 - 2015**, provide foreign and domestic records:
    A. Loan application (regardless of date)
    B. Loan agreements and contracts (regardless of date)
    C. Loan amortization schedules (regardless of date)
    D. Promissory notes
    E. Grant deeds, deeds of trust, mortgages, or other security
    F. Documents sowing disbursement of the loan proceeds (e.g., wire transfer authorization)
    G. Records of receipt of principal and interest
    H. All other documents evidencing the terms and performance of the transaction

32. All records, foreign and domestic, pertaining to any non-taxable source of income including but not limited to gifts, insurance settlements, tax refunds, and tax exempt interest.

Information due by ___03/01/2019___    At next appointment ☐    Mail in ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>▓▓8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K    www.irs.gov    Part 2 - To be Returned by Taxpayer with Reply    Form **4564** (Rev. 9-2006)

USA002896

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br><br>0003 |
|---|---|---|

| To:  *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

### PROFESSIONALS

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for** Tuncay and/or Oya Saydam:

33. Produce all financial statements prepared by you, for you, or on your behalf for any purpose.

34. Provide the name, street address, e-mail address, telephone number of each private banker, broker, trust advisor, investment or other financial advisory, advisor on privacy matters, lawyer and accountant from whom you have received advice either directly or indirectly

35. Produce all business cards for professionals in your possession and/or within your control

36. Produce all records relating to any payments by you or on your behalf for professional fees including: management fees, accounting fees, legal fees, consulting fees, brokerage fees, other personal service fees, salaries or wages, insurance premiums, royalties, lease or rental fees, loan fees, interest.

37. Produce all records relating to any payments by any nonpublic entity in which you held a direct or indirect ownership or beneficial interest or over which you exercised control, either directly or through a nominee, power of attorney, letter of direction, letter of wishes or any device whatsoever for professional fees including: management fees, accounting fees, legal fees, consulting fees, brokerage fees, other personal service fees, salaries or wages, insurance premiums, royalties, lease or rental fees, loan fees, interest.

Information due by    03/01/2019                    At next appointment  ☐    Mail in  ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>906 | Date (mmddyyyy)<br>02/14/2019 |
| | Office Location:     1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K        www.irs.gov        Part 2 - To be Returned by Taxpayer with Reply        Form **4564** (Rev. 9-2006)

USA002897

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br><br>**Information Document Request** | Request Number<br><br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br><br>Saydam, Tuncay & Oya<br><br><br>*Please return Part 2 with listed documents to requester identified below* | Subject<br>Items not yet provided |
|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| | Dates of Previous Requests (mmddyyyy) |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

## PROFESSIONAL AFFILIATIONS

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for Tuncay and/or Oya Saydam**:

38. Identify all professional, social and civic organizations for which you have been a member or officer, from **2012** to the present.  Include in your response the following:
    - A. Name, telephone number, and current address of the organization
    - B. Dates of membership
    - C. Offices held (and dates)
    - D. membership number or other identifying numbers (e.g., State Bar Numbers, C.P.A. ID numbers)

39. If you are/were a member of an organization with and oversight committee or disciplinary board, identify any complaints filed against you including:
    - A. name and address of the Complainant (if anonymous, so indicate)
    - B. date of complaint
    - C. specific allegations
    - D. case or investigation number
    - E. date and location of any hearing, including the tribunal you appeared before
    - F. copy of your written response
    - G. disposition or result of investigation

## TRAVEL

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for Tuncay and/or Oya Saydam**:

Information due by   03/01/2019        At next appointment  ☐    Mail in  ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>███8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K      www.irs.gov      Part 2 - To be Returned by Taxpayer with Reply      Form **4564** (Rev. 9-2006)

**USA002898**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided |
|---|---|

| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
|---|---|---|

*Please return Part 2 with listed documents to requester identified below*

Dates of Previous Requests (mmddyyyy)

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

40. All of your original U.S. passports, both current and expired

41. All of your original foreign passports, both current and expired

42. If you destroyed a passport, explain in detail how you destroyed it, when you destroyed it and why you destroyed it

43. If you lost a passport or it was stolen, provide a copy of Form DS-64 Statement Regarding a Lost or Stolen Passport filed with the U.S. State Department

44. Produce your current state driver's license and all foreign driver's licenses

45. All vehicle registrations foreign and domestic

46. All records of foreign travel including but not limited to commercial transportation, private leasing, visas, hotel and meal expenses

## TAX INFORMATION

For each of the following requests, produce copies of all of the returns, schedules and forms you filed for each of the years **2011 to present:**

47. Complete copies of your amended returns for 2014 (Forms 1040X), including all schedules and attached information returns.  Include Form 8938 for 2011 and 2014.

48. All Schedules K-1's received.

49. All Form 1099 information returns received.

Information due by    03/01/2019                At next appointment  ☐    Mail in  ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K        www.irs.gov        Part 2 - To be Returned by Taxpayer with Reply        Form **4564** (Rev. 9-2006)

USA002899

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

50. All Form 1099 information returns issued by you.

51. Complete copies of all U.S. Partnership Return of Income Forms 1065 including all schedules and attached information returns for which you were either a General Partner <u>or</u> named as the Tax Matters Partner.

52. Complete copies of all U.S. Corporation Income Tax Returns Form 1120 and 1120S, including all schedules and attached information returns for each corporation of which you owned more than 50 percent of the total combined voting power of all classes of stock or more than 50 percent of the total value of the stock of the corporation.

53. Complete copies of all U.S. Income Tax Return of a Foreign Corporation Forms 1120F, including all schedules and attached information returns for which you owned more than 50 percent of the total combined voting power of all classes of stock or more than 50 percent of the total value of the stock of the corporation.

54. Complete copies of all U.S. Income Tax Return for Estates and Trusts Forms 1041, including all schedules and attached information returns for which you were the fiduciary or a beneficiary of the Estate or Trust.

55. Complete copies of all U.S. Income Tax Return for Nonresident Alien Form 1040NR (used also for foreign trusts), including all schedules and attached information returns for which you were the taxpayer, administrator, executor, fiduciary, trustee, grantor or a beneficiary.

56. Copies of all Annual Information Returns of Foreign Trust with a U.S. Owner Form 3520-A filed for the years.

Information due by    03/01/2019    At next appointment ☐    Mail in ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>███8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K    www.irs.gov    Part 2 - To be Returned by Taxpayer with Reply    Form **4564** (Rev. 9-2006)

**USA002900**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya<br><br>*Please return Part 2 with listed documents to requester identified below* | Subject<br>Items not yet provided |  |
|---|---|---|
|  | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
|  | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

57. Copies of all Annual Return to Report Transactions with Foreign Trusts and Receipt of Certain Foreign Gifts Form 3520 for which you are or are treated as an owner.

58. Copies of all Annual Withholding Tax Returns for U.S. Sourced Income of Foreign Persons Form 1042.

59. Copies of all Foreign Person's U.S. Source Income Subject to Withholding.

60. Copies of all Information Returns to Report Transactions with Foreign Trusts and Receipt of Certain Foreign Gifts Forms 5471.

61. Copies of all Information Return of a 25-percent Foreign Owned Corporation or Foreign Corporation Engaged in a U.S. Trade or Business Form 5472.

62. Copies of all Information Returns of U.S. Persons with Respect To Certain Foreign Corporations filed.

63. Copies of all Financial Crimes Enforcement Network (FinCEN) 114, *Report of Foreign Bank and Financial Accounts* (FBAR) (formerly TD F90-22.1).

64. Copies of all Forms 8938, Statement of Specified Foreign Financial Assets.

65. Complete copies of Form 1042, Annual Withholding Tax Return for U.S. Source Income of Foreign Persons including Form(s) 1042S, Foreign Person's U.S. Source Income Subject to Withholding, filed.

66. All amended tax returns and amended informational returns.

67. All tax returns and informational returns prepared but not filed.

Information due by ___03/01/2019___          At next appointment ☐     Mail in ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>███8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
|  | Office Location:    1352 Marrows Road<br>Newark, DE 19711 |  | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K      www.irs.gov      Part 2 - To be Returned by Taxpayer with Reply      Form **4564** (Rev. 9-2006)

USA002901

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To:  *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided |
|---|---|

| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
|---|---|---|

| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) |
|---|---|

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

68. Original or copy of any tax organizer or questionnaire you prepared and submitted to your CPA in each of the years **2012 – 2015.**

69. The tax materials use by you and those submitted by you to your CPA for preparation of your U.S. tax returns in each of the tax years **2012 - 2015**.

70. Copies of all tax advice received from any source worldwide.  This request includes, but is not limited to, advice and discussions with bankers, wealth managers, tax preparers, and CPAs.

71. Complete copies of all foreign tax returns.

**Please be advised that we may require additional information and documentation as we determine necessary as the examination progresses.**

**Records provided on 12/7/2018**:
- Tuncay Saydam - IsBank (Turkiye Bankasi)  Transaction summaries 11/10/2008 – 11/6/2018. The summaries do not include every transaction, or every period. (Additional Information Required See Note 1).
- Tuncay Saydam - AcBank – Summarized transcript 1/1/2012 – 12/31/2014; 1/1/2016 – 12/31/2017; 10/31/2018.  Transactions for 2015 were not provided. (additional information Required See note 2)
- Tuncay & Oya Saydam - Visa Axess Platinum – Copy of face of credit card provided (Additional information Required See Note 3)
- Tuncay & Oya Saydam - Citi Platinum Credit card statements for the periods of :
  2012    11/25/2011 – 4/25/2012;

| Information due by   03/01/2019 | At next appointment ☐ | Mail in ☒ |
|---|---|---|

| | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>⬛8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| From: | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

| Catalog Number 23145K | www.irs.gov | Part 2 - To be Returned by Taxpayer with Reply | Form **4564** (Rev. 9-2006) |
|---|---|---|---|

**USA002902**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided |
|---|---|

| SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
|---|---|

| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) |
|---|---|

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

        6/27/2012 – 7/25/2012;
        8/28/2012 – 1/24/2013
2013  1/25/2013 – 4/24/2013
        8/28/2013 -  10/25/2013
        11/27/2013 – 1/24/2014
2014  1/25/2014 – 2/26/2014
        3/27/2014 -4/24/214
        8/27/2014 – 1/26/2015
2015  1/27/2015 – 4/24/2015
        8/27/2015 – 1/26/2016
2016  1/27/2016 – 1/25/2017
2017:  1/26/2017 – 4/26/2017
        5/25/2017 – 11/24/2017
        (Additional Information Required See Note 4)

- Tuncay and Oya - M&T CD Maturity Notices for the periods of  3/8/2012; 9/8/2012; 3/8/2012; 9/8/2013; 3/8/2014; 3/8/2016; 3/8/2015; 3/8/2016.  (Additional Information Required See Note 5)  Bank

- Tuncay and Oya - M&T Consolidated Brokerage Account Statements –
2012     10/26/2011 – 5/25/2012
2013     1/26/2013 – 12/24/2013
2014     12/25/2013 – 3/25/2014
       8/25/2014 - 10/24/2014
       11/26/2014 – 12/24/2014
2015     12/25/2014 – 10/23/2015
2016     11/2/2015 – 1/13/2016
       2/26/2016 – 12/23/2016

(Additional Information Required See Note 6)
**Records Provided 2/7/2018:**
- Tuncay – DenizBank Statements 9/1/2012-12/31/2015

| Information due by  03/01/2019 | At next appointment ☐ | Mail in ☒ |
|---|---|---|

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>▉8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:  1352 Marrows Road<br>            Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K   www.irs.gov   Part 2 - To be Returned by Taxpayer with Reply   Form **4564** (Rev. 9-2006)

**USA002903**

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service | Request Number |
|---|---|---|
| | **Information Document Request** | 0003 |

| To: *(Name of Taxpayer and Company Division or Branch)* Saydam, Tuncay & Oya | Subject Items not yet provided | |
| | SAIN number | Submitted to: Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

## Additional Information Required for 2012-2015:

### Note 1
- Tuncay - IsBank -  provide monthly statements as outlined above in "Bank Records" Item 3B.
- Oya – Isbank – provide monthly statements as outline above in "Bank Records" Item 3.

### Note 2
- Tuncay - AcBank – Provide monthly statements as outlined above in "Bank Records" Item 3B
- Oya – AcBank – Provide monthly statements as outlined above in "Bank Records" Item 3.

### Note 3
- Tuncay and/or Oya - Axess Credit Card  - Provide monthly statements as outlined above in "Credit, Debit and Chargecards" Item 11.

### Note 4
- Tuncay and Oya - Citi Platinum Card – Provide monthly statements as outlined above in "Credit, Debit and Chargecards" Item 11, for the periods of :
  4/26/2012 – 6/26/2012
  7/26/2012 – 8/27/2012
  4/25/2013 – 7/27/2013
  10/25/2013 – 11/26/2013
  2/27/2014 – 3/26/2014
  4/25/2014 – 8/26/2014
  4/25/2015 – 8/26/2015
  4/27/2017 - 5/24/2017

### Note 5
- Tuncay and Oya - M&T CD - Provide statements as outlined above in "Bank Records" Item 3.

### Note 6



Information due by   03/01/2019            At next appointment   ☐    Mail in  ☒

| From: | Name and Title of Requester Libertad Montelongo, Revenue Agent | Employee ID number ▮ 906 | Date (mmddyyyy) 02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road                          Newark, DE 19711 | | Phone: 302-286-1526 Fax: 888-243-5216 |

Catalog Number 23145K     www.irs.gov     Part 2 - To be Returned by Taxpayer with Reply     Form **4564** (Rev. 9-2006)

**USA002904**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided |  |
|---|---|---|
|  | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) |  |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

- Tuncay and Oya - M&T Consolidated Brokerage Statements – Provide monthly statements as outlined above in "Brokerage Accounts, Mutual Funds, and Security Accounts" Item 9, for the periods of :
  5/26/2012 – 1/26/2013
  3/26/2014- 8/24/2014
  10/25/2014 – 11/25/2014
  10/24/2015 – 1/12/2016

**Note 7**
Oya Saydam – <u>All foreign and domestic</u> monthly bank statements as outlined above in "Bank Records" Item 3.

**Additional Items to Provide:**
Form 1040x and Form 8938 for 2011 and 2014.

Information due by    03/01/2019               At next appointment  ☐    Mail in  ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>███8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
|  | Office Location:    1352 Marrows Road<br>Newark, DE 19711 |  | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K       www.irs.gov       Part 2 - To be Returned by Taxpayer with Reply       Form **4564** (Rev. 9-2006)

**USA002905**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided |  |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

## DOCUMENTS REQUESTED

**Unless otherwise indicated, each of the following Requests is for calendar year(s) 2012-2015**

### BANK RECORDS

For each of the following requests, produce the requested information for each account, foreign and domestic, under any name, over which you had signature authority and/or other authority and/or over which you exercised control during the years 2012-2015.  These requests include, but are not limited to, your personal accounts, custodial accounts, business accounts, rental accounts, trust accounts, IBC accounts, LLC accounts, and other corporate accounts.

1. Produce any and all records required to be maintained pursuant to 31 C.F.R. §1010.420 (§103.32 prior to March 1, 2011) relating to foreign financial accounts that you had/have a financial interest in, or signature authority over, including records reflecting the name in which each such account is maintained, the number or other designation of such account, the name and address of the foreign bank or other person with whom such account is maintained, the type of such account, and the maximum value of each such account during each specified year.  Such accounts include, **but are not limited to**, accounts in the names of Tuncay Saydam and/or Oya Saydam.

2. For each account produce the documents identifying the bank and/or financial institution name, address, and telephone number.

3. For each bank account, produce all documents in your possession, custody, and control including, but not limited to:
   A. Account application (regardless of date)

| Information due by   03/01/2019 | At next appointment ☐ | Mail in ☒ |
|---|---|---|

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>█8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

| Catalog Number 23145K | www.irs.gov | Part 3 - Requester's File Copy | Form **4564** (Rev. 9-2006) |
|---|---|---|---|

**USA002906**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

> B.  Monthly or periodic statements
> C.  Wire transfer authorizations and confirmations
> D.  Deposit slips and deposited items
> E.  Credit and debit memos and advices
> F.  Canceled checks
> G.  Passbooks
> H.  Check registers
> I.  Loan applications (regardless of date)
> J.  Promissory Notes
> K.  Letters of credit
> L.  Money orders
> M.  Cashier's checks
> N.  Safe deposit box rental agreements (regardless of date)
> O.  Safe deposit box visitation ledgers
> P.  All correspondence
> Q.  All memorandum files maintained by the bank reflecting communications with yourself or anyone on your behalf
> R.  All documents verifying the origin of all funds used to open the accounts and funds deposited into the accounts (regardless of date)
> S.  Signature cards (regardless of date)
> T.  Substantiation of expenses associated with the account

4.  For each bank account, produce the Know Your Customer Account information given to and maintained by the bank by you or on your behalf, including but not limited to all account set up documents (regardless of date), such as signature cards, opening deposit slips, passport copies, certificates of beneficial ownership, letters of reference, certificates of clean funds and/or other sources of Anti-Money Laundering documentation.

| Information due by   03/01/2019 | At next appointment ☐   Mail in ☒ | |
|---|---|---|

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>████8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

| Catalog Number 23145K    www.irs.gov    Part 3 - Requester's File Copy | Form **4564** (Rev. 9-2006) |
|---|---|

USA002907

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
| --- | --- | --- |

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided |
| --- | --- |
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

5.  For each bank account, produce the Desk Files, including but not limited to all offline files, drop files and other files maintained by the private banking department, private trust department, or any other department possessing records that are not covered by the requests enumerated above.

6.  For each certificate of deposit, time deposit or equivalent account, produce all statements reflecting the purchase, earnings, basis, redemption and disposition of the deposit account.  All documents verifying the origin of all funds used to open the accounts and funds deposited into the accounts (regardless of date).

7.  For all transfers of funds between any and all bank accounts and/or financial accounts, produce:
    A.  List of transfers
    B.  Documents showing the source of the funds transferred
    C.  Documents showing the deposits of funds transferred
    D.  Advice memos, correspondence or other directions the taxpayer sent or received

**BROKERAGE ACCOUNTS, MUTUAL FUNDS, AND SECURITY ACCOUNTS**

For each of the following requests, produce the requested information for both domestic and foreign brokerage accounts, mutual funds, security accounts, hedge funds, private equity funds, and other investment funds, including every account or fund in which you had a beneficial interest or over which you had signature authority and/or other authority and/or over which you exercised control during the **years 2012-2015** for Tuncay and/or Oya. These requests include, but are not limited to your personal accounts, custodial accounts, business accounts, rental accounts, trust accounts, IBC accounts, LLC accounts, and other corporate accounts.

| Information due by   03/01/2019 | At next appointment ☐    Mail in ☒ | |
| --- | --- | --- |
| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>8906 | Date (mmddyyyy)<br>02/14/2019 |
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K        www.irs.gov        Part 3 - Requester's File Copy        Form **4564** (Rev. 9-2006)

USA002908

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

8. Produce any and all records required to be maintained pursuant to 31 C.F.R. §1010.420 (§103.32 prior to March 1, 2011) relating to foreign financial accounts that you had/have a financial interest in, or signature authority over, including records reflecting the name in which each such account is maintained, the number or other designation of such account, the name and address of the foreign bank or other person with whom such account is maintained, the type of such account, and the maximum value of each such account during each specified year.  Such accounts include, **but are not limited to**, accounts in the names of Tuncay Sadham and / or Oya Saydam.

9. For each account or fund, produce all documents in you possession, custody, control, including but not limited to:
   A. Account application (regardless of date)
   B. Substantiation of basis for all stocks and other investments held in the accounts
   C. Signature cards (regardless of date)
   D. Monthly or periodic statements
   E. Annual account summaries
   F. Performance reports
   G. Directions given to the financial institution on investment strategies and diversification
   H. Requests, authorizations and confirmations on specific trades
   I. Wire transfer authorizations and confirmations
   J. All correspondence including written, facsimiles, digital and electronic
   K. All memorandum files maintained by the bank reflecting communications with yourself and/or anyone on your behalf
   L. Know-your-customer (KYC) files or other similar records maintained for anti-money laundering purposes (regardless of date), including but not limited to account set up documents, identification documents such as passports, driver's licenses, opening deposit slips, certificates of beneficial ownership, letters of reference, certificates of clean funds and other sources of funds documentation

| Information due by  03/01/2019 | At next appointment ☐ | Mail in ☒ |
|---|---|---|

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>▮▮▮ 906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K        www.irs.gov        Part 3 - Requester's File Copy        Form **4564** (Rev. 9-2006)

**USA002909**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):   201212; 201312; 201412; 201512

M. All documents verifying the origin of all funds used to open the accounts and/or deposited into the accounts (regardless of date)
N. Substantiation of expenses associated with the accounts
O. For hedge funds, private equity funds or other non-publicly traded funds, all pitch books or other marketing materials, private placement memoranda, subscription agreements, limited partnership agreements, and other organizational documents.

10. For each investment account, produce the Desk Files, including but not limited to all offline files, drop files and other files maintained by the private banking department, private trust department, or any other department possessing records that are not covered by the requests enumerated above.

## CREDIT, DEBIT AND CHARGE CARDS

Produce all records for the year(s) 2012- 2015 for Tuncay and Oya Saydam relating to credit, debit or charge cards of which you had the use, issued either in your name or the name of any entity, foreign or domestic, in which you held an ownership or beneficial interest, directly or through any nominee, agent, power of attorney, letter of direction, or any device whatsoever.

11. For each card, produce all documents including, but not limited to:
    A. Card application
    B. Cardholder agreement
    C. All credit, debit, or charge card issued on the account
    D. Customer relationship records or other similar records identifying persons with signature or other authority over the account
    E. Monthly or periodic charge statements
    F. Charge receipts
    G. Cash advance confirmations

| Information due by   03/01/2019 | At next appointment ☐   Mail in ☒ | |
|---|---|---|

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:   1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

| Catalog Number 23145K | www.irs.gov | Part 3 - Requester's File Copy | Form **4564** (Rev. 9-2006) |
|---|---|---|---|

USA002910

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

H.  Records of payments or funds transferred to account to pay balances DUE

### OWNERSHIP OF ENTITIES AND STRUCTURES

For each of the following requests, produce the requested information for both domestic and foreign entities/structures, including each entity/structure in which Tuncay and/or Oya Saydam exercised control and/or held an ownership interest, legal interest, fiduciary interest and/or beneficial interest at any time during the **years 2012 - 2015**.

12. For each entity/structure, produce all documents relating to the creation, governance, and operation of each entity/structure including but not limited to:
    A. Organizational documents, deeds of incorporation, by-laws, registrations, articles of incorporation, statutes, memoranda of association, partnership agreements, joint venture agreements (regardless of date)
    B. Ownership documents including those reflecting your percentage of legal ownership, percentage of beneficial ownership, and all changes of ownership (regardless of date)
    C. Stock records book and/or other listing of shareholders and stock certificates
    D. Documents designating beneficiaries, designating trustees, designating protectors, designating partners, designating percentage ownership
    E. Correspondence files
    F. Powers of attorney, letters of wishes, letters of direction or similar documents granting authority to agents to act on behalf of the entity/structure

13. For each entity/structure, produce all books and records including, but not limited to:
    A. General ledgers
    B. General journals
    C. Sales journals and similar records of sales

| Information due by   03/01/2019 | At next appointment ☐    Mail in ☒ | |
|---|---|---|
| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>▉ 906 | Date (mmddyyyy)<br>02/14/2019 |
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | Phone: 302-286-1526<br>Fax: 888-243-5216 | |

Catalog Number 23145K       www.irs.gov       Part 3 - Requester's File Copy       Form **4564** (Rev. 9-2006)

**USA002911**

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service **Information Document Request** | Request Number 0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)* Saydam, Tuncay & Oya | Subject Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to: Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

D. Cash receipt journals and similar records of cash receipts
E. Cash disbursement journals and similar records of cash disbursements
F. Account payable journals and similar records of accounts payable
G. Payroll journals and similar records of payroll
H. Sales and purchase invoices
I. Real estate closing records
J. Minute books
K. Contracts and agreements
L. Records of bank, brokerage and other investment accounts
M. Financial statements-both audited and unaudited-including but not limited to income statements and balance sheets
N. Rental agreements
O. Documents reflecting rental income and expenses
P. Correspondence files
Q. Certificates of good standing
R. Records reflecting the names, street addresses, e-mail addresses and telephone numbers of the legal and beneficial owners
S. Records reflecting the names, street addresses, e-mail addresses, and telephone numbers of the board of directors, board of supervisors and managing directors
T. Records reflecting the names, street addresses, e-mail addresses, and telephone numbers of the officers and all employees
U. Records reflecting the names, street addresses, e-mail addresses, and telephone numbers of all business partners
V. All records of dissolution, termination, name change, winding up or similar record of cessation of operations
W. Foreign tax returns

| Information due by   03/01/2019 | At next appointment ☐ | Mail in ☒ | |
|---|---|---|---|
| From: | Name and Title of Requester Libertad Montelongo, Revenue Agent | Employee ID number ███8906 | Date (mmddyyyy) 02/14/2019 |
| | Office Location:   1352 Marrows Road Newark, DE 19711 | | Phone: 302-286-1526 Fax: 888-243-5216 |

| Catalog Number 23145K | www.irs.gov | Part 3 - Requester's File Copy | Form **4564** (Rev. 9-2006) |
|---|---|---|---|

**USA002912**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To:  *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided |
|---|---|

| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
|---|---|---|

*Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

14. For each entity/structure produce all documents distributed, sent and/or transmitted by or to any legal, fiduciary and/or beneficial owners to and from professionals (e.g., attorneys, accountants, bankers, brokers, trust advisory, etc.), including but not limited to contracts, agreements, advisories, schedules, letters, memoranda, notes and instructions.

15. For each entity/structure, produce documents reflecting the name, address and telephone number of the person(s) controlling the assets of the entity/structure.

16. All written contracts, agreements, and all other documents pertaining to the assignment and transfer of ownership interest in and rights to use the real, personal or intangible property to you or on your behalf.

17. All powers of attorney giving you authority to act on behalf of any person or entity.

18. All powers of attorney executed by you giving another the authority to act on your behalf or on behalf of any person or entity over which you exercised control.

19. All certificates of beneficial ownership, stock certificates, including bearer shares or other similar evidence of ownership interests owned by the taxpayer.

20. All profession and commercial licenses owned by you directly or indirectly

21. Provide a schematic diagram of all entities, foreign and domestic, in which you held an ownership interest, either legal or beneficial.  This diagram should include partnerships, joint ventures and trusts as well as corporate entities, including their foreign branches and any other type of entity provided for by foreign laws, in which you held a direct or indirect, legal or beneficial, ownership interest.
    A.  Indicate your percentage of ownership interest in each entity.

Information due by   03/01/2019            At next appointment  ☐    Mail in  ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K     www.irs.gov     Part 3 - Requester's File Copy     Form **4564** (Rev. 9-2006)

**USA002913**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br><br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br><br>Saydam, Tuncay & Oya<br><br><br><br>*Please return Part 2 with listed documents to requester identified below* | Subject<br>Items not yet provided |  |
|---|---|---|
|  | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
|  | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

B. Indicate the country in which the entity was created or organized.

C. Indicate the country where the entity operates.

D. Indicate whether the entity was formed for a particular purpose and what assets are held by the entity.

E. Indicate any changes in ownership.

F. Provide detailed information regarding any corporation or other entities which you owned but which you no longer own.  Include the tax treatment of each change.

### PERSONAL OWNERSHIP

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for** Tuncay and/or Oya Saydam**:**

22. Produce all documents reflecting real estate owned by you directly or indirectly including but not limited to purchase and sale agreements, mortgages, deeds, closing documents, property records, tax records, and insurance records.

23. Produce all documents reflecting payments for the purchase of real estate, the improvement of real estate, real estate taxes and insurance.

24. Produce all applications for mortgages, equity loans and other loans related to your real estate or for which your real estate serves as collateral

25. Produce all documents reflecting automobiles, SUVs, RVs, trucks, boats and airplanes owned by you directly or indirectly including but not limited to Department of Motor

| Information due by   03/01/2019 | At next appointment ☐   Mail in ☒ | |
|---|---|---|
| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>████8906 | Date (mmddyyyy)<br>02/14/2019 |
|  | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K     www.irs.gov     Part 3 - Requester's File Copy     Form **4564** (Rev. 9-2006)

USA002914

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To:  *(Name of Taxpayer and Company Division or Branch)*<br><br>Saydam, Tuncay & Oya<br><br><br>*Please return Part 2 with listed documents to requester identified below* | Subject<br>Items not yet provided |
|---|---|
| | SAIN number    Submitted to:<br>                 Dondald E Jones, Jr. |
| | Dates of Previous Requests (mmddyyyy) |

Description of documents requested

Tax Period(s):     201212; 201312; 201412; 201512

Vehicle records, purchase and sale agreements, titles,  property records, tax records and insurance records.

26. Produce all documents reflecting personal property owned by you with a value in excess of $25,000.

27. Produce all insurance records.

28. Produce all records reflecting compensation earned by you.

### RENTAL ACTIVITIES

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for** Tuncay and/or Oya Saydam:

29. For each rental property owned by you directly or indirectly, produce all records both foreign and domestic, including but not limited to:
    A. Settlement sheet (regardless of date)
    B. Purchase and sale agreement (regardless of date)
    C. Rental contracts and agreements (regardless of date)
    D. General ledgers
    E. General journals
    F. Cash receipt journals and similar records of cash receipts
    G. Cash disbursement journals and similar records of cash disbursements
    H. Account payable journals and similar records of accounts payable
    I. Depreciation schedules (regardless of date)
    J. Correspondence files (regardless of date)
    K. Records reflecting the names, street addresses, e-mail addresses, and telephone numbers of the renters (regardless of date)

| Information due by   03/01/2019 | At next appointment ☐ | Mail in ☒ |
|---|---|---|

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>████8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>                  Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

| Catalog Number 23145K | www.irs.gov | Part 3 - Requester's File Copy | Form **4564** (Rev. 9-2006) |
|---|---|---|---|

**USA002915**

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service **Information Document Request** | Request Number 0003 |
| --- | --- | --- |

| To: *(Name of Taxpayer and Company Division or Branch)* Saydam, Tuncay & Oya | Subject Items not yet provided |
| --- | --- |
| | SAIN number | Submitted to: Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

L.

## NON-TAXABLE SOURCES OF INCOME

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for** Tuncay and/or Oya Saydam:

30. Produce all documents reflecting any inheritance, foreign or domestic, that you received (regardless of date), including but not limited to the will, documents identifying you as a beneficiary of the estate, documents reflecting the assets of the estates and all probate documents, asset records reflecting the amounts and date of any bequests received by you.

31. For each loan, commercial or private, made or obtained by you or on your behalf and which was in existence during any of the years **2012 - 2015**, provide foreign and domestic records:
    A. Loan application (regardless of date)
    B. Loan agreements and contracts (regardless of date)
    C. Loan amortization schedules (regardless of date)
    D. Promissory notes
    E. Grant deeds, deeds of trust, mortgages, or other security
    F. Documents sowing disbursement of the loan proceeds (e.g., wire transfer authorization)
    G. Records of receipt of principal and interest
    H. All other documents evidencing the terms and performance of the transaction

32. All records, foreign and domestic, pertaining to any non-taxable source of income including but not limited to gifts, insurance settlements, tax refunds, and tax exempt interest.

Information due by    03/01/2019            At next appointment ☐    Mail in ☒

| From: | Name and Title of Requester Libertad Montelongo, Revenue Agent | Employee ID number 8906 | Date (mmddyyyy) 02/14/2019 |
| --- | --- | --- | --- |
| | Office Location:    1352 Marrows Road Newark, DE 19711 | | Phone: 302-286-1526 Fax: 888-243-5216 |

Catalog Number 23145K    www.irs.gov    Part 3 - Requester's File Copy    Form **4564** (Rev. 9-2006)

USA002916

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

## PROFESSIONALS

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for** Tuncay and/or Oya Saydam:

33. Produce all financial statements prepared by you, for you, or on your behalf for any purpose.

34. Provide the name, street address, e-mail address, telephone number of each private banker, broker, trust advisor, investment or other financial advisory, advisor on privacy matters, lawyer and accountant from whom you have received advice either directly or indirectly

35. Produce all business cards for professionals in your possession and/or within your control

36. Produce all records relating to any payments by you or on your behalf for professional fees including: management fees, accounting fees, legal fees, consulting fees, brokerage fees, other personal service fees, salaries or wages, insurance premiums, royalties, lease or rental fees, loan fees, interest.

37. Produce all records relating to any payments by any nonpublic entity in which you held a direct or indirect ownership or beneficial interest or over which you exercised control, either directly or through a nominee, power of attorney, letter of direction, letter of wishes or any device whatsoever for professional fees including: management fees, accounting fees, legal fees, consulting fees, brokerage fees, other personal service fees, salaries or wages, insurance premiums, royalties, lease or rental fees, loan fees, interest.

| Information due by    03/01/2019 | At next appointment ☐    Mail in ☒ | |
|---|---|---|

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

| Catalog Number 23145K    www.irs.gov    Part 3 - Requester's File Copy | Form **4564** (Rev. 9-2006) |
|---|---|

USA002917

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service **Information Document Request** | Request Number 0003 |
|---|---|---|

To: *(Name of Taxpayer and Company Division or Branch)*

Saydam, Tuncay & Oya

| Subject Items not yet provided |
|---|

| SAIN number | Submitted to: Dondald E Jones, Jr. |
|---|---|

*Please return Part 2 with listed documents to requester identified below*

Dates of Previous Requests (mmddyyyy)

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

## PROFESSIONAL AFFILIATIONS

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for Tuncay and/or Oya Saydam**:

38. Identify all professional, social and civic organizations for which you have been a member or officer, from **2012** to the present.  Include in your response the following:
    A. Name, telephone number, and current address of the organization
    B. Dates of membership
    C. Offices held (and dates)
    D. membership number or other identifying numbers (e.g., State Bar Numbers, C.P.A. ID numbers)

39. If you are/were a member of an organization with and oversight committee or disciplinary board, identify any complaints filed against you including:
    A. name and address of the Complainant (if anonymous, so indicate)
    B. date of complaint
    C. specific allegations
    D. case or investigation number
    E. date and location of any hearing, including the tribunal you appeared before
    F. copy of your written response
    G. disposition or result of investigation

## TRAVEL

For each of the following requests, produce records both foreign and domestic for each of the years **2012 – 2015 for Tuncay and/or Oya Saydam**:

Information due by    03/01/2019                At next appointment ☐    Mail in ☒

| From: | Name and Title of Requester Libertad Montelongo, Revenue Agent | Employee ID number ▮8906 | Date (mmddyyyy) 02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road                         Newark, DE 19711 | | Phone: 302-286-1526 Fax: 888-243-5216 |

Catalog Number 23145K       www.irs.gov       Part 3 - Requester's File Copy       Form **4564** (Rev. 9-2006)

**USA002918**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided |  |
|---|---|---|
|  | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) |  |

Description of documents requested

Tax Period(s):     201212; 201312; 201412; 201512

40. All of your original U.S. passports, both current and expired

41. All of your original foreign passports, both current and expired

42. If you destroyed a passport, explain in detail how you destroyed it, when you destroyed it and why you destroyed it

43. If you lost a passport or it was stolen, provide a copy of Form DS-64 Statement Regarding a Lost or Stolen Passport filed with the U.S. State Department

44. Produce your current state driver's license and all foreign driver's licenses

45. All vehicle registrations foreign and domestic

46. All records of foreign travel including but not limited to commercial transportation, private leasing, visas, hotel and meal expenses

### TAX INFORMATION

For each of the following requests, produce copies of all of the returns, schedules and forms you filed for each of the years **2011 to present:**

47. Complete copies of your amended returns for 2014 (Forms 1040X), including all schedules and attached information returns.  Include Form 8938 for 2011 and 2014.

48. All Schedules K-1's received.

49. All Form 1099 information returns received.

Information due by     03/01/2019            At next appointment  ☐     Mail in  ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
|  | Office Location:     1352 Marrows Road<br>Newark, DE 19711 |  | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K      www.irs.gov      Part 3 - Requester's File Copy      Form **4564** (Rev. 9-2006)

**USA002919**

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service **Information Document Request** | Request Number 0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)* Saydam, Tuncay & Oya | Subject Items not yet provided |
|---|---|

|  | SAIN number | Submitted to: Dondald E Jones, Jr. |
|---|---|---|

| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) |
|---|---|

Description of documents requested

Tax Period(s):  201212; 201312; 201412; 201512

50. All Form 1099 information returns issued by you.

51. Complete copies of all U.S. Partnership Return of Income Forms 1065 including all schedules and attached information returns for which you were either a General Partner <u>or</u> named as the Tax Matters Partner.

52. Complete copies of all U.S. Corporation Income Tax Returns Form 1120 and 1120S, including all schedules and attached information returns for each corporation of which you owned more than 50 percent of the total combined voting power of all classes of stock or more than 50 percent of the total value of the stock of the corporation.

53. Complete copies of all U.S. Income Tax Return of a Foreign Corporation Forms 1120F, including all schedules and attached information returns for which you owned more than 50 percent of the total combined voting power of all classes of stock or more than 50 percent of the total value of the stock of the corporation.

54. Complete copies of all U.S. Income Tax Return for Estates and Trusts Forms 1041, including all schedules and attached information returns for which you were the fiduciary or a beneficiary of the Estate or Trust.

55. Complete copies of all U.S. Income Tax Return for Nonresident Alien Form 1040NR (used also for foreign trusts), including all schedules and attached information returns for which you were the taxpayer, administrator, executor, fiduciary, trustee, grantor or a beneficiary.

56. Copies of all Annual Information Returns of Foreign Trust with a U.S. Owner Form 3520-A filed for the years.

Information due by   03/01/2019              At next appointment  ☐    Mail in  ☒

| From: | Name and Title of Requester Libertad Montelongo, Revenue Agent | Employee ID number ▮8906 | Date (mmddyyyy) 02/14/2019 |
|---|---|---|---|
|  | Office Location:   1352 Marrows Road Newark, DE 19711 |  | Phone: 302-286-1526 Fax: 888-243-5216 |

| Catalog Number 23145K   www.irs.gov   Part 3 - Requester's File Copy | Form **4564** (Rev. 9-2006) |
|---|---|

USA002920

| Form **4564** (Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

57. Copies of all Annual Return to Report Transactions with Foreign Trusts and Receipt of Certain Foreign Gifts Form 3520 for which you are or are treated as an owner.

58. Copies of all Annual Withholding Tax Returns for U.S. Sourced Income of Foreign Persons Form 1042.

59. Copies of all Foreign Person's U.S. Source Income Subject to Withholding.

60. Copies of all Information Returns to Report Transactions with Foreign Trusts and Receipt of Certain Foreign Gifts Forms 5471.

61. Copies of all Information Return of a 25-percent Foreign Owned Corporation or Foreign Corporation Engaged in a U.S. Trade or Business Form 5472.

62. Copies of all Information Returns of U.S. Persons with Respect To Certain Foreign Corporations filed.

63. Copies of all Financial Crimes Enforcement Network (FinCEN) 114, *Report of Foreign Bank and Financial Accounts* (FBAR) (formerly TD F90-22.1).

64. Copies of all Forms 8938, Statement of Specified Foreign Financial Assets.

65. Complete copies of Form 1042, Annual Withholding Tax Return for U.S. Source Income of Foreign Persons including Form(s) 1042S, Foreign Person's U.S. Source Income Subject to Withholding, filed.

66. All amended tax returns and amended informational returns.

67. All tax returns and informational returns prepared but not filed.

Information due by    03/01/2019              At next appointment ☐    Mail in ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>█████8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

| Catalog Number 23145K | www.irs.gov | Part 3 - Requester's File Copy | Form **4564** (Rev. 9-2006) |
|---|---|---|---|

USA002921

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To:  *(Name of Taxpayer and Company Division or Branch)*<br><br>Saydam, Tuncay & Oya<br><br>*Please return Part 2 with listed documents to requester identified below* | Subject<br>Items not yet provided |
|---|---|

| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
|---|---|---|

Dates of Previous Requests (mmddyyyy)

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

68. Original or copy of any tax organizer or questionnaire you prepared and submitted to your CPA in each of the years **2012 – 2015.**

69. The tax materials use by you and those submitted by you to your CPA for preparation of your U.S. tax returns in each of the tax years **2012 - 2015**.

70. Copies of all tax advice received from any source worldwide.  This request includes, but is not limited to, advice and discussions with bankers, wealth managers, tax preparers, and CPAs.

71. Complete copies of all foreign tax returns.

**Please be advised that we may require additional information and documentation as we determine necessary as the examination progresses.**

**Records provided on 12/7/2018**:
- Tuncay Saydam - IsBank (Turkiye Bankasi)  Transaction summaries 11/10/2008 – 11/6/2018. The summaries do not include every transaction, or every period. (Additional Information Required See Note 1).
- Tuncay Saydam - AcBank – Summarized transcript 1/1/2012 – 12/31/2014; 1/1/2016 – 12/31/2017; 10/31/2018.  Transactions for 2015 were not provided. (additional information Required See note 2)
- Tuncay & Oya Saydam - Visa Axess Platinum – Copy of face of credit card provided (Additional information Required See Note 3)
- Tuncay & Oya Saydam - Citi Platinum Credit card statements for the periods of :
  2012    11/25/2011 – 4/25/2012;

| Information due by   03/01/2019 | At next appointment ☐    Mail in ☒ |
|---|---|

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>⬛ 906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

| Catalog Number 23145K    www.irs.gov    Part 3 - Requester's File Copy | Form **4564** (Rev. 9-2006) |
|---|---|

**USA002922**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

     6/27/2012 – 7/25/2012;
     8/28/2012 – 1/24/2013
   2013  1/25/2013 – 4/24/2013
     8/28/2013 -  10/25/2013
     11/27/2013 – 1/24/2014
   2014  1/25/2014 – 2/26/2014
     3/27/2014 -4/24/214
     8/27/2014 – 1/26/2015
   2015  1/27/2015 – 4/24/2015
     8/27/2015 – 1/26/2016
   2016  1/27/2016 – 1/25/2017
   2017:  1/26/2017 – 4/26/2017
     5/25/2017 – 11/24/2017
     (Additional Information Required See Note 4)

- Tuncay and Oya - M&T CD Maturity Notices for the periods of  3/8/2012; 9/8/2012; 3/8/2012; 9/8/2013; 3/8/2014; 3/8/2016; 3/8/2015; 3/8/2016.  (Additional Information Required See Note 5)  Bank

- Tuncay and Oya - M&T Consolidated Brokerage Account Statements –
  2012   10/26/2011 – 5/25/2012
  2013   1/26/2013 – 12/24/2013
  2014   12/25/2013 – 3/25/2014
    8/25/2014 - 10/24/2014
     11/26/2014 – 12/24/2014
  2015   12/25/2014 – 10/23/2015
  2016   11/2/2015 – 1/13/2016
    2/26/2016 – 12/23/2016

(Additional Information Required See Note 6)
**Records Provided 2/7/2018:**
- Tuncay – DenizBank Statements 9/1/2012-12/31/2015

Information due by   03/01/2019      At next appointment   ☐    Mail in ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>█████8906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K    www.irs.gov    Part 3 - Requester's File Copy    Form **4564** (Rev. 9-2006)

**USA002923**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

## Additional Information Required for 2012-2015:
### Note 1
- Tuncay - IsBank -  provide monthly statements as outlined above in "Bank Records" Item 3B.
- Oya – Isbank – provide monthly statements as outline above in "Bank Records" Item 3.

### Note 2
- Tuncay - AcBank – Provide monthly statements as outlined above in "Bank Records" Item 3B
- Oya – AcBank – Provide monthly statements as outlined above in "Bank Records" Item 3.

### Note 3
- Tuncay and/or Oya - Axess Credit Card  - Provide monthly statements as outlined above in "Credit, Debit and Chargecards" Item 11.

### Note 4
- Tuncay and Oya - Citi Platinum Card – Provide monthly statements as outlined above in "Credit, Debit and Chargecards" Item 11, for the periods of :
  4/26/2012 – 6/26/2012
  7/26/2012 – 8/27/2012
  4/25/2013 – 7/27/2013
  10/25/2013 – 11/26/2013
  2/27/2014 – 3/26/2014
  4/25/2014 – 8/26/2014
  4/25/2015 – 8/26/2015
  4/27/2017 - 5/24/2017

### Note 5
- Tuncay and Oya - M&T CD - Provide statements as outlined above in "Bank Records" Item 3.

### Note 6



Information due by   03/01/2019          At next appointment ☐     Mail in ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>▉ 906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

Catalog Number 23145K    www.irs.gov    Part 3 - Requester's File Copy    Form **4564** (Rev. 9-2006)

**USA002924**

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>0003 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Saydam, Tuncay & Oya | Subject<br>Items not yet provided | |
|---|---|---|
| | SAIN number | Submitted to:<br>Dondald E Jones, Jr. |
| *Please return Part 2 with listed documents to requester identified below* | Dates of Previous Requests (mmddyyyy) | |

Description of documents requested

Tax Period(s):    201212; 201312; 201412; 201512

- Tuncay and Oya - M&T Consolidated Brokerage Statements – Provide monthly statements as outlined above in "Brokerage Accounts, Mutual Funds, and Security Accounts" Item 9, for the periods of :
  5/26/2012 – 1/26/2013
  3/26/2014- 8/24/2014
  10/25/2014 – 11/25/2014
  10/24/2015 – 1/12/2016

**Note 7**
Oya Saydam – <u>All foreign and domestic</u> monthly bank statements as outlined above in "Bank Records" Item 3.

**Additional Items to Provide:**
Form 1040x and Form 8938 for 2011 and 2014.

Information due by   03/01/2019               At next appointment    ☐    Mail in  ☒

| From: | Name and Title of Requester<br>Libertad Montelongo, Revenue Agent | Employee ID number<br>906 | Date (mmddyyyy)<br>02/14/2019 |
|---|---|---|---|
| | Office Location:    1352 Marrows Road<br>Newark, DE 19711 | | Phone: 302-286-1526<br>Fax: 888-243-5216 |

**USA002925**