1

2

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

4

5

6 UNITED STATES OF AMERICA,                )
                                           )   Case No. 4:22-cv-07371-DMR
7          Plaintiff,                      )
                                           )   **PROPOSED JOINT STATEMENT**
8        v.                                )
                                           )
9 TUNCAY SAYDAM,                           )
                                           )
10        Defendant.                       )
   _____)

11

Pursuant to the Court's request at the September 18, 2024 pretrial conference (Dkt. 72 at

12

1), Plaintiff the United States and Defendant Tuncay Saydam ("the Parties") propose the

13

following joint statement to be read for the jury venire and to be read instead of the "Brief

14

Description of the Case" instruction proposed by the Court on September 16, 2024 (Dkt. 70 at 2):

15

16

**JOINT STATEMENT**

The law requires every United States citizen who has foreign bank accounts with a

17

balance of more than $10,000 to file a "Report of Foreign Bank and Financial Accounts,"

18

commonly known as an "FBAR," each year to report these foreign bank accounts to the federal

19

government. The FBAR is filed separately from the federal income tax return. Plaintiff the

20

United States asserts that Defendant Tuncay Saydam willfully failed to file timely FBARs to

21

report his foreign bank accounts for 2013, 2014, 2015, 2016, and 2017.

22

Defendant Saydam denies that his failure to file timely FBARs for 2013 through 2017

23

was willful.

24

The parties agree that for the years at issue in this case, 2013 through 2017, Mr. Saydam

25

was required to file a timely FBAR reporting his interest in his foreign bank accounts and failed

26

to do so. After hearing all of the evidence and then deliberating with each other as jurors, the

27

Joint Proposed Brief Description
(Case No. 4:22-cv-07371-DMR)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-305-3664

only issue for you to decide will be whether Mr. Saydam's failure to comply with his FBAR reporting requirements was willful.

Dated: September 25, 2024          Respectfully submitted,


DAVID A. HUBBERT
Deputy Assistant Attorney General


*/s/ Lolita De Palma*
LOLITA DE PALMA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-3664
Fax: (202) 307-0054
Email: Lolita.DePalma@usdoj.gov

*Counsel for the United States of America*



DOUGLAS GREENBERG
Law Office of Douglas Greenberg
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 287-9990
Fax: (415) 408-6890
Email: dg@douglasgreenberg.com

*Counsel for Tuncay Saydam*

Joint Proposed Brief Description
(Case No. 4:22-cv-07371-DMR)          2          **U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-305-3664