FILED

OCT 03 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TUNCAY SAYDAM,<br><br>    Defendant. | Case No. 22-cv-07371-DMR<br><br>**VERDICT FORM** |

For each year from 2013 through 2017, has the United States established by a preponderance of the evidence that Tuncay Saydam's failure to file a timely FBAR was willful? Please answer "yes" or "no" for each of the five years:

| Year | Yes | No |
|---|---|---|
| 2013 | X | |
| 2014 | X | |
| 2015 | X | |
| 2016 | X | |
| 2017 | X | |

Please review the verdict form to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the space below and notify the Courtroom Deputy or the Court Security Officer that you have reached a verdict.

DATED: 10/3/24

BY: _[signature]_
(Presiding Juror)