# 4:22-cv-07371-DMR

# UNITED STATES OF AMERICA

# v.

# TUNCAY SAYDAM

# JURY NOTES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE DONNA M. RYU           Case No. 4:22-cv-07371-DMR

CASE NAME:  United States of America v. Tuncay Saydam

NOTE FROM THE JURY

Note No. _____1_____

Date ____10/3/24____

Time ____10:55am____

1.     The Jury has reached a unanimous verdict ( )

       or

2.     The Jury has the following question:

a) When did the FBar form became a filing requirement? (note → Some jurors think it was 2012)

_____

_____

_____

Foreperson of the Jury

The court construes this as a general question about the FBAR requirement, not specific to this case.
The law requiring the filing of an FBAR was enacted in 1970.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>DONNA M. RYU</u>                    Case No. <u>4:22-cv-07371-DMR</u>

CASE NAME:   <u>United States of America v. Tuncay Saydam</u>

<u>NOTE FROM THE JURY</u>

Note No. _____2_____

Date _____10/3/24_____

Time _____10:56 am_____

1.    The Jury has reached a unanimous verdict ( )

      or

2.    The Jury has the following question:

_Can the H&R Block form pre-populate from_
_the previous Tax year submission?_

_____

_____

_____

                                    _____
                                    Foreperson of the Jury

The court cannot provide a response that draws on information outside the evidence you heard in this case.

To the extent there was evidence presented on this point, you are directed to rely on your recollection of that evidence.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE DONNA M. RYU                              Case No. 4:22-cv-07371-DMR

CASE NAME:  United States of America v. Tuncay Saydam

NOTE FROM THE JURY

Note No. _____3_____

Date _10/3/2024_____

Time _11:30_____

1.    The Jury has reached a unanimous verdict ( )

      or

2.    The Jury has the following question:

_We are having lunch now_____

_____

_____

_____

_____

                                    Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>DONNA M. RYU</u>          Case No. <u>4:22-cv-07371-DMR</u>

CASE NAME:  <u>United States of America v. Tuncay Saydam</u>

<u>NOTE FROM THE JURY</u>

Note No. _____ 4 _____

Date _____ 10/3/24 _____

Time _____ 1:23 pm _____

1.      The Jury has reached a unanimous verdict ( )

        or

2.      The Jury has the following question:

Has Mr. Saydam ever filed an FBAR form
for any year prior to the audit?

_____

_____

_____

                                    _____
                                    Foreperson of the Jury

No.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>DONNA M. RYU</u>                    Case No. <u>4:22-cv-07371-DMR</u>

CASE NAME:  <u>United States of America v. Tuncay Saydam</u>

<u>NOTE FROM THE JURY</u>

Note No. _____5_____

Date ___10/3/2024_____

Time _____13:25_____

1.     The Jury has reached a unanimous verdict ( )

       or

2.     The Jury has the following question:

_We are going ~~out~~ on break for 15min (13:25_
_to 13:40)_____

_____

_____

_____

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE DONNA M. RYU                         Case No. 4:22-cv-07371-DMR

CASE NAME:   United States of America v. Tuncay Saydam


NOTE FROM THE JURY

Note No. ___6___

Date ___10/3/24___

Time ___1:25 pm___


1.     The Jury has reached a unanimous verdict (  )

       or

2.     The Jury has the following question:

_Had Mr. Saydam ever marked "yes" to_
_Question 7a on Schedule B, Part 3 of the_
_1040 Tax return for any Tax filing_

_____

_____


                                        _____
                                        Foreperson of the Jury

For the period prior to the audit,
there is no evidence in the record that
Mr. Saydam ever marked "yes" to
question 7a on Schedule B, Part 3
of the 1040 tax return.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>DONNA M. RYU</u>              Case No. <u>4:22-cv-07371-DMR</u>

CASE NAME:   <u>United States of America v. Tuncay Saydam</u>

<u>NOTE FROM THE JURY</u>

Note No. _____7_____

Date _____10/3/24_____

Time _____2:48 pm_____

1.    The Jury has reached a unanimous verdict ( )

      or

2.    The Jury has the following question:

One of the jurors is getting overwhelmed
and hit her head on the chair, moaned
and started crying. This might be too
much and she is trying to rush the
process.

_____
Foreperson of the Jury

(Addressed in open court)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>DONNA M. RYU</u>                 Case No. <u>4:22-cv-07371-DMR</u>

CASE NAME:   <u>United States of America v. Tuncay Saydam</u>

<u>NOTE FROM THE JURY</u>

Note No. _____8_____

Date _____10/3_____

Time _____4 20_____

1.     The Jury has reached a unanimous verdict (X)

      or

2.     The Jury has the following question:

_____

_____

_____

_____

_____

                                       _____

                                       Foreperson of the Jury